IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

ALEATHER THOMPSON ) CASE NO. 1:07CV0783
)
    Plaintiff, ) JUDGE DONALD C. NUGENT
)
vs. )
) **INDEX OF EXHIBITS TO**
UHHS RICHMOND HEIGHTS ) **PLAINTIFF'S MEMORANDUM**
HOSPITAL, INC., *et al.* ) **IN OPPOSITION TO DEFENDANTS'**
) **MOTIONS FOR SUMMARY**
    Defendants. ) **JUDGMENT**

Affidavit of Aleather Thompson (with Exhibits) .................................................................. A

Affidavit of Teresa Bogan ...................................................................................................... B

Affidavit of Jack Hart ............................................................................................................. C

Affidavit of Jackie Jones ........................................................................................................ D

Affidavit of April Tobert ........................................................................................................ E

Savanick deposition exhibits .................................................................................................. F

Bennett deposition exhibits .................................................................................................... G

Newman deposition exhibit .................................................................................................... H

Aleather Thompson deposition excerpts and errata sheet ...................................................... I

Kristin Bennett deposition excerpts ....................................................................................... J

Mary Henefeld deposition excerpts ....................................................................................... K

Martha Newman deposition excerpts ..................................................................................... L

Steven Savanick deposition excerpts .....................................................................................M

*Hudson v. Insteel Industries, Inc.*, Case No. 99-6217 (6th Cir. February 23, 2001),
*unreported,* 2001 U.S. App LEXIS 3214 ................................................................................ N

29 U.S.C. § 2614 ............................................................................................. O

29 U.S.C. § 2615 ............................................................................................. P

42 U.S.C. 1981 ............................................................................................... Q

29 C.F.R. § 825.106 ........................................................................................ R

29 C.F.R. § 825.220 ........................................................................................ S

RC 4112.01 ...................................................................................................... T

RC 4112.02 (A) ................................................................................................U