IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

ALEATHER THOMPSON          )     CASE NO. 1:07CV0783
                             )
          Plaintiff,          )     JUDGE DONALD C. NUGENT
                             )
vs.                         )
                             )
UHHS RICHMOND HEIGHTS     )
HOSPITAL, INC., *et al.*         )     **AFFIDAVIT**
                             )
          Defendants.     )
STATE OF OHIO         )
                    ) SS.     <u>AFFIDAVIT OF ALEATHER THOMPSON</u>
COUNTY OF CUYAHOGA  )

       Affiant, Aleather Thompson, with personal knowledge of the following and competent to testify thereto, deposes and says as follows:

    1.     I am the plaintiff in the above-captioned case.

    2.     I worked at Richmond Heights Hospital in its Food and Nutrition Service Department from April 1982 until I was terminated effective November 1, 2005.

    3.     I was employed as a Production Cook and later was promoted on or about 2001 to the position of Food Production Supervisor.

    4.     I was employed by Richmond Heights Hospital when I first started working at the hospital.

    5.     Mt. Sinai Medical Center (hereinafter "Mt. Sinai") in approximately 1988 became my employer when Richmond Heights Hospital became affiliated with Mt. Sinai.

    6.     I became an employee of Sodexho Marriott (whose name was later changed to Sodexho) on or about 1998 while Richmond Heights Hospital was still affiliated with Mt. Sinai.


EXHIBIT

A

7.    I then became an employee of University Hospitals Health System (hereinafter "University") on or about 2000 when Richmond Heights Hospital became a part of the University Hospital Health System.

8.    I had to quit my job with Richmond Heights hospital in 1988 and apply for the job at Mt. Sinai.  I also had to quit my job with Mt. Sinai and apply for the job with Sodexho and was required to apply for my job with University.

9.    As a Production Cook, I supervised the cooks (including scheduling, evaluations, and discipline) and was responsible for the food production in the hospital's kitchen and cafeteria.

10.    As a Production Cook, I was responsible for catering functions including set-up, cooking, and serving.  My boss at the time I assumed these duties had let me try to do a catering, liked what I did, and gave me that responsibility.

11.    As a Production Cook, I planned menus for the cafeteria, followed HHACP guidelines for sanitation within the Nutrition Services Department, trained the cooks, assisted the Executive Chef with cooking demonstrations, and assisted with inventory, ordering, and receiving.

12.    As a Production Supervisor, I supervised the entire kitchen and cafeteria, was responsible for catering functions (set-up, cooking, and serving), planned menus, made sure the employees followed HAACP guidelines, made sure the kitchen was in compliance with the HAACP guidelines, trained the kitchen and cafeteria staff, did display cooking, did scheduling, performed evaluations, and was responsible for discipline.  I held the scheduling responsibilities the entire time I was the Production Supervisor at Richmond Heights Hospital.

2

13.     As a Production Supervisor, I did most of the inventory, purchasing, and receiving.

14.     As a Production Supervisor, I handled the cash responsibilities when my supervisor, Steve Savanick, was not there.  Specifically, I made sure there was a certain amount of cash in the safe deposit box and the cash register drawers at the beginning of the day, I counted down the cash register drawers and made sure there was the correct amount of money in the cash register drawers at the end of the day, took a register reading, made cash reports, and made deposits in the bank.

15.     As Production Supervisor, I was responsible for planning and putting on holiday food events  (decorating the cafeteria, planning the menu, preparing an event calendar, etc.).  See calendar prepared by Aleather Thompson attached hereto as Ex. 1 incorporated by reference as if fully rewritten herein.

16.     When Sodexho managed the Nutrition Department, we used standardized menus. The only time we changed the menus was when we were informed that people did not like a particular food offered in the cafeteria.

17.     Menus were cycled every four weeks.  For example, we might have chicken on Monday, liver the next Monday, pork the next, and macaroni the next.  We would then begin the cycle all over again.

18.     Either Mr. Savanick or I would decide what foods to substitute on the menu when we were informed that persons in the cafeteria were dissatisfied with a particular food item. We selected the substituted food item from the standardized Sodexho menu.

19.     Sodexho planned to have an At Your Request ("AYR") program which Mr.

3

Savanick and I had discussed whereby the patients would be able to select their choices from the menu and order at any time (as opposed to having their meals at predetermined times).

20.     The only real difference from a food production standpoint  in implementing such a program is that the food would need to be cooked at different times.

21.     In order to prepare for a career in the culinary arts, I attended and graduated from the Baltimore International Culinary Arts Institute in May, 1980.

22.     I was certified as a Food Service Sanitation Manager in Baltimore and certified by Sodexho Marriott Services in ServSafe Sanitation.

23.     I have had training on how to educate employees on the chemicals used in the Nutrition Services Department, training on HIPPA Security Regulations, training from the Cuyahoga County Board of Health on "Person in Charge" Food Safety Training (including training in HAACP), and training on the supervision of employees.

24.     I was designated a Service Superstar for outstanding achievement and excellence by University Hospitals Health System in March, 2001 and July, 2002.

25.     Materials in support of the facts set forth in paragraphs 21-24 are attached hereto as Ex. 2 incorporated by reference as if fully rewritten herein.

26.  Up until the time I was supervised by Steven Savanick, I was given better than satisfactory performance evaluations in my job as a Food Production Supervisor.  These evaluations are attached hereto as Ex. 3 incorporated by reference as if fully rewritten herein.

27.     From the time I began my employment at Richmond Heights Hospital until University took over, I never observed a racial discrimination problem in the Nutrition Services Department.  The employees and managers got along real well and we were like a family.

4

28.    When University took over and installed Aramark as its food management company, there were numerous instances of racial discrimination about which I complained to the Human Resources Department.

29.    One particularly egregious instance of racial bias occurred when Eric, the Aramark Food Service Manager who managed the Nutrition Department until approximately mid 2004, hung a civil war poster picturing African-Americans as slaves in the hallway outside the cafeteria after I had decorated the cafeteria with pictures of Martin Luther King for a Martin Luther King Day food event.

30.    Despite the racial discrimination that occurred in the Nutrition Department under Eric and another Aramark Manager, Jim Johnston, I received very good work performance evaluations from these persons.

31.    There were concerns expressed by the employees in the Nutrition Department to the Human Resources Department, including instances of black employees being treated differently than the white employees.

32.    Mr. Johnston and I worked successfully together to resolve the forgoing employee concerns to raise employee morale.  However, the different treatment of the black employees (for example,  unequal allocation of job duties, Mr. Johnston lunching with the white employees but not with the black employees, etc.)  continued.

33.    Mr. Johnston did try to treat the black employees with more respect.  We also implemented programs to give recognition to the employees, scheduled parties, and otherwise took steps to increase employee morale.

34.    Mr. Johnston did speak to me respectfully and praised my work.  See

5

correspondence to Aleather Thompson from Jim Johnston attached hereto as Ex. 4.

35.  Mr. Savanick, unlike Eric and Jim Johnston, wrote a very poor work performance evaluation for me. After I complained, and someone from another department complimented me on a catering job I had performed, Mr. Savanick handed me another evaluation, unsigned and undated, that was better than satisfactory.

36.  In addition to the poor evaluation, Mr. Savanick complained to Mary Henefeld about me and wrote an anecdotal note (attached hereto as Ex. 5 incorporated by reference as if fully rewritten herein) that I had never seen before my attorneys received it late in the discovery process of this case.

37.  Primarily because of depression, problems with regulating my medication, for injuries I had sustained on the job, I took a number of leaves under the Family Medical Leave Act (FMLA) in 1994, 2003, 2004, and 2005.

38.  When Mr. Savanick was my supervisor, I took two leaves under the FMLA, one from August 22, 2005 through August 26, 2005 and one October 22, 2005 through November 1, 2005.

39.  I took leave under the FMLA in 2005: one leave February 23, 2005 through February 28, 2005 and another leave under the FMLA May 23, 2005 until May 31, 2005.

40.  I never used favoritism when preparing the schedules and always informed the employees whether or not they could take PTO.  I approved PTO on a first come, first served basis.

41.  I could not give everyone PTO when they wanted it because I had to make sure

the Kitchen was properly staffed.

FURTHER AFFIANT SAYETH NAUGHT.

ALEATHER THOMPSON

SWORN TO BEFORE ME and subscribed in my presence this _____ 16 _____

day of July, 2008.

NOTARY PUBLIC

Kris M. Lennon
Notary Public
My Commission Expires 7/31/2010

7

## SPECIAL EVENTS & ACTIVITIES CALENDAR
# 2004

**MONTH**    **EVENT/ACTIVITY**    **ONE DAY / WEEK LONG / MONTHLY PROMOTION**
**DAY(S)**    **OR EXTRAVAGANZA DETAILS**

January:
Month    Mediterranean Sun-drenched Flavors    (Greek & Med. Ethnic foods)  National Soup Month
    Oatmeal month, Hot Tea Month
Week of    Championship week 12-16; Super Bowl 26-30 (on 2/1)Score Contest week before + food specials
    all week & décor  +  College Bowls (12/28 – Jan 3)
1    New Year's Day  (menu special)
8    Elvis/James Dean birthday    Posters/60's Fat Food Special
12 (varies)    Thank God its Monday Day    Food Special
15/19    Dr. M.L. King, Jr. born    (19th) + MLK Holiday Promo Day Food Sp.
18 (Sunday?)    Confederate Heroes Day    C.W. Posters/Southern Food Special
21    National Pie Day    Add Pie variety + Fruit decor hangings
22    Chinese New Year
23    Fun at Work Day
28    National Popcorn Day
31    Backwards Day    "Re-arrange Everything" Backwards salad bar

Department Specific:_____

_____

February:
Month    Black History Month decor + one week menu plus more ethnic food specials, Potato Lover's
    Month, Great American Pie Month [Sweet Shoppe: Push Chocolate and other sweet desserts]
    American Heart Month, National Cherry Month,  Snack Food Month, Grapefruit month
2    Groundhog Day    Menu price special depending on shadow
4 varies    Winter's halfway over   "Spring is around the corner" special
6 varies    Pay a compliment day  "Nice Job" special
6    "Babe" Ruth born    Baseball posters (restore till April 1)
5    Mardi Gras begins?    "Louisiana Bourbon St. special"
11    Thomas Edison born  "Bright idea" (Heat Lamp & Elec Stir-Fry Wok)
12    Abraham Lincoln born  "Emancipation Proclamation" handout
13    Begin National Specialty Coffee week    [13 varies    Spooky Friday the 13th.]
11 - 15    National Pancake Week
15    National "I want butterscotch" day
12    CHINESE New Year   Chinese food/sides decorations per animal
14    Valentine's Day    "Sweets to your sweet" dessert specials  - Candy Bar Bell
16 varies    Presidents Day [Afternoon Apple pie and ice-cream special]
17    My Way Day
22    George Washington born    "Eat Cherry Pie - not tell a lie"
24 varies    Fat Tuesday (end Mardi Gras)  high calorie breakfast
25 varies    ASH Wednesday  Friday Lenten ongoing through Easter
26    Fats Domino's birthday party  50's Music/ menu special /  Buffalo Bill's birthday"HotBuffalo Wings
Department Specific:_____



EXHIBIT
A-1

UH-Thompson 001792

# Certificate of Continuing Education

The undersigned participant is awarded .6 CEUs or 6 contact hours of Continuing Education according to the guidelines set forth by the National Task Force on Continuing Education for completion of the following program:

## How to Supervise People for Newly-Appointed Managers and Supervisors

_Signature of Seminar Participant_

Mark R. Truitt, Executive Director

**Rockhurst University Continuing Education Center**
NATIONAL SEMINARS GROUP

_Date_ May 24, 2002

Gary M. Truitt, Managing Director

Printed in the U.S.A     NHTSP

UH-Thompson 001746



EXHIBIT
A-2

# BALTIMORE'S INTERNATIONAL CULINARY ARTS INSTITUTE

UPON THE RECOMMENDATION OF THE ADMINISTRATION AND FACULTY
AND BY THE AUTHORITY OF THE EXECUTIVE COMMITTEE



*Heather Thompson*

IS HEREBY CERTIFIED IN

*Basic Restaurant Skills*

AND IS ENTITLED TO THE DEGREE OF RECOGNITION SUCH CERTIFICATION COMMANDS

IN WITNESS WHEREOF, WE HAVE SUBSCRIBED
OUR NAMES AND AFFIXED OUR SEAL
THIS 2nd DAY OF May, 19 80

CHAIRMAN OF THE BOARD

EXECUTIVE/DIRECTOR

UH-Thompson 001769

# The State of Maryland

## This certifies that



### A L E A T H E R   T H O M P S O N

has successfully completed a course in

## Food Service Sanitation Management,

sponsored by the Environmental Health Administration.

UH-Thompson 001768

In Witness Whereof, we have subscribed our names this 7th day of JANUARY 19 8 0.



Ronald Nelson

Ronald Nelson
Administrator, Community Health Programs

Max Eisenberg

Acting Director, Environmental Health Administration



Charles R. Buck, Jr., Sc.D.
Secretary of Health and Mental Hygiene



# NATIONAL RESTAURANT ASSOCIATION
## EDUCATIONAL FOUNDATION

recognizes

# Aleather Thompson

for completing the

ServSafe® Introduction to Food Safety CD-ROM Training Program*

Date July 17, 2002

This recognition may not be used to certify knowledge or understanding of food safety.

www.edfound.org

© 2000 National Restaurant Association Educational Foundation

Supervisor

National Restaurant Association
EDUCATIONAL FOUNDATION

**Chemical Review / In-service**     **Purpose: Prevent Chemical Mishandling and Injury**     **Educate Employees on the chemical used in the Nutrition Services Department**

| Chemical Name | Usage | Cautious Handling | Personal Protective Equipment |
|---|---|---|---|
| Solid Power Plus | Dish-machine Soap | **Caustic solid "do not touch"** / Remove cap and slowly replace / Capsule / Refer to MSDS Sheet if exposed / Do not mix with anything but water | Wear goggles and gloves when replacing capsule |
| Solid Rinse Dry | Rinsing and spot preventing agent | Not hazardous / Do not mix with anything except water | Wear goggles and gloves / When replacing capsule |
| Monsoon | Manual Pot Washing Soap | Not hazardous / Use caution when replacing / 5 gallon drum / Do not mix with anything except water / Refer to MSDS sheet if exposed | Wear gloves when washing pots and using the chemical |
| Automatic Drain Relief | Liquid Enzymatic Drain Cleaner | Avoid contact with skin or eyes / Do not mix with anything except water / Refer to MSDS Sheet if exposed | Wear gloves and goggles / When replacing |
| Clinging Lime-A-Way | Liquid High Acid Cleaner / Removes water deposits | **Very hazardous if mishandled** / Avoid contact with skin or eyes / Corrosive / Do not mix with anything except Water / If inhaled immediately move to fresh air / Refer to MSDS sheet if exposed | **Wear gloves and goggles** |
| Dip It EP | High Alkaline Oxygenated Cleaner for Coffee Pots | **Avoid Contact with eyes and skin** / May not cause pain at first / Do not mix with anything except Water / Refer to MSDS sheet if exposed | Wear gloves and eye protection when handling |
| Greasecutter Plus | Liquid Alkaline Oven Cleaner and Degreaser | **Very hazardous if mishandled** / Avoid contact with skin and eyes / Do not mix with anything except Water / Avoid inhalation / Refer to MSDS sheet if exposed | Wear gloves and eye protection |



**SYSCO FOOD SHOW 2001**

# HEALTHCARE SEMINARS

### ROASTERS BLEND AVENUE

Tuesday, October 2, 2001
Registration 9:00 am - 10:00 am
Seminar 10:00 am - 12:45 pm

Street Smart Grills Cordon Bone! Professors
University Medical Presented by
Cuyahoga County Board of Health

Quality Assurance Principles

(3) CEU hours per session for each morning session
American Dietetic Association & Dietary Managers
BENEFITS: Home ... at the Home ... approval of
Ohio Board of ... Written ... approval of

### BLOCK AND BARREL BLVD

Tuesday, October 2, 2001
Seminar 1:00 pm - 4:00 pm

Trend Street Stroll ... New Metropolitan Streets
Smith ... viewing and traditional display

CREDITS: (3) CEU HOURS REQUESTED
ADA American Culinary Federation, Inc.
American Dietetic Association & Dietary Managers

# Cuyahoga County Board of Health

## "Person in Charge" Food Safety Training

- One 3-hour session at SYSCO Cleveland
- Satisfies minimum requirements of the 2001 Ohio Uniform Food Safety Code
- Cost $25 per person
- Food Safety topics covered
  - The cause and prevention of foodborne illness
  - Proper food handling
  - Employee health and personal hygiene
  - HACCP Principles
  - The new Ohio Food Law
  - Quality Assurance Principles and techniques

(3) CEU American Dietetic Assoc. Dietary Managers
Class Size is Limited! Call Paul DeSario or Peter Schade at the Cuyahoga County Board of Health
to register (216) 443-7500 or fill out the application below and mail it to: Cuyahoga County Board of
Health• 1375 Euclid Avenue, Suite 524• Cleveland, OH 44115 or fax: 216-443-7537

- **Available 2001 Dates:**
  - September 19 (Wed)
  - October 17 (Wed)
  - November 21 (Wed)
  - December 19 (Wed)

*All Sessions 1:00 pm - 4:00 pm*

| Valuable on-the-job training for Food Safety Service | All Food Operators |
|---|---|
| • Restaurants • Clubs • Hotels • Colleges • Schools | • Institutional Operators • Long Term Care • Hospitals |

Please place a "1" by the month in which you would most like to attend and a "2" next to an alternate month. We will e-mail a confirmation letter stating the date and time.

( ) September 19 Wednesday    ( ) October 17 Wednesday
( ) November 21 Wednesday    (2) December 19 Wednesday
Please make checks payable to C.C.B.H.(All checks are non-refundable) For directions to SYSCO,
call (216)587-1275 (ext. 371, or 1-800-827-3011.

Name: _LISA Thompson_

Address(work)_27001 CHARDON Rd_ (Home)_Richmond Heights Hospital_

Phone no (work)_440-585-6409_ (Home): _____ Fax: _440 585-6279_

UMHS/Richmond Heights Hospital
Richmond-Hts. OH 44143



CUYAHOGA
COUNTY
**Board** of **Health**

UH-Thompson 001774

# Registration Form- HIPAA Security Regulations

Please print

Aleather (Lisa) D Thompson            SUP
First Name            M.I.   Last Name        Suffix   Title

Lisa Thompson D    @_____
Email Address

**UHHS Richmond Hts. Hospital**        Tim Johnslm
Organization                Supervisor Name

Signature                4 / 6 /2005
                         Date

## MUST BE COMPLETED BY: APRIL 18th, 2005

### SEND COMPLETED FORM TO:
**Mary Beth Rauzi**
Staff Development
x6140

UH-Thompson 001766

**HIPAA Privacy Standards Training**
**Participant Post-Test**

Please PRINT the name of the UHHS site you work at: _Richmond Hts. Hospital_

Please PRINT your name: _Lisa Lempges_

Please PRINT your department's name: _Nutrition Service_

**Instructions:** *Read each question carefully and review the four possible answers given below the question. Decide which one of the four answers is the best one and circle the letter next to your answer. Choose only one answer.*

1. **What information does HIPAA <u>always</u> allow you to tell a person over the phone, assuming that they have asked for the patient by name?**
   a. The patient's diagnosis and general condition.
   b. No information can be given out.
   c. The location and general condition of the patient.
   d. Only the patient's location.

2. **Two nurses are eating lunch in a hospital's crowded cafeteria. Nurse A says to Nurse B, "Mr. Johnson, the cancer pati .nt in Room 227, sure had a rough morning. He vomited three times." Did Nurse A violate the patient's right to privacy?**
   a. Yes, because someone could identify the patient from what Nurse A said.
   b. No, because the patient's first name wasn't mentioned.
   c. No, because nothing specific was said about what was wrong with the patient.
   d. No, because it is a private conversation, not meant to be overheard by others.

3. **What does the term *minimum necessary* mean?**
   a. Information can only be shared with the patient or their representative.
   b. Information obtained from UHHS patients should be shared only within UHHS, not with outsiders.
   c. Protected patient information should be shared with as few people as possible.
   d. Care should always be taken to give out only the information that the other person has a right to know, never more than is necessary.

4. **What is the *Notice of Privacy Practices*?**
   a. A statement that describes how a patient's medical information may be used and shared by UHHS, and how a patient can gain access to their health records.
   b. A UHHS form that authorizes a patient or facility to use and disclose information.
   c. Another name for the Patient Bill of Rights.
   d. A UHHS form signed by the patient that states they want to restrict sharing of their health information.

5. **What would be a reasonable action to take to protect patient privacy if you are talking with a patient about their care in a semi-private room, and the other bed in the room is occupied?**
   a. Write down the information and give it to the patient to read.
   b. Close the curtain between the beds and keep the volume of your voice as low as possible.
   c. Remind the patient in the other bed that your patient's information is private and ask them not to listen to your conversation.
   d. There is really nothing you can do to avoid being overheard, and the TPO exclusion in HIPAA says you don't need to be concerned about what the other patient might overhear.

Give your completed test to your manager or supervisor who will forward it to Jan Meister RN Local Compliance Officer at UHHS Richmond Heights Hospital.

Copyright 2002 University Hospitals Health System. All rights reserved.

UH-Thompson 001772



# Service Superstar

This Honor is Bestowed Upon

# Lisa Thompson

In Recognition for

Outstanding Achievement and Excellence

And is Awarded this Certificate by

## University Hospitals Health System
### Richmond Heights Hospital

July 25, 2002

Sean McKibben



©1999 G. Neil Companies Motivation®



# Service Superstar

This Honor is Bestowed Upon

## Lisa Thompson

In Recognition for

Outstanding Achievement and Excellence

for the month of March 2001

### University Hospitals Health System Richmond Heights Hospital

Sean McKibben, Chief Operating Officer

©1996 G. Neil Companies Motivation®

**UniversityHospitals**
**HealthSystem**
**Richmond Heights Hospital**

## Job Description and Performance Appraisal

Employee
Name: _Lisa Thompson_

Social Security
Number: _____

Type of Appraisal:  _____Initial  _____Annual  _____Other

Performance Rating: _____  Date Given: _____

| Job Title: **Food Production Supervisor** | Staff: n/a | Nonexempt |
|---|---|---|
| Department: FOOD & NUTRITION SERVICES | Responsible for an Operating Budget of: $  N/A | Financial Impact/Dollars Influenced: $  N/A |
| Reports to (title):  Director of Food & Nutrition Services | Age of Patients Served:____ to _____ N/A | |
| Supervisor's Approval (signature): | Date Job Description Prepared/Reviewed: October, 2000 | |

Position Summary/Essential Duties:  (include percentage of time for each duty and corresponding Competency number.)
1.  Preparation of food served in all areas of the hospital (15%--comp.5)
2.  Oversees patient tray assembly, café & catering food service (20%--comp.6)
3.  Supervisory operational duties (65%--comp.7)

| Education/Expertise: | Experience & Knowledge: |
|---|---|
| AAS Degree, CDM, Culinary Certification, or the equivalent In quantity foods experience. (In healthcare preferred.) Food preparation and sanitation education/training. Required Credentials, Licensure or Certification (i.e. RN, RRT): Serve-Safe Food Sanitation Course | Minimum of 5 years food preparation experience required. Hospital food preparation preferred Special Skills & Equipment Knowledge: *Strong customer service skills *In depth knowledge of food preparation  & food safety *Ability to read, understand & modify recipes *Ability to work independently with computer used  for ordering food *Operate kitchen equipment and train others *Supervision (charge person) |

Job Relationships/Contacts:

| Internal (Inside UHHS) Who | Purpose | External (Outside UHHS) Who | Purpose |
|---|---|---|---|
| All depatments | Service of food | Vendors/families/visitors | Ordering food Service of  food |

EXHIBIT

A-3

UH-Thompson 001797

| Competencies: List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighting X level pts = Total |
|---|---|---|---|---|---|
| 1) **Competency:** *Initiates and maintains positive relationships with patients/customers.* | | | 10% | 3 | .30 |
| **Critical Behaviors (Minimum):** <br> ✓ Exemplifies the UHHS Richmond Heights Hospital Service Standards <br> ✓ Takes pride in working at UHHS Richmond Heights Hospital <br> ✓ Makes People Feel Welcome <br> ✓ Shows people they are important <br><br> ✓ Ensures privacy and confidentiality for their patients/customers | ✓ Direct observation, family feedback, for <br> ✓ Inspiring confidence by making positive comments about our system hospital and other departments <br> ✓ Taking personal responsibility for making improvements <br> ✓ Taking pride and care in personal appearance and behavior while on hospital property <br> ✓ Helping keep facilities and work area clean | | | | 0 = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment. |
| **Expected Behaviors (Completely Satisfactory):** <br> ✓ Knows who all their customers are <br> ✓ Communicates at the patient/customer's level of education and experience <br> ✓ Demonstrates empathy for the patient/customer's situation and concerns <br> ✓ Acts as an advocate for the patient/customer <br> ✓ Maintains professional behavior consistent with role <br> ✓ Maintains composure under difficult conditions <br> ✓ Includes the patient/customer's perspective in decision making and problem solving | ✓ Introduces self and explains role to others in person and over the phone <br> ✓ Smiling, making eye contact and being friendly, open and interested in people <br> ✓ Displaying ID badge above the waist and facing out at all times while on hospital property <br> ✓ Offering assistance to whomever needs it <br> ✓ Providing direction by physically escorting people when possible <br> ✓ Focusing on the patient <br> ✓ Making patients and families their #1 priority | | | | 1 = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory. <br><br> 2 = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory. |
| **Exemplary Behaviors (Above and Beyond):** <br> ✓ Demonstrates excellence in patient/customer relationships with observable examples | ✓ Respecting others and being courteous <br> ✓ Respecting others rights to privacy and confidentiality <br> ✓ Praising generously and criticizing constructively <br> ✓ Responding Quickly, Explaining procedures and expected time frames and following through on time frames <br> ✓ Explaining Delays, Providing reasons for any delay in a timely fashion and following through on promises | | | | 3 = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact. |

UH-Thompson 001798

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, job incumbents may be asked to perform other duties as required.

| Competencies: List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency: As measured by the following Indicators. See attached list for example Indicators. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighting X eval pts Total |
|---|---|---|---|---|---|
| **2)  Competency:** *Initiates and maintains positive relationships with co-workers.* | | | 10% | 3 | 30 |
| **Critical Behaviors [Minimum]:** <br> ✓ Takes ownership of tasks and assignments <br> ✓ Focuses on what can be done not what can't be done <br> ✓ Speaks positively to other employees, avoids negative gossip | ✓ Observe positive attitude & contributes to work group activities <br> ✓ Completes tasks according to established times each day | | 0 = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment. | | |
| **Expected Behaviors [Completely Satisfactory]:** <br> ✓ Helps without being asked <br> ✓ Follows through <br> ✓ Shares information and knowledge <br> ✓ Gives feedback positively to ensure service excellence <br> ✓ Listens to and builds on other's ideas <br> ✓ Models excellence and encourages others to excel | ✓ Observe positive outcomes <br> ✓ Responds in a positive, caring manner | | 1 = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory. | | |
| **Exemplary Behaviors (Above and Beyond):** <br> ✓ Demonstrates excellence in relationships with co-workers | ✓ Contributions, commendations | | | | |
| **3)  Competency:** *Takes responsibility for self-development and supports a learning environment.* | UH-Thompson 001799 | | 10% | 2+ | 20 |
| **Critical Behaviors [Minimum]:** <br> ✓ Accepts feedback as an opportunity for growth <br> ✓ Regularly participates in informal and formal education, staff meetings or staff development activities <br> ✓ Applies knowledge gained from educational activities to their work <br> ✓ Is receptive to new ideas and improvement efforts | ✓ Meets the yearly educational requirements required by position | | 2 = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory. | | |
| **Expected Behaviors [Completely Satisfactory]:** <br> ✓ Is responsive to new ways of learning <br> ✓ Supports and accommodates teaching activities <br> ✓ Supports and accommodates research activities | ✓ Attends in-services <br> ✓ Completes 100% Safety Fair or minimum of 85% on Safety Test annually <br> ✓ Observation <br> ✓ Customer surveys <br> ✓ Peer training <br> ✓ Sets goal for own areas for self-development—self-evaluation <br> ✓ Participates in hospital-wide committee | | 3 = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact. | | |
| **Exemplary Behaviors (Above and Beyond):** <br> ✓ Mentors others through formal or informal activities <br> ✓ Participation with hospital-wide committees | | | | | |

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents.  Consequently, job incumbents may be asked to perform other duties as required.

**Competencies:** List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position.

| | Competency: | Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighting X eval pts Total |
|---|---|---|---|---|---|---|
| 4) | *Displays commitment to the mission of the hospital and its values.* | | | 10% | 2 | .20 |

**Critical Behaviors [Minimum]:**
- ✓ Knows and follows hospital policies related to safety
- ✓ Uses hospital resources wisely in a cost effective manner
- ✓ Adheres to hospital and departmental policies for attendance
- ✓ Ensures confidentiality of all hospital business
- ✓ Demonstrates the organization's commitment to diversity
- ✓ Uses scheduled work time productively
- ✓ Knows and follows hospital policies related to ethical conduct and is in compliance with the hospital's code of conduct

**Critical behaviors column (Validation):**
- ✓ Attends monthly staff meetings
- ✓ Wears ID badge at all times while on duty
- ✓ Can verbalize where policy and safety information is located in the department
- ✓ Always responds to fire drills appropriately
- ✓ Consistently adheres to universal precautions for protection of the patient and the employee
- ✓ Arrives at work assignment on time as scheduled ready to begin work

**Expected Behaviors (Completely Satisfactory):**
- ✓ Gets involved in hospital activities; supports the involvement of others
- ✓ Participates in performance improvement and/or quality improvement initiatives
- ✓ Speaks positively of the hospital to patients/customers, the public, and co-workers
- ✓ Keeps his/her work area and equipment clean and well cared for
- ✓ Supports and contributes to change initiatives
- ✓ Demonstrates flexibility in response to changing responsibilities and workloads

**Expected behaviors column (Validation):**
- ✓ Regularly participates in monthly staff meetings
- ✓ Makes positive comments about our system, hospital & other departments
- ✓ Keeps work areas clean
- ✓ Communicates problems or changes to the manager

**Exemplary Behaviors (Above and Beyond):**
- ✓ Develops or leads process improvement initiatives or projects
- ✓ Takes an active role in hospital-wide safety concerns, departmental & hospital initiatives
- ✓ Gets involved in hospital/community activities

**Exemplary behaviors column (Validation):**
- ✓ Communicates suggestions & assists with implementing changes to improve operations to the manager/director
- ✓ Takes an active role in nutrition dept. safety activities & initiatives
- ✓ Volunteers to participate in internal/external activities not directly related to care responsibilities

**Evaluation (0-3) descriptions:**

0 = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.

1 = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory.

2 = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory.

3 = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact.

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, job incumbents may be asked to perform other duties as required.

UH-Thompson 001800

| Competencies: List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | Learning Needs (✓) | % of Weighing Must equal 100% | Evaluation (0-3) | % of weighting X eval plus = Total |
|---|---|---|---|---|---|
| **5) Competency:**<br>*Preparation of food served in hospital* | | | 10% | 2 | 2.20 |
| **Critical Behaviors [Minimum]:**<br>✓ Uses good natural judgment<br>✓ Visually inspects & tastes all food products<br>✓ Maintain sufficient back up food for café<br>✓ Prepares quality food for all areas<br>✓ Food preparation is completed according to menu<br>✓ Uses standardized recipes<br>✓ Able to improvise and questions unclear orders | ✓ Observations of outcomes<br>✓ Spot checks<br>✓ Uses standardized recipes<br>✓ Patient surveys<br>✓ Customer surveys<br>✓ Observation by exception<br>✓ Health inspections | | 0 = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.<br><br>1 = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory. | |
| **Expected Behaviors [Completely Satisfactory]:**<br>✓ Keeps kitchen area clean<br>✓ Food service satisfaction is average<br>✓ Assists in training new employees<br>✓ Taking personal responsibility for making improvements | ✓ Customer surveys<br>✓ Observation by exception<br>✓ Spot checks<br>✓ Peer review | | 2 = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory. | |
| **Exemplary Behaviors (Above and Beyond):**<br>✓ Food service satisfaction is above average<br>✓ Communicates suggestions & assists in ways to improve operations to the manager or director | ✓ Observation of contribution to work group activities<br>✓ Customer surveys<br>✓ Suggestions submitted by employee<br>✓ Interviews with key customers<br>✓ Commendations | | 3 = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact. | |

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, job incumbents may be asked to perform other duties as required.

UH-Thompson 001801

| Competencies: List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency; As measured by the following indicators. See attached list for example indicators. Narrative examples. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighting X eval pts = Total |
|---|---|---|---|---|---|
| **5)**   **Competency:** *Oversees patient tray assembly, Café & catering food service* | | | 15% | | |
| **Critical Behaviors (Minimum):** <br> Appropriately portions food for patient trays & cafeteria <br> Makes sure tray line starts on time <br> Ensures trays are assembled accurately & completely <br> Accurately places items on trays of selected menus when needed <br> Moves staff as needed to maintain service <br> Able to adjust employee production schedules when needed <br> Prepares food without recipes as needed for special functions | ✓ Observation <br> ✓ Spot checks <br> ✓ Skills Check List <br> ✓ Rounds <br> ✓ Customer surveys <br> ✓ Patient Surveys <br> ✓ Inservice attendance <br> ✓ Skills Check List | | | | 0 = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment. |
| **Expected Behaviors (Completely Satisfactory):** <br> Ensures caterings leave kitchen on time & with complete supplies <br> Responsible for peer training | ✓ Observation <br> ✓ Spot checks <br> ✓ Peer review <br> ✓ Interviews with key catering customers | | | | 1 = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory. <br><br> 2 = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory. |
| **Exemplary Behaviors (Above and Beyond):** <br> ✓ Demonstrate excellence in customer relations with observable examples <br> ✓ Communicates suggestions & assists in ways to improve operations to the manager or director | ✓ Interviews with key café customers <br> ✓ Commendations <br> ✓ Suggestions submitted by employee <br> ✓ Observation of contribution to work group activities | | | | 3 = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact. |

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, job incumbents may be asked to perform other duties as required.

UH-Thompson 001802

UH-Thompson 001803

| Competencies: List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighting X eval pts = Total |
|---|---|---|---|---|---|
| **7) Competency:** Supervisory operational duties | | | 35% | 2 | 70 |

**Critical Behaviors (Minimum)**
- ✓ Accurately orders food supplies using order guide(s)
- ✓ Orders Food & Supplies via computer ordering program
- ✓ Maintains low inventories
- ✓ Checks food deliveries against order invoice
- ✓ Stores refrigerator/frozen items within 1 hour of delivery
- ✓ Takes corrective action to address employee safety infractions
- ✓ Trains employees how to safely operate and clean equipment
- ✓ Food is stored properly (labeled & dated)
- ✓ Functions as Department Supervisor
- ✓ Arranges for coverage of unscheduled absences
- ✓ Completes cash count & deposits for café as needed
- ✓ Follows Universal Precaution/Infection Control
- ✓ Uses chemicals safely / Maintains safe work area

Validation indicators:
- ✓ Observation
- ✓ Spot checks
- ✓ Skills Check List
- ✓ Rounds
- ✓ In-service attendance
- ✓ Skills Check List
- ✓ Health Inspections
- ✓ Observation by exception

**Expected Behaviors (Completely Satisfactory):**
- ➤ Creates cafeteria menus, specials and promotions
- ➤ Inventories weekly/monthly and enters data in computer
- ➤ Ensures stock is rotated and dead stock run out in café/caterings
- ➤ Communicates order discrepancies to vendor immediately
- ➤ Completes annual performance appraisals of employees
- ➤ Maintains documentation of product shortages, quality problems, employee report offs, production records, and temperature records for food and coolers/freezers
- ➤ Responsible for peer training
- ➤ Ensures garnishes for food items are prepared and used
- ➤ Takes corrective action to improve employee work deficiencies
- ➤ Functions as Charge Person for health dept. when on duty

Validation indicators:
- ➤ Par levels
- ➤ Peer review
- ➤ Substitution Log
- ➤ Skills Check List
- ➤ Temperature logs
- Visual review

**Exemplary Behaviors (Above and Beyond):**
- ✓ Communicates suggestions & assists in ways to improve operations to the manager or director
- ✓ Maintains cafeteria signage
- ✓ Creates specials for customers upon request
- ✓ Works in absence of director to for short period of time.

Validation indicators:
- ✓ Suggestions submitted by employee
- ✓ Commendations
- ✓ Observation of contribution to work group activities

Evaluation scale:
**0 =** Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.

**1 =** Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory.

**2 =** Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory.

**3 =** Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact.

**heck Items Which Are Major Strong Points/Achievements, Asterisk Items Where Improvement Needs Exist**

| | | | |
|---|---|---|---|
| ☒ Personal Computer | 9. ___ Proofreading | 17. ___ Problem Solving | 25. ___ Time Management |
| ___ Transcription | 10.___ Office Protocols | 18. ___ Budgetary Controls | 26. X Motivation |
| ___ Word Processing | 11.___ Organization | 19. ___ Attendance | 27. ___ Following Instructions |
| ___ CRT | 12.___ Goal Setting | 20. ___ Staff Development | 28. X Prioritization |
| ___ Telephone Skills | 13. X Customer Service | 21. ___ Writing Skills | 29. X Flexibility/Teamwork |
| X Cooperation | 14. ___ Patient Focus | 22. ☒ Timeliness | 30.___ |
| ___ Technical Excellence | 15. X Supervisory Skills | 23. ___ Innovation | 31.___ |
| ___ Clinical Assessment Skills | 16. ___ Adherence to Policy/ Procedures | 24. ☒ Communication Skills | 32.___ |

| lance and Minimum Qualifications Summary | Initial Employment Review |
|---|---|
| attendance and requirements within last 12 months) | |

| | |
|---|---|
| on must be completed for all performance appraisals. | For the initial employment review, a total rating score is not necessary. Supervisors have the option of commenting on the standards or using ratings, 0,1,2,3. It is unlikely that a new employee is completing all duties of the job as written. Please evaluate on the applicable duties only. |
| f days absent                                    _____ | |
| f tardies/early leaves                       _____ | Do you (supervisor) recommend this employee for regular full-time or regular part-time employment? _____Yes_____ No |
| f occurrences absent                       _____ | |
| nce satisfactory?          _____ Yes ____ No | |
| nce is not satisfactory, please comment in the reviewer section. | Number of days unscheduled absence          _____ |
| | Number of tardies/early leaves                      _____ |
| | Number of occurrences absent                      _____ |
| d annual TB testing          _____ Yes ____ No | Is attendance satisfactory?          _____Yes _____ No |
| o the Code of Conduct     _____ Yes ____ No | If attendance is not satisfactory, please comment in the reviewer comment section. |
| d licensure/certification    _____ Yes ____ No ____N/A | |
| afety Education Score___%or___Pass___Fail/Incomplete | |
| ndatory Training: | |
| _____          _____ Yes ____ No | |
|                                      _____ Yes ____ No | |

☐    CHECK IF ATTACHING A COPY OF THE EMPLOYEE'S GOALS AND/OR PERFORMANCE
     IMPROVEMENT PLAN

Reviewer Comments:_____

_____

_____

_____

Employee Comments: _____

_____

_____

_____

Employee Signature_____ Date_____

Reviewer Signature/Title _____ Date_____

Department Head Signature_____ Date_____

UH-Thompson 001804

**Organizational Chart.** Show how the position fits into the organization. Include staff's titles (and their staff size, if applicable) and the other position titles which report to the same supervisor.



Next Management Level Title

Director Food & Nutrition Services

Immediate Supervisor

This Position — Food Prodcution Supervisor

Other Position Titles Reporting to the Same Supervisor

Clinical Dietitian

Secretary

Staff Position Titles

Cooks — Exempt: / Nonexempt: x / Other:

Nutrition Service Assistants — Exempt: / Nonexempt:x / Other:

Porter — Exempt: / Nonexempt:x / Other:

Exempt: / Nonexempt: / Other:

Exempt: / Nonexempt: / Other:

UH-Thompson 001805

# UniversityHospitals
# HealthSystem
## Richmond Heights Hospital

REC'D MAY 2 4 2002

## Job Description and Performance Appraisal

| | |
|---|---|
| Employee Name: | *THOMPSON, LISA* |
| Social Security Number: | *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* |

Type of Appraisal: _____ Initial  ✗ Annual _____ Other

Performance Rating: *2.5*          Date Given: *May 9, 2002*

| Job Title: **Food Production Supervisor** | Staff: n/a | Nonexempt |
|---|---|---|
| Department: **FOOD & NUTRITION SERVICES** | Responsible for an Operating Budget of: $  **N/A** | Financial Impact/Dollars Influenced: $  **N/A** |
| Reports to (title):  Director of Food & Nutrition Services | | |
| | Age of Patients Served:_____ to _____ **N/A** | |
| Supervisor's Approval (signature): | Date Job Description Prepared/Reviewed: October, 2000 | |

**Position Summary/Essential Duties:**  (include percentage of time for each duty and corresponding Competency number.)

1. Demonstrates progressive leadership and effective management. (5% - comp. 5)
2. Develops staff and builds a strong team. (5% - comp. 6)
3. Preparation of food served in all areas of the hospital (15%--comp. 7)
4. Oversees patient tray assembly, café & catering food service (15%--comp. 8)
5. Completes supervisory operational duties (60%--comp. 9)

**Education/Expertise:**
AAS Degree, CDM, Culinary Certification, or the equivalent In quantity foods experience. (In healthcare preferred.)

Food preparation and sanitation education/training.

**Required Credentials, Licensure or Certification (i.e. RN, RRT):**
Serve-Safe Food Sanitation Course

**Experience & Knowledge:**
Minimum of 5 years food preparation experience required. Hospital food preparation preferred

**Special Skills & Equipment Knowledge:**
*Strong customer service skills
*In depth knowledge of food preparation  & food safety
*Ability to read, understand & modify recipes
*Ability to work independently with computer used for ordering food
*Operate kitchen equipment and train others
*Supervision (charge person)

**Relationships/Contacts:**

| Internal (Inside UHHS) Who | Purpose | External (Outside UHHS) Who | Purpose |
|---|---|---|---|
| All depatments | Service of food | Vendors/families/visitors | Ordering food Service of food |

UH-Thompson 000199

| Competencies: List the major and essential competencies required for this position. Include behaviors that should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency: As measured by the following methods and indicators. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighting X eval pts = Total |
|---|---|---|---|---|---|
| **1) Competency:** *Initiates and maintains positive relationships with patients/customers.* | | | 10% | 3 | .30 |
| **Critical Behaviors (Minimum):** | **Validation methods for critical and expected behaviors:** | | | | 0 = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment. |
| Exemplifies the hospital service standards | • Supervisor's personal observation and evaluation of patient/customer interactions during the review period | | | | |
| Wears ID badge above the waist and facing out at all times while on hospital property | • Supervisor's annual review of anecdotal feedback received from patients, families, customers and peers. | | | | |
| Introduces self and explains role to others in person and over the phone | | | | | 1 = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory. |
| Smiles, makes eye contact and appears friendly, open and interested in people | • Supervisor's annual review of patient satisfaction/customer service survey responses that mention the incumbent, if any. | | | | |
| Offers assistance to whomever needs it | • Supervisor's annual review of incumbent's personnel file (Expected Performance = no evidence of verbal or written performance counseling related to patient/customer interactions) | | | | |
| Provides direction by personally escorting people when possible | | | | | |
| Respects others and is courteous | | | | | |
| Responds Quickly: Explains procedures and expected time frames and follows through within stated time frames | | | | | 2 = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory. |
| Explains Delays: States reasons for any delay in a timely fashion and follows through on promises. | **Validation methods for exemplary behaviors:** | | | | |
| Inspires patient's/customer's confidence by making positive comments about our system, hospital and other departments | • Review of meeting minutes for customer service improvement committees, to document incumbent's level of participation in the project | | | | |
| Shares patient's/customer's private or confidentially information only with those who have clearance to receive the information and avoids doing so in public areas | • Number of customer service improvement suggestions received from the incumbent during the review period | | | | 3 = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact. |
| **Expected Behaviors (Completely Satisfactory):** | • Supervisor's personal observation and evaluation of coaching/feedback interactions initiated by the incumbent | | | | |
| Knows who all their customers are | | | | | |
| Communicates at the patient/customer's level of education and experience | | | | | |
| Shows empathy for the patient/customer's situation and concerns | | | | | |
| Acts as an advocate for the patient/customer | | | | | |
| Maintains professional behavior consistent with role | | | | | |
| Maintains composure in difficult interpersonal situations | | | | | |
| Includes the patient/customer's perspective in decision making and problem solving | | | | | |
| **Exemplary Behaviors (Above and Beyond):** | | | | | |
| Leads and/or actively participates in customer service improvement initiatives | | | | | |
| Suggests new methods or approaches that lead to better patient/customer relations for the department or hospital | | | | | |
| Assists co-workers by providing feedback and suggestions to them on how to improve or build relations with patients/customers | | | | | |

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, job incumbents may be asked to perform other duties as required.

UH-Thompson 000200

UH-Thompson 000201

| Competencies: List the major and essential competencies required for this position. Include behaviors that should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency: As measured by the following methods and indicators. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighting X eval pts Total |
|---|---|---|---|---|---|
| **2) Competency:** *Initiates and maintains positive relationships with co-workers.* | | ✓ | 10% | 2 | .30 |

**Critical Behaviors (Minimum):**
- ✓ Takes ownership of tasks and assignments
- ✓ Focuses on what <u>can be done</u> not what can't be done
- ✓ Speaks positively of other employees, avoids negative gossip

**Expected Behaviors (Completely Satisfactory):**
- ✓ Helps without being asked
- ✓ Follows through
- ✓ Shares information and knowledge
- ✓ Gives feedback positively to ensure service excellence
- ✓ Listens to and builds on other's ideas
- ✓ Models excellence and encourages others to excel

**Exemplary Behaviors (Above and Beyond):**
- ✓ At their own initiative, takes responsibility for providing supervision to co-workers when the supervisor is not available, with evidence of positive results
- ✓ Successfully works with co-workers to resolve group issues such as interpersonal conflict and procedural issues

*Impress performance:*
*· Investigate issues + gather facts*
*· Follow-up on discussion planning.*
*· Take corrective action next step.*
*· Give positive feedback + agreeing on opposite - next step in corrective action*

**Validation methods for critical, expected and exemplary behaviors:**
- Supervisor's personal observation and evaluation of co-worker interactions during the review period
- ✓ Supervisor's annual review of incumbent's personnel file (Expected Performance = no evidence of verbal or written performance counseling related to co-worker interactions)
- Results of peer review and/or anecdotal documentation related to the incumbent's co-worker interactions

**0** = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.

**1** = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory.

**2** = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory.

**3 = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact.**

UH-Thompson 000202

| 3) Competency: *Takes responsibility for self-development and supports a learning environment.* | Validation methods for critical and expected behaviors: | ᴹᴮ | 10% | 3 | , 30 |
|---|---|---|---|---|---|

**3) Competency:** *Takes responsibility for self-development and supports a learning environment.*

**Critical Behaviors (Minimum):**
- ✓ Accepts feedback as an opportunity for growth
- ✓ Regularly participates in informal and formal education, staff meetings or staff development activities
- ✓ Applies knowledge gained from educational activities to their work
- ✓ Is receptive to new ideas and improvement efforts
- ✓ Completes departmental requirements for self-appraisal on a timely basis

**Expected Behaviors (Completely Satisfactory):**
- ✓ Is responsive to new ways of learning
- ✓ Supports and accommodates teaching activities, including mentoring other employees at their supervisor's request
- ✓ Supports and accommodates research activities
- ✓ Participates in a formal and informal peer review process

**Exemplary Behaviors (Above and Beyond):**
- ✓ Provides coaching and mentoring to new employees at their own initiative, with evidence that new employees have benefited from their assistance
- ✓ Actively participates in a professional organization that is related to their profession or work
- ✓ Achieves professional certification
- ✓ Attends college-level courses, with evidence of progress towards obtaining a college degree in healthcare or a related discipline
- ✓ Participates in, or leads, hospital-sponsored initiatives that bring education programs to the community

**Validation methods for critical and expected behaviors:**
- Supervisor's personal observation and evaluation of the incumbent's response to learning situations during the review period
- Documentation of attendance at required inservices
- Documentation of attendance at optional inservices
- Documentation supporting that the incumbent completed their self-appraisal on time (if applicable)
- Documentation supporting the incumbent's participation in peer review (if applicable)
- Supervisor's personal observation and evaluation of the results of mentoring assignments completed by the incumbent during the review period

**Validation methods for exemplary behaviors:**
- Review of documentation supporting the incumbent's participation in professional organizations, attainment of professional certification, or progress towards a college-level degree
- Anecdotal or formal documentation verifying the incumbent's participation in hospital-sponsored community education programs

**0** = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.

**1** = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory.

**2** = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory.

**3** = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact.

*(handwritten notes):*
Attended System Feed Safety in 2007
Attended Feed Snacks (2)
Attended Supervise development seminar - (EEOC-Interviews)
Works on Computer Skills - (FOCF-In-Things)

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, job incumbents may be asked to perform other duties as required.

UH-Thompson 000203

| Competencies: List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | Learning Needs (✓) | % of Weighting Most equal 100% | Evaluation (0-3) | % of weighing X evals Total |
|---|---|---|---|---|---|
| **4) Competency:** *Displays commitment to the mission of the hospital and its values.* | | 𝕏 | 10% | 2 | .20 |

**Critical Behaviors (Minimum):**
- Knows and follows hospital policies related to safety
- Always responds to fire drills appropriately Consistently adheres to universal precautions for protection of the patient and the employee
- Arrives at work assignment on time as scheduled, ready to begin work.
- Wears ID badge at all times while on duty
- Can verbalize where policy and safety information is located in the department
- Uses hospital resources wisely in a cost effective manner
- Adheres to hospital and departmental policies for attendance
- Ensures confidentiality of all hospital business
- Demonstrates the organization's commitment to diversity
- Uses scheduled work time productively
- Knows and follows hospital policies related to ethical conduct and is in compliance with the hospital's code of conduct

**Expected Behaviors (Completely Satisfactory):**
- Gets involved in hospital activities, supports the involvement of others
- Participates in performance improvement and/or quality improvement initiatives
- Monitors performance indicators, measuring their personal performance against department/hospital standards
- Acknowledges the results of customer feedback and follows through with appropriate improvements
- Speaks positively of the hospital to patients/customers, the public, and co-workers
- Keeps their work area and equipment clean and well cared for
- Supports and contributes to change initiatives
- Demonstrates flexibility in response to changing responsibilities and workloads

**Exemplary Behaviors (Above and Beyond):**
- Develops or leads process/performance improvement initiatives or projects
- Participates in hospital-sponsored programs that build recognition and support for the hospital in the community, such as fund-raising events or speaker's bureaus

**Validation methods for critical behaviors:**
- Supervisor's annual review of incumbent's personnel file (Expected Performance = no evidence of verbal or written performance counseling related to hospital policies or the Code of Conduct)
- Results of peer review and/or anecdotal documentation related to the incumbent's support for, and adherence to, hospital policies
- Supervisor's review of productivity reports/documentation
- Supervisor's review of documents relating to workplace safety/accident reports involving the incumbent

**Validation methods for expected behaviors:**
- Supervisor's personal observations and evaluation of incumbent's workplace behaviors during the review period
- Review of anecdotal or formal documentation showing the level of the incumbent's participation in performance improvement activities
- Review of anecdotal or formal documentation showing the level of the incumbent's participation in hospital activities outside of the department

**Validation methods for exemplary behaviors:**
- Review of anecdotal or formal documentation showing the extent of the incumbent's participation in improvement committees
- Anecdotal or formal documentation verifying the incumbent's participation in hospital-sponsored community programs

0 = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.

1 = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory.

2 = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory.

3 = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex, areas with greater impact.

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, job incumbents may be asked to perform other duties as required.

| Competencies: List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighting X eval is = Toal |
|---|---|---|---|---|---|
| | | | 10% | 2 | .20 |

**5) Competency: Demonstrates progressive leadership and effective management.**

**Critical Behaviors:**
- Identifies strategic issues impacting the department and responds with appropriate actions in a timely manner
- Responds quickly and appropriately to patient/customer feedback
- Remains aware of changes in research and technology in areas of expertise
- Supports UHHS, hospital and management programs/initiatives
- Expresses support of UHHS, hospital and management initiatives when interacting with employees and patients/customers
- Holds employees accountable for complying with the Corporate Code of Conduct and reporting violations

**Expected Behaviors:**
- Develops and drives the "vision" for their department $SEE$ $HG$ $T^{ell}er^{ented}$ $c^{ow}$ $\frac{cm}{s^{en}}...$
- Develops creative improvements to current procedures and methods of operation while preserving quality and decreasing cost $PROG$ $Loc^{ol}$ $c^{colum}$ $G$ $PLAGHUPH..$
- Integrates changes in research and technology into department operations
- Demonstrates decisiveness
- Demonstrates self-motivation
- Adapts behavior and approach in anticipation of or in response to changing circumstances
- Able to influence others while respecting differing opinions
- Negotiates to attain the best outcome $-$ $scheduling$

**Exemplary Behaviors:**
- Develops and/or leads a cross-departmental performance improvement initiative that benefits the hospital
- Develops and/or leads a performance improvement initiative that benefits other UHHS hospitals
- Contributes cost saving ideas that can be applied throughout the hospital or hospital system
- Anticipates opportunities available through new research or technology and capitalizes on them, resulting in a positive impact or competitive advantage for the hospital.

**Validation methods for critical behaviors:**
- Supervisor's personal observation and evaluation of incumbent's interactions with peers, higher levels of management, and employees
- Supervisor's annual review of anecdotal feedback received from patients, families, customers and hospital employees
- Supervisor's annual review of patient satisfaction/customer service survey responses that mention the incumbent's department
- Supervisor's annual review of incumbent's personnel file (Expected Performance = no evidence of verbal or written performance counseling related to supervisory or leadership abilities)

**Validation methods for expected behaviors:**
- Supervisor's personal observation and evaluation of incumbent's interactions with peers, higher levels of management, and employees
- Supervisor's evaluation of incumbent's success at integrating new technology or research into the work group
- Supervisor's review of work area improvements made by the incumbent, evaluating actual performance against expected cost, service and quality outcomes
- Supervisor's review of time deadlines met (or unmet) on projects or work assignments
- Supervisor's review of actual department performance results versus stated goals

**Validation methods for exemplary behaviors:**
- Review of meeting minutes for performance improvement committees, to document the incumbent's level of participation in the project
- Number of cost-saving suggestions received from the incumbent during the review period
- Evaluation of the impact of new research or technology initiated and applied by the incumbent to hospital operations

0 = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.

1 = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory.

2 = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory.

3 = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact.

$NOT$ $IN$ $SUB$ $OROINATE$ $PACKAGES$

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, job incumbents may be asked to perform other duties as required.

UH-Thompson 000204

| Competencies: List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighting X eval pts = Total |
|---|---|---|---|---|---|
| **6)  Competency:** *Develops staff and builds a strong team.* | | | | | |

| | | | 5% | 3 | .15 |
|---|---|---|---|---|---|

**Critical Behaviors:**

- Sets performance expectations and communicates the expectations to their employees
- Offers employee performance feedback & follows up appropriately
- Documents employee counseling and corrective action discussions
- Enforces workplace policies equitably and consistently
- Encourages cooperative and collaborative behaviors within the work group
- Promptly informs employees when there is a change in policy, rules and/or regulations that affect them
- Communicates with employees to inform them of current initiatives and activities within the hospital and the hospital system
- Arranges for and monitors effectiveness of department orientation/training
- Shares rewards for achievements with staff
- Completes annual employee performance appraisals according to policy
- Conducts job interviews and makes hiring selections in a timely manner, forwarding documentation to Human Resources

**Expected Behaviors:**

- Delegates assignments to individuals which extend their capabilities and assist them in learning new skills
- Role-models performance feedback approaches
- Identifies staff learning needs and takes action to facilitate improvement
- Develops communication methods that meet staffing and organizational needs
- Discusses development opportunities with employees, including potential career paths
- Maintains an "open door" policy and encourages employees to share issues, suggestions, and concerns

**Exemplary Behaviors:**

- Mentors less experienced supervisors to help them learn team building skills
- Identifies cross-departmental team work issues that effect hospital productivity and initiates actions leading to improvement
- Anticipates how employee skill sets will be impacted by changes coming from new technology, research or business practices and develops employees so they have the skills they need

**Validation methods for critical behaviors:**

- Supervisor's personal observation and evaluation of incumbent's interactions with their employees
- Supervisor's annual review of anecdotal feedback received from employees and Human Resources staff
- Supervisor's annual review of incumbent's personnel file (Expected Performance = no evidence of verbal or written performance counseling related to supervisory or leadership abilities)
- Review of actual staff turnover results versus expected results
- Review of staff development and education records showing evidence of employee participation in orientation and training activities
- Review of actual time needed to fill vacant positions versus expected time frame
- Review of actual percentage of employee evaluations completed on time versus expected standard of 100%

**Validation methods for expected behaviors:**

- Supervisor's personal observation and evaluation of incumbent's interactions with employees
- Review of staff performance evaluations looking for evidence that learning needs have been identified and action plans developed for all employees

**Validation methods for exemplary behaviors:**

- Supervisor's personal observation and evaluation of coaching/feedback interactions initiated by the incumbent
- Review of meeting minutes for team work improvement committees, to document the incumbent's level of initiation and participation
- Review of staff performance evaluations looking for evidence that future learning needs have been identified and action plans developed to prepare employees for the impact of new research or technology

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, job incumbents may be asked to perform other duties as required.

UH-Thompson 000205

| Competencies: List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluatio (0-3) | % of weighting X eval pts / Total |
|---|---|---|---|---|---|
| **7)   Competency:** *Preparation of food served in hospital* | | | *10%* / *15%* | *3* / *3* | *45* |
| **Critical Behaviors [Minimum]:**<br>Visually inspects & tastes all food products<br>Maintain sufficient back up food for café<br>Prepares quality food for all areas<br>Food preparation is completed according to menu<br>Uses standardized recipes<br>Able to improvise and questions unclear orders<br>Demonstrates ability to complete all cook positions job tasks | Observations of outcomes ✓<br>Spot checks ✓<br>Uses standardized recipes ✓<br>Patient surveys ✓<br>Customer surveys ✓<br>Observation by exception ✓<br>Health inspections ✓ | | | | **0** = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.<br><br>**1** = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory. |
| **Expected Behaviors (Completely Satisfactory):**<br>Keeps kitchen area clean<br>Food service satisfaction scores reflect good to excellent<br>Assists in training new employees how to prepare food using recipes and production records<br>Prepares food without recipes as needed for special functions<br>Taking personal responsibility for making improvements | Customer surveys ✓<br>Observation by exception ✓<br>Spot checks ✓<br>Peer review ✓ | | | | **2** = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory. |
| **Exemplary Behaviors (Above and Beyond):**<br>Food service satisfaction scores are excellent<br>Communicates suggestions & assists department manger on ways to improve services for employees and patients | Observation of contribution to work group activities ✓<br>Customer surveys ✓<br>Suggestions submitted by employee ✓<br>Interviews with key customers ✓<br>Commendations ✓ | | | | **3** = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact. |

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, Job incumbents may be asked to perform other duties as required.

UH-Thompson 000206

UH-Thompson 000207

| Competencies: List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighting X eval pts = Total |
|---|---|---|---|---|---|
| **8)  Competency:**<br>*Oversees patient tray assembly, Café & catering food service*<br><br>**Critical Behaviors (Minimum):**<br>✓ Appropriately portions food for patient trays & cafeteria<br>✓ Makes sure food is ready and that trayline starts on time<br>✓ Ensures trays are assembled accurately & completely<br>✓ Accurately places items on trays of selected menus when needed<br>✓ Ensures trays are delivered to floors per delivery schedule<br>✓ Adjust food production schedules when needed<br><br>**Expected Behaviors (Completely Satisfactory):**<br>✓ Ensures caterings leave kitchen on time & with complete supplies<br>✓ Moves staff as needed to maintain service<br>✓ Responsible for training and evaluating the work of Nutrition Service Associates<br><br>**Exemplary Behaviors (Above and Beyond):**<br>✓ Demonstrate excellence in customer relations by visiting with dining room customers. | ✓ Observation<br>✓ Spot checks<br>✓ Skills Check List<br>✓ Rounds<br>✓ Customer surveys<br>✓ Patient surveys<br>✓ In-service attendance<br>✓ Skills Check List<br><br>✓ Observation<br>✓ Spot checks<br>✓ Peer review<br>✓ Interviews with key catering customers<br><br>✓ Interviews with key café customers<br>✓ Commendations<br>✓ Suggestions submitted by employee<br>✓ Observation of contribution to work group activities | | 10%<br>5 | 2 | 10<br>10 |
| | | | | 0 = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.<br><br>1 = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory.<br><br>2 = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory.<br><br>3 = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact. | | |

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, Job incumbents may be asked to perform other duties as required.

UH-Thompson 000208

| Competencies: List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighting X eval pts = Total |
|---|---|---|---|---|---|
| | | | 25% | 2 | 50 |

**9) Competency:**
*Completes supervisory operational duties*

**Critical Behaviors (Minimum):**
- ✓ Accurately inventories & orders raw food supplies  *more shelfs inventories*
- ✓ Orders Food & Supplies via computer ordering program
- ✓ Maintains low inventories.  *Very Good*
- ✓ Maintains use of approved product and vendors
- ✓ Checks food deliveries against order invoice
- ✓ Stores refrigerator/frozen items within 15 minutes of delivery
- ✓ Follows Universal Precautions/Infection Control
- ✓ Uses chemicals safely / Maintains safe work area
- ✓ Trains employees how to safely operate and clean equipment
- ✓ Food is stored properly (labeled & dated)
- ✓ Functions as Department Supervisor during normal operation hours
- ✓ Arranges for coverage of unscheduled absences
- ✓ Completes cash count & deposits for café

**Expected Behaviors (Completely Satisfactory):**
- ✓ Ensures stock is rotated; takes corrective action
- ✓ Communicates order discrepancies to vendor immediately
- ✓ Responsible for peer training
- ✓ Maintains documentation of product shortages, quality problems, employee report offs, production records, and temperature records for food and coolers/freezers
- ✓ Creates garnishes for all food items served and teaches others.
- ✓ Functions as Charge Person in absence of Director

**Exemplary Behaviors (Above and Beyond):**
- ✓ Communicates suggestions & assists in ways to improve operations to the manager or director
- ✓ Creates specials for customers upon request
- ✓ Works in absence of staff to maintain services  *super Timely*

Validation indicators column:
- ✓ Observation
- ✓ Spot checks
- ✓ Skills Check List
- ✓ Rounds
- ✓ In-service attendance
- ✓ Skills Check List
- ✓ Health Inspections
- ✓ Observation by exception  *Becomes Timeline too 2*

- ✓ Par levels
- ✓ Peer review
- ✓ *Substitution Log*
- ✓ Skills Check List
- ✓ Temperature logs

Visual review

- ✓ Suggestions submitted by employee
- ✓ Commendations
- ✓ Observation of contribution to work group activities

Weighting description column:
0 = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.

1 = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory.

2 = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category. Employee's performance in this competency area can be judged completely satisfactory.

3 = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact.

**Organizational Chart:  Show how the position fits into the organization. Include staff's titles (and their staff size, if applicable) and the other position titles which report to the same supervisor.**



Next Management Level Title | Chief Operating Officer

Immediate Supervisor | Director Food & Nutrition Services

This Position | Food Prodcution Supervisor

Other Position Titles Reporting to the Same Supervisor

- Clinical Dietitian
- Secretary

Staff Position Titles

- Cooks — Exempt: Nonexempt: x Other:
- Nutrition Service Assistants — Exempt: Nonexempt: x Other:
- Porter — Exempt: Nonexempt: x Other:
- Exempt: Nonexempt: Other:
- Exempt: Nonexempt: Other:

225

**Check Items Which Are Major Strong Points/Achievements, Asterisk Items Where Improvement Needs Exist**

| | | | |
|---|---|---|---|
| 1. X Personal Computer | 9. * Proofreading | 17. ___ Problem Solving | 25. ✓ Time Management |
| 2. ___ Transcription | 10. * Office Protocols *Sch. docs.* | 18. ___ Budgetary Controls | 26. ' Motivation |
| 3. ___ Word Processing | 11. ___ Organization | 19. ___ Attendance | 27. ___ Following |
| 4. ___ CRT | 12. ___ Goal Setting | 20. ✓* Staff Development | Instructions |
| 5. ___ Telephone Skills | 13. ✓ Customer Service | 21. * Writing Skills /*WORD* | 28. ___ Prioritization |
| 6. ___ Cooperation | 14. ✓ Patient Focus | 22. ___ Timeliness | 29. ___ |
| 7. ___ Technical Excellence | 15. ✓ Supervisory Skills | 23. ___ Innovation | Flexibility/Teamwork |
| 8. ___ Clinical Assessment Skills | 16. ___ Adherence to Policy/ Procedures | 24. ___ Communication Skills | 30. ___ |
| | | | 31. ___ |

**Attendance and Minimum Qualifications Summary**
**(Report attendance and requirements for last 12 months)**

This section must be completed for all performance appraisals.

Number of days absent *OCCURRANCES*          3
Number of tardies/early leaves                n/a
Number of occurrences absent                  2
Is attendance satisfactory?          X   Yes ___ No
If attendance is not satisfactory, please comment in the reviewer comment section.

Completed annual TB testing          X   Yes ___ No
Adhered to the Code of Conduct       X   Yes ___ No
Maintained licensure/certification   ___ Yes ___ No X N/A
Annual Safety Education
Score *100* %or X Pass ___ Fail/Incomplete

Other Mandatory Training:
FOOD SHOWS                           X   Yes ___ No
2 SEMINARS                           ___ Yes ___ No

**Initial Employment Review**

For the initial employment review, a total rating score is not necessary. Supervisors have the option of commenting on the standards or using ratings, 0,1,2,3. It is unlikely that a new employee is completing all duties of the job as written. Please evaluate on the applicable duties only.

Do you (supervisor) recommend this employee for regular full-time
or regular part-time employment?          ___ Yes ___ No

Number of days unscheduled absence          ___
Number of tardies/early leaves              ___
Number of occurrences absent                ___
Is attendance satisfactory?          ___ Yes ___ No
If attendance is not satisfactory, please comment in the reviewer comment section.

☑ **CHECK IF ATTACHING A COPY OF THE EMPLOYEE'S GOALS AND/OR PERFORMANCE**
**IMPROVEMENT PLAN**

**Reviewer Comments:** *Lisa has been instrumental in our departments success. I look to her for continued support and want to be part of her development in food service production supervision*

**Employee Comments:** _____

_____

_____

**Employee Signature** *Lisa Thompson*          Date *May 20, 2002*

**Reviewer Signature/Title** *R. Greene* /*Nutrition Srv. Director*          Date *March 20, 2002*

**Department Head Signature** _____          Date *5/23/02*

UH-Thompson 000210

**UniversityHospitals
HealthSystem**
Richmond Heights Hospital

REC'D MAY 1 5 2003

## Job Description and Performance Appraisal

| Employee Name: | _Aleather (Lisa) D. Thompson_ |
|---|---|

| Social Security Number: | _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_ |
|---|---|

Type of Appraisal: _____Initial __X__Annual _____Other

Performance Rating: _2.85_          Date Given: _5-13-03_

---

| Job Title: **Food Production Supervisor** | Staff: n/a | Nonexempt |
|---|---|---|
| Department: FOOD & NUTRITION SERVICES | Responsible for an Operating Budget of: $   N/A | Financial Impact/Dollars Influenced: $   N/A |
| Reports to (title): Director of Food & Nutrition Services | Age of Patients Served:____ to _____N/A | |
| Supervisor's Approval (signature): | Date Job Description Prepared/Reviewed: October, 2000 | |

Position Summary/Essential Duties:  (include percentage of time for each duty and corresponding Competency number.)

1. Demonstrates progressive leadership and effective management. (5% - comp. 5)
2. Develops staff and builds a strong team.  (5% - comp. 6)
3. Preparation of food served in all areas of the hospital (15%--comp. 7)
4. Oversees patient tray assembly, café & catering food service (15%--comp. 8)
5. Completes supervisory operational duties (60%--comp. 9)

---

| Education/Expertise: | Experience & Knowledge: |
|---|---|
| AAS Degree, CDM, Culinary Certification, or the equivalent in quantity foods experience. (In healthcare preferred.)<br><br>Food preparation and sanitation education/training.<br><br>Required Credentials, Licensure or Certification (i.e. RN, RRT):<br>Serve-Safe Food Sanitation Course | Minimum of 5 years food preparation experience required. Hospital food preparation preferred<br><br>Special Skills & Equipment Knowledge:<br>*Strong customer service skills<br>*In depth knowledge of food preparation  & food safety<br>*Ability to read, understand & modify recipes<br>*Ability to work independently with computer used for ordering food<br>*Operate kitchen equipment and train others<br>*Supervision (charge person) |

Relationships/Contacts:

| Internal (Inside UHHS) Who | Purpose | External (Outside UHHS) Who | Purpose |
|---|---|---|---|
| All depatments | Service of food | Vendors/families/visitors | Ordering food<br>Service of  food |

UH-Thompson 000091

UH-Thompson 000092

| Competencies. List the major and essential competencies required for this position. Include behaviors that should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency: As measured by the following methods and indicators. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighing X eval pts = Total |
|---|---|---|---|---|---|
| **1) Competency:** *Initiates and maintains positive relationships with patients/customers.* | | | 10% | 2 | .2 |

**Critical Behaviors (Minimum):**
- ✓ Exemplifies the hospital service standards
- ✓ Wears ID badge above the waist and facing out at all times while on hospital property
- ✓ Introduces self and explains role to others in person and over the phone
- ✓ Smiles, makes eye contact and appears friendly; open and interested in people
- ✓ Offers assistance to whomever needs it
- ✓ Provides direction by personally escorting people when possible
- ✓ Respects others and is courteous
- ✓ Responds Quickly: Explains procedures and expected time frames and follows through within stated time frames
- ✓ Explains Delays: States reasons for any delay in a timely fashion and follows through on promises.
- ✓ Inspires patient's/customer's confidence by making positive comments about our system, hospital and other departments
- ✓ Shares patient's/customer's private or confidentially information only with those who have clearance to receive the information and avoids doing so in public areas

**Expected Behaviors (Completely Satisfactory):**
- ✓ Knows who all their customers are
- ✓ Communicates at the patient's/customer's level of education and experience
- ✓ Shows empathy for the patient's/customer's situation and concerns
- ✓ Acts as an advocate for the patient/customer
- ✓ Maintains professional behavior consistent with role
- ✓ Maintains composure in difficult interpersonal situations
- ✓ Includes the patient/customer's perspective in decision making and problem solving

**Exemplary Behaviors (Above and Beyond):**
- ✓ Leads and/or actively participates in customer service improvement initiatives
- ✓ Suggests new methods or approaches that lead to better patient/customer relations for the department or hospital
- ✓ Assists co-workers by providing feedback and suggestions to them on how to improve or build relations with patients/customers

**Validation methods for critical and expected behaviors:**
- • Supervisor's personal observation and evaluation of patient/customer interactions during the review period
- • Supervisor's annual review of anecdotal feedback received from patients, families, customers and peers.
- • Supervisor's annual review of patient satisfaction/customer service survey responses that mention the incumbent, if any.
- • Supervisor's annual review of incumbent's personnel file (Expected Performance = no evidence of verbal or written performance counseling related to patient/customer interactions)

**Validation methods for exemplary behaviors:**
- • Review of meeting minutes for customer service improvement committees, to document incumbent's level of participation in the project
- • Number of customer service improvement suggestions received from the incumbent during the review period
- • Supervisor's personal observation and evaluation of coaching/feedback interactions initiated by the incumbent

**0** = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.

**1** = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory.

**2** = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory.

**3** = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact.

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, job incumbents may be asked to perform other duties as required.

| Competencies: List the major and essential competencies required for this position. Include behaviors that should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency:  As measured by the following methods and indicators. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighting X eval pts = Total |
|---|---|---|---|---|---|
| **2) Competency:** *Initiates and maintains positive relationships with co-workers.* | | | 10% | 3 | .30 |
| **Critical Behaviors (Minimum):**<br>✓ Takes ownership of tasks and assignments<br>✓ Focuses on what can be done, not what can't be done<br>✓ Speaks positively of other employees, avoids negative gossip<br>**Expected Behaviors (Completely Satisfactory):**<br>✓ Helps without being asked<br>✓ Follows through<br>✓ Shares information and knowledge<br>✓ Gives feedback positively to ensure service excellence<br>✓ Listens to and builds on other's ideas<br>✓ Models excellence and encourages others to excel<br>**Exemplary Behaviors (Above and Beyond):**<br>✓ At their own initiative, takes responsibility for providing supervision to co-workers when the supervisor is not available, with evidence of positive results<br>✓ Successfully works with co-workers to resolve group issues such as interpersonal conflict and procedural issues | **Validation methods for critical, expected and exemplary behaviors:**<br>○ Supervisor's personal observation and evaluation of co-worker interactions during the review period<br>● Supervisor's annual review of incumbent's personnel file (Expected Performance = no evidence of verbal or written performance counseling related to co-worker interactions)<br>● Results of peer review and/or anecdotal documentation related to the incumbent's co-worker interactions | | **0** = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.<br><br>**1** = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory.<br><br>**2** = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory.<br><br>**3 = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact.** | | |

UH-Thompson 000093

| | 10% | 3 | , 3 ð |
|---|---|---|---|

**0** = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.

**1** = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory.

**2** = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category. Employee's performance in this competency area can be judged completely satisfactory.

**3** = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact.

**Validation methods for critical and expected behaviors:**

• Supervisor's personal observation and evaluation of the incumbent's response to learning situations during the review period
• Documentation of attendance at required inservices
• Documentation of attendance at optional inservices
• Documentation supporting that the incumbent completed their self-appraisal on time (if applicable)
• Documentation supporting the incumbent's participation in peer review (if applicable)
• Supervisor's personal observation and evaluation of the results of mentoring assignments completed by the incumbent during the review period

**Validation methods for exemplary behaviors:**

• Review of documentation supporting the incumbent's participation in professional organizations, attainment of professional certification, or progress towards a college-level degree
• Anecdotal or formal documentation verifying the incumbent's participation in hospital-sponsored community education programs

---

**3) Competency:** *Takes responsibility for self-development and supports a learning environment.*

**Critical Behaviors (Minimum):**
- Accepts feedback as an opportunity for growth
- Regularly participates in informal and formal education, staff meetings or staff development activities
- Applies knowledge gained from educational activities to their work
- Is receptive to new ideas and improvement efforts
- Completes departmental requirements for self-appraisal on a timely basis

**Expected Behaviors (Completely Satisfactory):**
- Is responsive to new ways of learning
- Supports and accommodates teaching activities, including mentoring other employees at their supervisor's request
- Supports and accommodates research activities
- Participates in a formal and informal peer review process

**Exemplary Behaviors (Above and Beyond):**
- Provides coaching and mentoring to new employees at their own initiative, with evidence that new employees have benefited from their assistance
- Actively participates in a professional organization that is related to their profession or work   *Board certified 3/5/18*
- Achieves professional certification —
- Attends college-level courses, with evidence of progress towards obtaining a college degree in healthcare or a related discipline
- Participates in, or leads, hospital-sponsored initiatives that bring education programs to the community

*Self developed examples for many*

---

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, Job Incumbents may be asked to perform other duties as required.

UH-Thompson 000094

| Competencies: List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | Learning Needs (✓) | % of Weighing Manual 100% | Evaluation (0-3) | % of weighing X eval pts = Total |
|---|---|---|---|---|---|
| **4) Competency:** *Displays commitment to the mission of the hospital and its values.* | | | 10% | 3 | .3 |

**Critical Behaviors (Minimum):**
- Knows and follows hospital policies related to safety
- Always responds to fire drills appropriately Consistently adheres to universal precautions for protection of the patient and the employee *Can't...*
- Arrives at work assignment or time as scheduled, ready to begin work. *(various)*
- Wears ID badge at all times with uniform
- Can verbalize where policy and safety information is located in the department
- Uses hospital resources wisely in a cost effective manner
- Adheres to hospital and departmental policies for attendance
- Ensures confidentiality of all hospital business
- Demonstrates the organization's commitment to diversity
- Uses scheduled work time productively
- Knows and follows hospital policies related to ethical conduct and is in compliance with the hospital's code of conduct

**Expected Behaviors (Completely Satisfactory):**
- Gets involved in hospital activities, supports the involvement of others
- Participates in performance improvement and/or quality improvement initiatives
- Monitors performance indicators, measuring their personal performance against department/hospital standards
- Acknowledges the results of customer feedback and follows through with appropriate improvements
- Speaks positively of the hospital to patients/customers, the public, and co-workers
- Keeps their work area and equipment clean and well cared for
- Supports and contributes to change initiatives
- Demonstrates flexibility in response to changing responsibilities and workloads

**Exemplary Behaviors (Above and Beyond):**
- Develops or leads process/performance improvement initiatives or projects
- Participates in hospital-sponsored programs that build recognition and support for the hospital in the community, such as fund-raising events or speaker's bureaus | *handwritten*

**Validation methods for critical behaviors:**
- Supervisor's annual review of incumbent's personnel file (Expected Performance = no evidence of verbal or written performance counseling related to hospital policies or the Code of Conduct)
- Results of peer review and/or anecdotal documentation related to the incumbent's support for and adherence to hospital policies
- Supervisor's review of productivity reports/documentation
- Supervisor's review of documents relating to workplace safety/accident reports involving the incumbent

**Validation methods for expected behaviors:**
- Supervisor's personal observations and evaluation of incumbent's workplace behaviors during the review period
- Review of anecdotal or formal documentation showing the level of the incumbent's participation in performance improvement activities
- Review of anecdotal or formal documentation showing the level of the incumbent's participation in hospital activities outside of the department

**Validation methods for exemplary behaviors:**
- Review of anecdotal or formal documentation showing the extent of the incumbent's participation in improvement committees
- Anecdotal or formal documentation verifying the incumbent's participation in hospital-sponsored community programs

**0** = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.

**1** = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory.

**2** = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory.

**3** = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact.

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, job incumbents may be asked to perform other duties as required.

| Competencies: List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighting X eval pts Total |
|---|---|---|---|---|---|
| **5) Competency:** *Demonstrates progressive leadership and effective management.*<br><br>**Critical Behaviors:**<br>✓ Identifies strategic issues impacting the department and responds with appropriate actions in a timely manner<br>✓ Responds quickly and appropriately to patient/customer feedback<br>✓ Remains abreast of changes in research and technology in areas of expertise<br>✓ Supports UHHS, hospital and management programs/initiatives *post evaluation / cost saving / process*<br>✓ Expresses support of UHHS, hospital and management initiatives when interacting with employees and/or patients/customers<br>✓ Holds employees accountable for complying with the Corporate Code of Conduct and reporting violations<br><br>**Expected Behaviors:**<br>✓ Develops and drives the "vision" for their department<br>✓ Develops creative improvements to current procedures and methods of operation while preserving quality and decreasing cost<br>✓ Integrates changes in research and technology into department operations<br>✓ Demonstrates decisiveness<br>✓ Demonstrates self-motivation<br>✓ Adapts behavior and approach in anticipation of or in response to changing circumstances<br>✓ Able to influence others while respecting differing opinions<br>✓ Negotiates to attain the best outcome<br><br>**Exemplary Behaviors:**<br>✓ Develops and/or leads a cross-departmental performance improvement initiative that benefits the hospital<br>✓ Develops and/or leads a performance improvement initiative that benefits other UHHS hospitals<br>✓ Contributes cost saving ideas that can be applied throughout the hospital or hospital system<br>✓ Anticipates opportunities available through new research or technology and capitalizes on them, resulting in a positive impact or competitive advantage for the hospital. | **Validation methods for critical behaviors:**<br>• Supervisor's personal observation and evaluation of incumbent's interactions with peers, higher levels of management, and employees<br>• Supervisor's annual review of anecdotal feedback received from patients, families, customers and hospital employees<br>• Supervisor's annual review of patient satisfaction/customer service survey responses that mention the incumbent's department<br>• Supervisor's annual review of incumbent's personnel file (Expected Performance = no evidence of verbal or written performance counseling related to supervisory or leadership abilities)<br><br>**Validation methods for expected behaviors:**<br>• Supervisor's personal observation and evaluation of incumbent's interactions with peers, higher levels of management, and employees<br>• Supervisor's evaluation of incumbent's success at integrating new technology or research into the work group<br>• Supervisor's review of work area improvements made by the incumbent, evaluating actual performance against expected cost, service and quality outcomes<br>• Supervisor's review of time deadlines met (or unmet) on projects or work assignments<br>• Supervisor's review of actual department performance results versus stated goals<br><br>**Validation methods for exemplary behaviors:**<br>• Review of meeting minutes for performance improvement committees, to document the incumbent's level of participation in the project<br>• Number of cost-saving suggestions received from the incumbent during the review period<br>• Evaluation of the impact of new research or technology initiated and applied by the incumbent to hospital operations | | 10% | 2 | 2.0 |

0 = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.

1 = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory.

2 = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory.

3 = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact.

UH-Thompson 000096

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, job incumbents may be asked to perform other duties as required.

| Competencies: List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighting X eval pts = Total |
|---|---|---|---|---|---|
| **6)** **Competency:** *Develops staff and builds a strong team.*<br><br>**Critical Behaviors:**<br>✓ Sets performance expectations and communicates the expectations to their employees<br>✓ Offers employee performance feedback & follows up appropriately<br>✓ Documents employee counseling and corrective action discussions<br>✓ Enforces workplace policies equitably and consistently<br>✓ Encourages cooperative and collaborative behaviors within the work group<br>✓ Promptly informs employees when there is a change in policy, rules and/or regulations that affect them<br>✓ Communicates with employees to inform them of current initiatives and activities within the hospital and the hospital system<br>✓ Arranges for and monitors effectiveness of department orientation/training<br>✓ Shares rewards for achievements with staff<br>✓ Completes annual employee performance appraisals according to policy<br>✓ Conducts job interviews and makes hiring selections in a timely manner, forwarding documentation to Human Resources<br><br>**Expected Behaviors:**<br>✓ Delegates assignments to individuals which extend their capabilities and assist them in learning new skills<br>✓ Role-models performance feedback approaches<br>✓ Identifies staff learning needs and takes action to facilitate improvement<br>✓ Develops communication methods that meet staffing and organizational needs<br>✓ Discusses development opportunities with employees, including potential career paths<br>✓ Maintains an "open door" policy and encourages employees to share issues, suggestions, and concerns<br><br>**Exemplary Behaviors:**<br>✓ Mentors less experienced supervisors to help them learn team building skills<br>✓ Identifies cross-departmental team work issues that effect hospital productivity and initiates actions leading to improvement<br>✓ Anticipates how employee skill sets will be impacted by changes coming from new technology, research or business practices and develops employees so they have the skills they need | **Validation methods for critical behaviors:**<br>• Supervisor's personal observation and evaluation of incumbent's interactions with their employees<br>• Supervisor's annual review of anecdotal feedback received from employees and Human Resources staff<br>• Supervisor's annual review of incumbent's personnel file (Expected Performance = no evidence of verbal or written performance counseling related to supervisory or leadership abilities)<br>• Review of actual staff turnover results versus expected results<br>• Review of staff development and education records showing evidence of employee participation in orientation and training activities<br>• Review of actual time needed to fill vacant positions versus expected time frame<br>• Review of actual percentage of employee evaluations completed on time versus expected standard of 100%<br><br>**Validation methods for expected behaviors:**<br>• Supervisor's personal observation and evaluation of incumbent's interactions with employees<br>• Review of staff performance evaluations looking for evidence that learning needs have been identified and action plans developed for all employees<br><br>**Validation methods for exemplary behaviors:**<br>• Supervisor's personal observation and evaluation of coaching/feedback interactions initiated by the incumbent<br>• Review of meeting minutes for team work improvement committees, to document the incumbent's level of initiation and participation<br>• Review of staff performance evaluations looking for evidence that future learning needs have been identified and action plans developed to prepare employees for the impact of new research or technology | | 5% | 2 | .1 |

0 = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.

1 = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory.

2 = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory.

3 = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact.

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, job incumbents may be asked to perform other duties as required.

UH-Thompson 000097

| Competencies: List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighting X wal pts = Total |
|---|---|---|---|---|---|
| **7) Competency:** *Preparation of food served in hospital* | | | 10% | 2·7 | 3·0 |

**Validation indicators column (checked items):**

Critical Behaviors (Minimum):
- ✓ Observations of outcomes
- ✓ Spot checks
- ✓ Uses standardized recipes
- ✓ Patient surveys
- ✓ Customer surveys
- ✓ Observation by exception
- ✓ Health inspections

Expected Behaviors (Completely Satisfactory):
- ✓ Customer surveys
- ✓ Observation by exception
- ✓ Spot checks
- ✓ Peer review

Exemplary Behaviors (Above and Beyond):
- ✓ Observation of contribution to work group activities
- ✓ Customer surveys
- ✓ Suggestions submitted by employee
- ✓ Interviews with key customers
- ✓ Commendations

**Competencies column (checked items):**

**Critical Behaviors [Minimum]:**
- ✓ Visually inspects & tastes all food products
- ✓ Maintain sufficient back up food for café
- ✓ Prepares quality food for all areas
- ✓ Food preparation is completed according to menu
- ✓ Uses standardized recipes
- ✓ Able to improvise and questions unclear orders
- ✓ Demonstrates ability to complete all cook positions job tasks

**Expected Behaviors (Completely Satisfactory):**
- ✓ Keeps kitchen area clean
- ✓ Food service satisfaction scores reflect good to excellent
- ✓ Assists in training new employees how to prepare food using recipes and production records
- ✓ Prepares food without recipes as needed for special functions
- ✓ Taking personal responsibility for making improvements

**Exemplary Behaviors (Above and Beyond):**
- ✓ Food service satisfaction scores are excellent
- ✓ Communicates suggestions & assists department manger on ways to improve services for employees and patients

**% of Weighting / Evaluation descriptions column:**

0 = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.

1 = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory.

2 = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory.

3 = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact.

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, job incumbents may be asked to perform other duties as required.

UH-Thompson 000099

Competencies: List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position.

**Competency:**
*Oversees patient tray assembly, Café & catering food service*

**Critical Behaviors (Minimum):**
- Appropriately portions food for patient trays & cafeteria
- Makes sure food is ready and that trayline starts on time
- Ensures trays are assembled accurately & completely
- Accurately places items on trays of selected menus when needed
- Ensures trays are delivered to floors per delivery schedule
- Adjust food production schedules when needed

**Expected Behaviors (Completely Satisfactory):**
- Ensures caterings leave kitchen on time & with complete supplies
- Moves staff as needed to maintain service
- Responsible for training and evaluating the work of Nutrition Service Associates

**Exemplary Behaviors (Above and Beyond):**
- Demonstrate excellence in customer relations by visiting with dining room customers.

| Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighting X evalpts = Total |
|---|---|---|---|---|
| Observation ✓ | | 10% | 3 | 30 |
| Spot checks ✓ | | | | |
| Skills Check List ✓ | | | | |
| Rounds ✓ | | | | |
| Customer surveys ✓ | | | | |
| Patient surveys ✓ | | | | |
| In-service attendance ✓ | | | | |
| Skills Check List ✓ | | | | |
| Observation ✓ | | | | |
| Spot checks ✓ | | | | |
| Peer review ✓ | | | | |
| Interviews with key catering customers ✓ | | | | |
| Interviews with key café customers ✓ | | | | |
| Commendations ✓ | | | | |
| Suggestions submitted by employee ✓ | | | | |
| Observation of contribution to work group activities ✓ | | | | |

0 = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.

1 = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory.

2 = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory.

3 = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact.

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, job incumbents may be asked to perform other duties as required.

| Competencies: List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighting X eval pts = Total |
|---|---|---|---|---|---|
| **9) Competency:**<br>*Completes supervisory operational duties* | | | 25% | 3 | .75 |
| **Critical Behaviors (Minimum):**<br>✓ Accurately inventories & orders raw food supplies<br>✓ Orders Food & Supplies via computer ordering program<br>✓ Maintains low inventories.<br>✓ Maintains use of approved product and vendors<br>✓ Checks food deliveries against order invoice<br>✓ Stores refrigerator/frozen items within 15 minutes of delivery<br>✓ Follows Universal Precautions/Infection Control<br>✓ Uses chemicals safely / Maintains safe work area<br>✓ Trains employees how to safely operate and clean equipment<br>✓ Food is stored properly (labeled & dated)<br>✓ Functions as Department Supervisor during normal operation hours<br>✓ Arranges for coverage of unscheduled absences<br>✓ Completes cash count & deposits for café | ✓ Observation<br>✓ Spot checks<br>✓ Skills Check List<br>✓ Rounds<br>✓ In-service attendance<br>✓ Skills Check List<br>✓ Health Inspections<br>✓ Observation by exception | | | | **0** = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.<br><br>**1** = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory.<br><br>**2** = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory.<br><br>**3** = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact. |
| **Expected Behaviors (Completely Satisfactory):**<br>✓ Ensures stock is rotated; takes corrective action<br>✓ Communicates order discrepancies to vendor immediately<br>✓ Responsible for peer training<br>✓ Maintains documentation of product shortages, quality problems, employee report offs, production records, and temperature records for food and coolers/freezers<br>✓ Creates garnishes for all food items served and teaches others.<br>✓ Functions as Charge Person in absence of Director | ✓ Par levels<br>✓ Peer review<br>✓ *Substitution Log*<br>✓ Skills Check List<br>✓ Temperature logs<br><br>Visual review | | | | |
| **Exemplary Behaviors (Above and Beyond):**<br>✓ Communicates suggestions & assists in ways to improve operations to the manager or director<br>✓ Creates specials for customers upon request<br>✓ Works in absence of staff to maintain services | ✓ Suggestions submitted by employee<br>✓ Commendations<br>✓ Observation of contribution to work group activities | | | | |

UH-Thompson 000100

**Organizational Chart:** Show how the position fits into the organization. Include staff's titles (and their staff size, if applicable) and the other position titles which report to the same supervisor.



**Employee Development/Education Plan:** (A specific action plan is required for each competency rated as a '0' or '1'. In addition, an action plan is required when the total rating score is below 1.5.  Plans may be included for an employee's professional/career development.  Plan may be attached on a separate sheet.)

Reviewer Comments: _She has excelled in all areas of performance beyond expectations while maintaining I advance standards to all our customers. Key areas out in catering, continued programs and with employee scheduling._

Employee Comments: _____

Employee Signature _Lisa Thompson_          Date_____

Reviewer Signature/Title _____          Date_____

Department Head Signature_____          Date_____

UH-Thompson 000102

**UniversityHospitals HealthSystem**

**Richmond Heights Hospital**

## Job Description and Performance Appraisal

Employee Name: _Lisa Thompson_

Social Security Number: _____

Type of Appraisal: _____ Initial __X__ Annual _____ Other    _6 months July - DEC 2003_

Performance Rating: _2.1_    Date Given: _March 4 2004_

| Job Title: **Food Production Supervisor** | Staff: n/a | Nonexempt |
|---|---|---|
| Department: FOOD & NUTRITION SERVICES | Responsible for an Operating Budget of: $ N/A | Financial Impact/Dollars Influenced: $ N/A |
| Reports to (title): Director of Food & Nutrition Services | Age of Patients Served:____ to _____N/A | |
| Supervisor's Approval (signature): | Date Job Description Prepared/Reviewed: October, 2000 | |

Position Summary/Essential Duties:  (include percentage of time for each duty and corresponding Competency number.)
1. Preparation of food served in all areas of the hospital (15%--comp.5)
2. Oversees patient tray assembly, café & catering food service (20%--comp.6)
3. Supervisory operational duties (65%--comp.7)

Education/Expertise:
AAS Degree, CDM, Culinary Certification, or the equivalent
In quantity foods experience. (In healthcare preferred.)

Food preparation and sanitation education/training.

Required Credentials, Licensure or Certification (i.e. RN, RRT):
Serve-Safe Food Sanitation Course

Experience & Knowledge:
Minimum of 5 years food preparation experience
required. Hospital food preparation preferred

Special Skills & Equipment Knowledge:
*Strong customer service skills
*In depth knowledge of food preparation  & food safety
*Ability to read, understand & modify recipes
*Ability to work independently with computer used
  for ordering food
*Operate kitchen equipment and train others
*Supervision (charge person)

**Job Relationships/Contacts:**

| Internal (Inside UHHS) Who | Purpose | External (Outside UHHS) Who | Purpose |
|---|---|---|---|
| All depatments | Service of food | Vendors/families/visitors | Ordering food Service of food |

UH-Thompson 001753

| Competencies: List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighting X avail pts = Total |
|---|---|---|---|---|---|
| **1) Competency:** *Initiates and maintains positive relationships with patients/customers.* | Direct observation, family feedback for: | | 10% | 2 | 1.20 |

**Critical Behaviors (Minimum):**
- ✓ Exemplifies the UHHS Richmond Heights Hospital Service Standards *Ritz Carlton standard ~203*
- ✓ Takes pride in working at UHHS Richmond Heights Hospital
- ✓ Makes People feel welcome
- ✓ Shows people they are important
- ✓ Ensures privacy and confidentiality for their patients/customers

**Expected Behaviors (Completely Satisfactory):**
- ✓ Knows who all their customers are
- ✓ Communicates at the patient/customer's level of education and experience
- ✓ Demonstrates empathy for the patient/customer's situation and concerns
- ✓ Acts as an advocate for the patient/customer
- ✓ Maintains professional behavior consistent with role
- ✓ Maintains composure under difficult conditions
- ✓ Includes the patient/customer's perspective in decision making and problem solving

**Exemplary Behaviors (Above and Beyond):**
- ✓ Demonstrates excellence in patient/customer relationships with observable examples *Lunche Learn X2, Annual week 2003, Same effort w/ all RH staff*

**Validation of Competency indicators:**
- ✓ Direct observation, family feedback for:
- ✓ Inspiring confidence by making positive comments about our system, hospital and other departments
- ✓ Taking personal responsibility for making improvements
- ✓ Taking pride and care in personal appearance and behavior while on hospital property
- ✓ Helping keep facilities and work area clean
- ✓ Introduces self and explains role to others in person and over the phone
- ✓ Smiling, making eye contact and being friendly, open and interested in people
- ✓ Displaying ID badge above the waist and facing out at all times while on hospital property
- ✓ Offering assistance to whomever needs it
- ✓ Providing direction by physically escorting people when possible
- ✓ Focusing on the patient
- ✓ Making patients and families their #1 priority
- ✓ Respecting others and being courteous
- ✓ Respecting others' rights to privacy and confidentiality
- ✓ Praising generously and criticizing constructively
- ✓ Responding Quickly: Explaining procedures and expected time frames and following through on time frames
- ✓ Explaining Delays: Providing reasons for any delay in a timely fashion and following through on promises.

**% of Weighting Must equal 100%**

0 = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.

1 = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory.

2 = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory.

3 = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact.

UH-Thompson 001754

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, job incumbents may be asked to perform other duties as required.

| Competencies: List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighting X eval pts = Total |
|---|---|---|---|---|---|
| **2)  Competency:**<br>*Initiates and maintains positive relationships with co-workers.*<br><br>**Critical Behaviors [Minimum]:**<br>✓ Takes ownership of tasks and assignments<br>✓ Focuses on what can be done, not what can't be done *CORRECTIVE ACTION*<br>✓ Speaks positively of other employees, avoids negative gossip<br><br>**Expected Behaviors (Completely Satisfactory):**<br>✓ Helps without being asked *CORRECTIVE ACTION CP*<br>✓ Follows through<br>✓ Shares information and knowledge<br>✓ Gives feedback positively to ensure service excellence<br>✓ Listens to and builds on other's ideas<br>✓ Models excellence and encourages others to excel<br><br>**Exemplary Behaviors [Above and Beyond]:**<br>✓ Demonstrates excellence in relationships with co-workers | ✓ Observe positive attitude & contributes to work group activities<br>✓ Completes tasks according to established times each day<br><br>✓ Observe positive outcomes<br>✓ Responds in a positive, caring manner<br><br><br>✓ Contributions, commendations | | 10% | 2 | .2.0 |
| | **0** = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.<br><br>**1** = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory. | | | | |
| **3)  Competency:**<br>*Takes responsibility for self-development and supports a learning environment.*<br><br>**Critical Behaviors [Minimum]:**<br>✓ Accepts feedback as an opportunity for growth<br>✓ Regularly participates in informal and formal education, staff meetings or staff development activities<br>✓ Applies knowledge gained from educational activities to their work<br>✓ Is receptive to new ideas and improvement efforts<br><br>**Expected Behaviors (Completely Satisfactory):**<br>✓ Is responsive to new ways of learning<br>✓ Supports and accommodates teaching activities<br>✓ Supports and accommodates research activities<br><br>**Exemplary Behaviors [Above and Beyond]:**<br>✓ Mentors others through formal or informal activities<br>✓ Participation with hospital-wide committees | ✓ Meets the yearly educational requirements required by position<br><br>✓ Attends in-services<br>✓ Completes 100% Safety Fair or minimum of 85% on Safety Test annually<br>✓ Observation<br>✓ Customer surveys<br>✓ Peer training<br>✓ Sets goal for own areas for self-development—self-evaluation<br>✓ Participates in hospital-wide committee | , | 10% | 2 | .2.0 |
| | **2** = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory.<br><br>**3** = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact. | | | | |

UH-Thompson 001755

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents.  Consequently, job incumbents may be asked to perform other duties as required.

**Competencies:** List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position.

**4) Competency:**
*Displays commitment to the mission of the hospital and its values.*

**Validation of Competency:** As measured by the following indicators. See attached list for example indicators. Narrative examples.

**Critical Behaviors [Minimum]:**
- Knows and follows hospital policies related to safety
- Uses hospital resources wisely in a cost effective manner
- Adheres to hospital and departmental policies for attendance
- Ensures confidentiality of all hospital business
- Demonstrates the organization's commitment to diversity
- Uses scheduled work time productively
- Knows and follows hospital policies related to ethical conduct and is in compliance with the hospital's code of conduct

Validation indicators:
- Attends monthly staff meetings
- Wears ID badge at all times while on duty
- Can verbalize where policy and safety information is located in the department
- Always responds to fire drills appropriately
- Consistently adheres to universal precautions for protection of the patient and the employee
- Arrives at work assignment on time as scheduled, ready to begin work

**Expected Behaviors (Completely Satisfactory):**
- Gets involved in hospital activities, supports the involvement of others (look only every common that interest)
- Participates in performance improvement and/or quality improvement initiatives
- Speaks positively of the hospital to patients/customers, the public, and co-workers
- Keeps their work area and equipment clean and well cared for
- Supports and contributes to change initiatives
- Demonstrates flexibility in response to changing responsibilities and workloads

Validation indicators:
- Regularly participates in monthly staff meetings
- Makes positive comments about our system, hospital & other departments
- Keeps work areas clean
- Communicates problems or changes to the manager (handwritten: community outing / recognition to programs)

**Exemplary Behaviors (Above and Beyond):**
- Develops or leads process improvement initiatives or projects
- Takes an active role in hospital-wide safety concerns, departmental & hospital initiatives
- Gets involved in hospital/community activities

Validation indicators:
- Communicates suggestions & assists with implementing changes to improve operations to the manager/director
- Takes an active role in nutrition dept. safety activities & initiatives
- Volunteers to participate in internal/external activities not directly related to care responsibilities

**% of Weighting Must equal 100%:** 10%

**Evaluation (0-3):** 2

**% of weighting X eval pts = Total:** .2.0

Rating scale:
**0** = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.

**1** = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory.

**2** = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory.

**3** = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact.

UH-Thompson 001756

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, job incumbents may be asked to perform other duties as required.

| Competencies: List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighting X eval pts = Total |
|---|---|---|---|---|---|
| **5) Competency:** *Preparation of food served in hospital* | | | 10% | 2 | .2 0 |
| **Critical Behaviors (Minimum):**<br>✓ Uses good mature judgment<br>✓ Visually inspects & tastes all food products<br>✓ Maintain sufficient back up food for café<br>✓ Prepares quality food for all areas<br>✓ Food preparation is completed according to menu<br>✓ Uses standardized recipes<br>✓ Able to improvise and questions unclear orders | ✓ Observations of outcomes<br>✓ Spot checks<br>✓ Uses standardized recipes<br>✓ Patient surveys<br>✓ Customer surveys<br>✓ Observation by exception<br>✓ Health inspections | 2 | | | 0 = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.<br><br>1 = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory. |
| **Expected Behaviors (Completely Satisfactory):**<br>✓ Keeps kitchen area clean<br>✓ Food service satisfaction is average<br>✓ Assists in training new employees<br>✓ Taking personal responsibility for making improvements | ✓ Customer surveys<br>✓ Observation by exception<br>✓ Spot checks<br>✓ Peer review | 3 | | | 2 = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory. |
| **Exemplary Behaviors (Above and Beyond):**<br>✓ Food service satisfaction is above average<br>✓ Communicates suggestions & assists in ways to improve operations to the manager or director | ✓ Observation of contribution to work group activities<br>✓ Customer surveys<br>✓ Suggestions submitted by employee<br>✓ Interviews with key customers<br>✓ Commendations | 2 | | | 3 = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact. |

UH-Thompson 001757

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, job incumbents may be asked to perform other duties as required.

**6) Competency:**
*Oversees patient tray assembly, Café & catering food service*

| | Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighting X eval pts Total |
|---|---|---|---|---|---|
| | | | 15% | 2 | , 3 ¿ |

**Critical Behaviors (Minimum):**
- Appropriately portions food for patient trays & cafeteria
- Makes sure tray line starts on time
- Ensures trays are assembled accurately & completely
- Accurately places items on trays of selected menus when needed
- Moves staff as needed to maintain service
- Able to adjust employee production schedules when needed
- Prepares food without recipes as needed for special functions

Validation indicators:
- ✓ Observation
- ✓ Spot checks
- ✓ Skills Check List
- ✓ Rounds
- ✓ Customer surveys
- ✓ Patient surveys
- ✓ In-service attendance
- ✓ Skills Check List

– Some misses – none, O Tolurance

**Expected Behaviors (Completely Satisfactory):**
- Ensures caterings leave kitchen on time & with complete supplies
- Responsible for peer training
  – t w/m Melissa

Validation indicators:
- ✓ Observation
- ✓ Spot checks
- ✓ Peer review
- ✓ Interviews with key catering customers

**Exemplary Behaviors (Above and Beyond):**
- Demonstrate excellence in customer relations with observable examples
  – t w/m Melissa
- Communicates suggestions & assists in ways to improve operations to the manager or director

Validation indicators:
- ✓ Interviews with key café customers
- ✓ Commendations
- ✓ Suggestions submitted by employee
- ✓ Observation of contribution to work group activities

Evaluation scale (0-3):

0 = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.

1 = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory.

2 = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory.

3 = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact.

**Competencies:** List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position.

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, job incumbents may be asked to perform other duties as required.

UH-Thompson 001758

| Competencies: List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighing X eval pts / Total |
|---|---|---|---|---|---|
| **7) Competency:** Supervisory operational duties | See that dept. action plan for follow up | | 35% | 2 | .70 |
| **Critical Behaviors (Minimum):** | | 2 | 0 = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment. | | |
| ✓ Accurately orders food supplies using order guide(s) | Time consumer and for follow up | | | | |
| ✓ Orders Food & Supplies via computer ordering program † | Observation | | | | |
| ✓ Maintains low inventories. | Spot checks | | | | |
| ✓ Checks food deliveries against order invoice √ ↑ | Skills Check List | | | | |
| ✓ Stores refrigerator/frozen items within 1 hour of delivery | Rounds | | | | |
| ✓ Takes corrective action to address employee safety infractions | In-service attendance | | 1 = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory. | | |
| ✓ Trains employees how to safely operate and clean equipment | Skills Check List | | | | |
| ✓ Food is stored properly (labeled & dated) | Health Inspections | | | | |
| ✓ Functions as Department Supervisor | Observation by exception | | | | |
| ✓ Arranges for coverage of unscheduled absences † | | | | | |
| ✓ Completes cash count & deposits for café as needed WN | (√) | 2 | 2 = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory. | | |
| ✓ Follows Universal Precautions/Infection Control | | | | | |
| ✓ Uses chemicals safely / Maintains safe work area | | | | | |
| **Expected Behaviors (Completely Satisfactory):** | | | | | |
| ✓ Creates cafeteria menus, specials and promotions † | Par levels | | | | |
| ✓ Inventories weekly/monthly and enters data in computer | Peer review | | | | |
| ✓ Ensures stock is rotated and dead stock run out in café/caterings | Substitution Log | | | | |
| ✓ Communicates order discrepancies to vendor immediately | Skills Check List | | | | |
| ✓ Completes annual performance appraisals of employees. | Temperature logs | | | | |
| ✓ Maintains documentation of product shortages, quality problems, employee report offs, production records, and temperature records for food and coolers/freezers. | Visual review | | 3 = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact. | | |
| ✓ Responsible for user training. | What is a 3? | | | | |
| ✓ Ensures garnishes for food items are prepared and used FEBRU | | | | | |
| ✓ Takes corrective action to improve employee work deficiencies | much improved | | | | |
| ✓ Functions as Charge Person for health dept. when on duty | | | | | |
| **Exemplary Behaviors (Above and Beyond):** | | | | | |
| ✓ Communicates suggestions & assists in ways to improve operations to the manager or director | Suggestions submitted by employee | 2 | | | |
| ✓ Maintains cafeteria signage → | Commendations | | | | |
| ✓ Creates specials for customers upon request → | Observation of contribution to work group activities | | | | |
| ✓ Works in absence of director for short period of time → | | | | | |

UH-Thompson 001759

heck Items Which Are Major Strong Points/Achievements, Asterisk Items Where Improvement Needs Exist

| | | | |
|---|---|---|---|
| ✓ Personal Computer | 9. ___ Proofreading | 17. ___ Problem Solving | 25. ___ Time Management |
| ___ Transcription | 10. ___ Office Protocols | *18. ___ Budgetary Controls | 26. ___ Motivation |
| ___ Word Processing | 11. ✓ Organization | 19. ___ Attendance | 27. ___ Following Instructions |
| ___ CRT | 12. ___ Goal Setting | *20. ___ Staff Development | 28. ___ Prioritization |
| ___ Telephone Skills | 13. ✓ Customer Service | *21. ___ Writing Skills | 29. ___ Flexibility/Teamwork |
| ___ Cooperation | 14. ___ Patient Focus | 22. ___ Timeliness | 30. ___ |
| ___ Technical Excellence | 15. ___ Supervisory Skills | 23. ___ Innovation | 31. ___ |
| ___ Clinical Assessment Skills | 16. ___ Adherence to Policy/ Procedures | 24. ___ Communication Skills | 32. ___ |

| lance and Minimum Qualifications Summary | Initial Employment Review |
|---|---|
| attendance and requirements within last 12 months) | |
| on must be completed for all performance appraisals. | For the initial employment review, a total rating score is not necessary. Supervisors have the option of commenting on the standards or using ratings, 0,1,2,3. It is unlikely that a new employee is completing all duties of the job as written. Please evaluate on the applicable duties only. |
| f days absent  FMLA NO PUNCHES DISCUSSED  2 | |
| f tardies/early leaves ___ | Do you (supervisor) recommend this employee for regular full-time or regular part-time employment? _____Yes_____ No |
| f occurrences absent ___ | |
| nce is satisfactory? ✓ Yes ___ No | Number of days unscheduled absence _____ |
| nce is not satisfactory, please comment in the reviewer section. | Number of tardies/early leaves _____ |
| | Number of occurrences absent _____ |
| d annual TB testing ✓ Yes ___ No | Is attendance satisfactory? _____Yes_____ No |
| o the Code of Conduct ✓ Yes ___ No | If attendance is not satisfactory, please comment in the reviewer comment section. |
| d licensure/certification ___ Yes ___ No ✓ N/A | |
| afety Education Score ___%or___ Pass___ Fail/Incomplete | |
| ndatory Training: | |
| _____ ✓ Yes ___ No | |
| ___ Yes ___ No | |

❑ CHECK IF ATTACHING A COPY OF THE EMPLOYEE'S GOALS AND/OR PERFORMANCE IMPROVEMENT PLAN

Reviewer Comments: _Lisa has performed well for us. She continues as a leader within the department. 2004 will provide opportunity to develop from supervisor to production manager through OJT job skill development._

Employee Comments: _____
_____
_____
_____
_____

Employee Signature_____ Date_____

Reviewer Signature/Title_____ Date_____

Department Head Signature _E P Kollum_ Date_March 4, 2004_

UH-Thompson 001760

**UniversityHospitals**
**HealthSystem**
**Richmond Heights Hospital**

*Aleathia Thompson*
*04-04-08 0400 RC.*

## Job Description and Performance Appraisal

Employee
Name: *Lisa Thompson*

Social Security
Number: _____

Type of Appraisal: _____Initial ✓ Annual _____Other

Performance Rating: *2.5* . Date Given: _____

| Job Title: **Food Production Supervisor** | Staff: n/a | Nonexempt |
|---|---|---|
| Department:  FOOD & NUTRITION SERVICES | Responsible for an Operating Budget of: $   N/A | Financial Impact/Dollars Influenced: $   N/A |
| Reports to (title):  Director of Food & Nutrition Services | Age of Patients Served:____ to _____N/A | |
| Supervisor's Approval (signature): | Date Job Description Prepared/Reviewed: October, 2000 | |

Position Summary/Essential Duties:  (include percentage of time for each duty and corresponding Competency number.)
1.   Preparation of food served in all areas of the hospital (15%--comp.5)
2.   Oversees patient tray assembly, café & catering food service (20%--comp.6)
3.   Supervisory operational duties (65%--comp.7)

Education/Expertise:
AAS Degree, CDM, Culinary Certification, or the equivalent
In quantity foods experience. (In healthcare preferred.)

Food preparation and sanitation education/training.

Required Credentials, Licensure or Certification (i.e. RN, RRT):
Serve-Safe Food Sanitation Course

Experience & Knowledge:
Minimum of 5 years food preparation experience
required. Hospital food preparation preferred

Special Skills & Equipment Knowledge:
*Strong customer service skills
*In depth knowledge of food preparation  & food safety
*Ability to read, understand & modify recipes
*Ability to work independently with computer used
 for ordering food
*Operate kitchen equipment and train others
*Supervision (charge person)

**Job Relationships/Contacts:**

| Internal (inside UHHS) Who | Purpose | External (Outside UHHS) Who | Purpose |
|---|---|---|---|
| All depatments | Service of food | Vendors/families/visitors | Ordering food Service of  food |

| Competencies: List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighting X eval pts = Total |
|---|---|---|---|---|---|
| **1) Competency:** *Initiates and maintains positive relationships with patients/customers.* | | | 10% | 3 | .3 |
| **Critical Behaviors [Minimum]:** ✓ Exemplifies the UHHS Richmond Heights Hospital Service Standards ✓ Takes pride in working at UHHS Richmond Heights Hospital *Enjoys my job Proud as* ✓ Makes People feel welcome *Very Good w/ Patients* ✓ Shows people they are important ✓ Ensures privacy and confidentiality for their patients/customers | ✓ Direct observation, family feedback for: ✓ Inspiring confidence by making positive comments about our system, hospital and other departments ✓ Taking personal responsibility for making improvements ✓ Taking pride and care in personal appearance and behavior while on hospital property | | 0 = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment. | | |
| **Expected Behaviors (Completely Satisfactory):** ✓ Knows who all their customers are ✓ Communicates at the patient/customer's level of education and experience ✓ Demonstrates empathy for the patient/customer's situation and concerns *Works well w/ difficult Patients* ✓ Acts as an advocate for the patient/customer ✓ Maintains professional behavior consistent with role ✓ Maintains composure under difficult conditions *with Rehab Patients* ✓ Includes the patient/customer's perspective in decision making and problem solving | ✓ Helping keep facilities and work area clean ✓ Introduces self and explains role to others in person and over the phone ✓ Smiling, making eye contact and being friendly, open and interested in people ✓ Displaying ID badge above the waist and facing out at all times while on hospital property ✓ Offering assistance to whomever needs it ✓ Providing direction by physically escorting people when possible ✓ Focusing on the patient | | 1 = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory. 2 = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory. | | |
| **Exemplary Behaviors (Above and Beyond):** ✓ Demonstrates excellence in patient/customer relationships with observable examples | ✓ Making patients and families their #1 priority ✓ Respecting others and being courteous ✓ Respecting others' rights to privacy and confidentiality ✓ Praising generously and criticizing constructively ✓ Responding Quickly: Explaining procedures and expected time frames and following through on time frames ✓ Explaining Delays: Providing reasons for any delay in a timely fashion and following through on promises. | | 3 = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact. | | |

UH-Thompson 000082

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, job incumbents may be asked to perform other duties as required.

**Competencies:** List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position.

| | Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighting X eval pts = Total |
|---|---|---|---|---|---|

**2) Competency:**
*Initiates and maintains positive relationships with co-workers*

**Critical Behaviors (Minimum):** *Needs to own the*
Takes ownership of tasks and assignments *Sharge Areas—Doing*
Focuses on what can be done, not what can't be done *Liability*
Speaks positively of other employees, avoids negative gossip *Correctly Did*

- Observe positive attitude & contributes to work group activities
- Completes tasks according to established times each day

**Expected Behaviors (Completely Satisfactory):**
Helps without being asked
Follows through *Needs to improve organizational skills*
Shares information and knowledge *By creating a need to*
Gives feedback positively to ensure service excellence *reorganize, follow through on a regular*
Listens to and builds on other's ideas *basis*
Models excellence and encourages others to excel

- Observe positive outcomes
- Responds in a positive, caring manner

**Exemplary Behaviors (Above and Beyond):**
Demonstrates excellence in relationships with co-workers

- Contributions, commendations

10%  |  | 2.5 | .25

0 = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.

1 = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory.

UH-Thompson 000083

**3) Competency:**
*Takes responsibility for self-development and supports a learning environment.*

**Critical Behaviors (Minimum):**
Accepts feedback as an opportunity for growth
Regularly participates in informal and formal education, staff meetings or staff development activities
Applies knowledge gained from educational activities to their work *Employee @1:22 Regan*
Is receptive to new ideas and improvement efforts *entered 5/5/05*

- Meets the yearly educational requirements required by position

**Expected Behaviors (Completely Satisfactory):**
Is responsive to new ways of learning
Supports and accommodates teaching activities
Supports and accommodates research activities

- Attends in-services
- Completes 100% Safety Fair or minimum of 85% on Safety Test annually
- Observation
- Customer surveys
- Peer training

**Exemplary Behaviors (Above and Beyond):**
Mentors others through formal or informal activities
Participation with hospital-wide committees

- Sets goal for own areas for self-development—self-evaluation
- Participates in hospital-wide committee

10%  |  | 2.5 | .25

2 = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory.

3 = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact.

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, job incumbents may be asked to perform other duties as required.

**Competencies:** List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position.

| | Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighting X eval pts = Total |
|---|---|---|---|---|---|
| **4) Competency:** *Displays commitment to the mission of the hospital and its values.* | | | 10% | 3 | .30 |

**Critical Behaviors (Minimum):**

2 ✓ Knows and follows hospital policies related to safety
2 ✓ Uses hospital resources wisely in a cost effective manner
2 ✓ Adheres to hospital and departmental policies for attendance
1 ✓ Ensures confidentiality of all hospital business
2 ✓ Demonstrates the organization's commitment to diversity
2 ✓ Uses scheduled work time productively
2 ✓ Knows and follows hospital policies related to ethical conduct and is in compliance with the hospital's code of conduct

- ✓ Attends monthly staff meetings
- ✓ Wears ID badge at all times while on duty
- ✓ Can verbalize where policy and safety information is located in the department
- ✓ Always responds to fire drills appropriately
- ✓ Consistently adheres to universal precautions for protection of the patient and the employee
- ✓ Arrives at work assignment on time as scheduled, ready to begin work

**Expected Behaviors (Completely Satisfactory):**

2 ✓ Gets involved in hospital activities, supports the involvement of others *Supports 1/11/08 Party - and*
2 ✓ Participates in performance improvement and/or quality *Quality Behavior* improvement initiatives
2 ✓ Speaks positively of the hospital to patients/customers, the public, and co-workers
1 ✓ Keeps their work area and equipment clean and well cared for *Needs to be consistent in*
2 ✓ Supports and contributes to change initiatives
2 ✓ Demonstrates flexibility in response to changing responsibilities and workloads

- ✓ Regularly participates in monthly staff meetings
- ✓ Makes positive comments about our system, hospital & other departments
- ✓ Keeps work areas clean
- ✓ Communicates problems or changes to the manager

*complete special cleaning list for SRPO*

**Exemplary Behaviors (Above and Beyond):**

1 ✓ Develops or leads process improvement initiatives or projects
2 ✓ Takes an active role in hospital-wide safety concerns, departmental & hospital initiatives
1/1 ✓ Gets involved in hospital/community activities

- ✓ Communicates suggestions & assists with implementing changes to improve operations to the manager/director
- ✓ Takes an active role in nutrition dept. safety activities & initiatives
- ✓ Volunteers to participate in internal/external activities not directly related to care responsibilities

0 = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.

1 = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory.

2 = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory.

3 = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact.

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, job incumbents may be asked to perform other duties as required.

UH-Thompson 000084

| Competencies: List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighting X eval pts = Total |
|---|---|---|---|---|---|
| **5) Competency:**<br>*Preparation of food served in hospital* | | | 10% | 2.25 | .25 |
| **Critical Behaviors (Minimum):**<br>✗ Uses good mature judgment<br>✗ Visually inspects & tastes all food products *Needs to be met*<br> *enrolled with better*<br>✗ Maintain sufficient back up food for café *food + inspecting*<br>✗ Prepares quality food for all areas *before service*<br>✗ Food preparation is completed according to menu<br>✗ Uses standardized recipes<br>✗ Able to improvise and questions unclear orders | Observations of outcomes<br>✓ Spot checks<br>✓ Uses standardized recipes<br>✓ Patient surveys<br>✓ Customer surveys<br>✓ Observation by exception<br>✓ Health inspections | | **0** = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.<br><br>**1** = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory. | |
| **Expected Behaviors (Completely Satisfactory):**<br>✓ Keeps kitchen area clean — *Needs to be consistent*<br>✓ Food service satisfaction is average *with servicing*<br> *procedures.*<br>✓ Assists in training new employees<br>✗ Taking personal responsibility for making improvements | Customer surveys<br>✓ Observation by exception<br>✓ Spot checks<br>✓ Peer review | | **2** = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory. | |
| **Exemplary Behaviors (Above and Beyond):**<br>✓ Food service satisfaction is above average<br>✓ Communicates suggestions & assists in ways to improve operations to the manager or director | Observation of contribution to work group activities<br>✓ Customer surveys<br>✓ Suggestions submitted by employee<br>✓ Interviews with key customers<br>✓ Commendations | | **3** = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact. | |

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents.  Consequently, job incumbents may be asked to perform other duties as required.

UH-Thompson 000085

| Competency | Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighting x² eval pts = Total |
|---|---|---|---|---|---|
| 5) **Competency:**<br>*Oversees patient tray assembly, Café & catering food service*<br><br>**Critical Behaviors (Minimum):**<br>✓ Appropriately portions food for patient trays & cafeteria<br>✓ Makes sure tray line starts on time<br>✓ Ensures trays are assembled accurately & completely<br>✓ Accurately places items on trays of selected menus when needed<br>✓ Moves staff as needed to maintain service *Very good Cha. //s*<br>✓ Able to adjust employee production schedules when needed *in need*<br>✓ Prepares food without recipes as needed for special functions *// be*<br><br>*Needs to follow through with catering*<br>*Needs on catering catering*<br><br>**Expected Behaviors (Completely Satisfactory):**<br>✓ Ensures caterings leave kitchen on time & with complete supplies<br>✓ Responsible for peer training<br><br>**Exemplary Behaviors (Above and Beyond):**<br>✓ Demonstrate excellence in customer relations with observable examples *worked well w/ catering customers*<br>✓ Communicates suggestions & assists in ways to improve operations to the manager or director<br><br>*Special functions are set up well*<br>*and organized with the customer*<br>*Consistly example – Holiday Party*<br>*– special holiday functions*<br>*– otho major functions* | *A work with staff*<br>✓ Observation<br>✓ Spot checks<br>✓ Skills Check List<br>✓ Rounds<br>✓ Customer surveys<br>✓ Patient surveys<br>✓ In-service attendance<br>✓ Skills Check List<br><br>✓ Observation<br>✓ Spot checks<br>✓ Peer review<br>✓ Interviews with key catering customers<br><br>✓ Interviews with key café customers<br>✓ Commendations<br>✓ Suggestions submitted by employee<br>✓ Observation of contribution to work group activities | | 15% | 3 | 45 |

**0** = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.

**1** = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory.

**2** = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory.

**3** = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact.

Competencies: List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position.

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, job incumbents may be asked to perform other duties as required.

UH-Thompson 000086

| Competencies: List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighting X evaluation = Total |
|---|---|---|---|---|---|
| **7)  Competency:** Supervisory operational duties | | | 35% | 1.78 | .62 |

**Critical Behaviors (Minimum):**

| | |
|---|---|
| Accurately orders food supplies using order guide(s) | Always in early food before ordering |
| Orders Food & Supplies via computer ordering program | Observation |
| Maintains low inventories – Needs to S My Consistent | Spot checks |
| Checks food deliveries against order invoice | Skills Check List |
| Stores refrigerator/frozen items within 1 hour of delivery | Rounds |
| Takes corrective action to address employee safety infractions | In-service attendance |
| Trains employees how to safely operate and clean equipment | Skills Check List |
| Food is stored properly (labeled & dated) – Need as required | Health Inspections |
| Functions as Department Supervisor | Observation by exception |
| Arranges for coverage of unscheduled absences Needs to | Needs to Followup with |
| Completes cash count & deposits for café as needed be consistent | Vendor to make sure their |
| Follows Universal Precautions/Infection Control in party schedule + over stocking | over stocking |
| Uses chemicals safely / Maintains safe work area Needs to make sure all open Bottles are labeled | Breed company |

**Expected Behaviors (Completely Satisfactory):**

| | |
|---|---|
| Creates cafeteria menus, specials and promotions | Par levels |
| Inventories weekly/monthly and enters data in computer | Peer review |
| Ensures stock is rotated and dead stock run out in café/catering | Substitution Log |
| Communicates order discrepancies to vendor immediately | Skills Check List |
| Completes annual performance appraisals of employees | Temperature logs |
| Maintains documentation of product shortages, quality problems, employee report offs, production records, and temperature records for food and coolers/freezers. | Efforts to move dead stock are not consistent |
| Responsible for peer training. | Visual review |
| Ensures garnishes for food items are prepared and used. | Needs to coach employees |
| Takes corrective action to improve employee work deficiencies | more frequently and develope |
| Functions as Charge Person for health dept. when on duty | a better communication level address performance problems with the staff |

**Exemplary Behaviors (Above and Beyond):**

| | |
|---|---|
| Communicates suggestions & assists in ways to improve operations to the manager or director | Suggestions submitted by employee |
| Maintains cafeteria signage | Commendations |
| Creates specials for customers upon request | Observation of contribution to work group activities |
| Works in absence of director to for short period of time. | |

UH-Thompson 000087

**Check Items Which Are Major Strong Points/Achievements, Asterisk Items Where Improvement Needs Exist**

| | | | |
|---|---|---|---|
| 1. ✓ Personal Computer | 9. ___ Proofreading | 17. ___ Problem Solving | 25. ✱ Time Management |
| 2. ___ Transcription | 10. ___ Office Protocols | 18. ___ Budgetary Controls | 26. ✓ Motivation |
| 3. ___ Word Processing | 11. ✱ Organization | 19. ✱ Attendance | 27. ✓ Following Instructions |
| 4. ___ CRT | 12. ✱ Goal Setting | 20. ___ Staff Development | 28. ___ Prioritization |
| 5. ___ Telephone Skills | 13. ✓ Customer Service | 21. ___ Writing Skills | 29. ✓ Flexibility/Teamwork |
| 6. ✓ Cooperation | 14. ✓ Patient Focus | 22. ___ Timeliness | 30. ___ |
| 7. ___ Technical Excellence | 15. ✓ Supervisory Skills | 23. ___ Innovation | 31. ___ |
| 8. ___ Clinical Assessment Skills | 16. ___ Adherence to Policy/ Procedures | 24. ✱ Communication Skills | 32. ___ |

---

**...dance and Minimum Qualifications Summary**
(...t attendance and requirements within last 12 months)

*...tion must be completed for all performance appraisals.*

*improve adsences on days attached*
*to weekends off and interviews*

| | |
|---|---|
| ...of days absent | 6 |
| ...of tardies/early leaves | 21 |
| ...of occurrences absent | 4 |
| ...ance satisfactory? | _____ Yes ✓ No |

*...ance is not satisfactory, please comment in the reviewer*
*...t section.*

| | |
|---|---|
| ...ed annual TB testing | ✓ Yes ____ No |
| ...to the Code of Conduct | ✓ Yes ____ No |
| ...ed licensure/certification | ____ Yes ____ No ____ N/A |
| ...afety Education Score ___%or ✓Pass ____ Fail/Incomplete |
| ...ndatory Training: | |
| _____ | ____ Yes ____ No |
| | ____ Yes ____ No |

---

**Initial Employment Review**

For the initial employment review, a total rating score is not necessary. Supervisors have the option of commenting on the standards or using ratings, 0,1,2,3. It is unlikely that a new employee is completing all duties of the job as written. Please evaluate on the applicable duties only.

Do you (supervisor) recommend this employee for regular full-time or regular part-time employment? _____ Yes _____ No

Number of days unscheduled absence _____
Number of tardies/early leaves _____
Number of occurrences absent _____
Is attendance satisfactory? _____ Yes _____ No
If attendance is not satisfactory, please comment in the reviewer comment section.

---

❑ **CHECK IF ATTACHING A COPY OF THE EMPLOYEE'S GOALS AND/OR PERFORMANCE IMPROVEMENT PLAN**

Reviewer Comments: *Lisa supervises daily production activity well and organizes the social long term function by taking ownership of duties. Lisa needs to be consistent in communication with staff by portraying a positive image at all times and giving staff the attention required*

Employee Comments: _____

*Needs to develope more confidence w/ coaching and counseling employers and improving their performance by consistently following up with staff*

Employee Signature ____[signature]____ Date 4/6/05

Reviewer Signature/Title ____[signature]____ Date _____

Department Head Signature ____[signature]____ Date 4/6/05    [signature] 4-6-05

## List of Possible Validators

The following is a non-exhaustive list of sources for validation of competency.  A manager may look to this list in helping to evaluate an employee.  These examples may be used to validate the universal as well as job-specific competencies.

Direct Observation by Supervisor/Rater
- Direct observation of the worker's performance by the rater/supervisor
- Observed contributions to group activities (committee participation)
- Rounds
- Spot checks
- By exception (noting unusual incidents)


Communication with Peers and Customers
- Patient Survey Results
- Customer surveys
- Formal Peer Review tool
- Interviews with key customers
- Review of care plans/notes with peer/advisor


Performance Documentation
- Formal Testing
- Skills Check Lists
- Incident reports
- Anecdotal notes/records
- Commendations
- Corrective actions
- "You Make a Difference" certificates
- Organizational survey
- Meeting notes
- Suggestions submitted by the employee
- Department orientation checklist
- Budget performance
- Inservice attendance
- Attendance records
- Goal setting and attainment
- Project completion
- Objective measures of productivity
- Telephone logs
- Self evaluation
- Chart review
- Documentation of participation in care conference
- Membership in professional organizations (to document professional development)
- Privileging Checklists
- Computer system records/reports

**Organizational Chart**- Show how the position fits into the organization. Include staff's titles (and their staff size, if applicable) and the other position titles which report to the same supervisor.



Next Management Level Title

Director Food & Nutrition Services

Immediate Supervisor

This Position

Food Prodcution Supervisor

Other Position Titles Reporting to the Sarne Supervisor

Clinical Dietitian

Secretary

Staff Position Titles

Cooks — Exempt: / Nonexempt: x / Other:

Nutrition Service Assistants — Exempt: / Nonexempt:x / Other:

Porter — Exempt: / Nonexempt:x / Other:

Exempt: / Nonexempt: / Other:

Exempt: / Nonexempt: / Other:

**UniversityHospitals**
**HealthSystem**
Richmond Heights Hospital

## Job Description and Performance Appraisal

| | |
|---|---|
| Employee Name: | *Aleather Thompson* |
| Social Security Number: | *272 - 56 - 7457* |
| Type of Appraisal: | ____Initial ___Annual _____Other |
| Performance Rating: _____ | Date Given: _____ |

| | | |
|---|---|---|
| Job Title: **Food Production Supervisor** | Staff: n/a | Nonexempt |
| Department: FOOD & NUTRITION SERVICES | Responsible for an Operating Budget of: $ N/A | Financial Impact/Dollars Influenced: $ N/A |
| Reports to (title): Director of Food & Nutrition Services | Age of Patients Served:____ to _____N/A | |
| Supervisor's Approval (signature): | Date Job Description Prepared/Reviewed: October, 2000 | |

Position Summary/Essential Duties: (include percentage of time for each duty and corresponding Competency number.)
1.  Demonstrates progressive leadership and effective management. (5% - comp. 5)
2.  Develops staff and builds a strong team. (5% - comp. 6)
3.  Preparation of food served in all areas of the hospital (15%--comp. 7)
4.  Oversees patient tray assembly, café & catering food service (15%--comp. 8)
5.  Completes supervisory operational duties (60%--comp. 9)

| | |
|---|---|
| Education/Expertise:<br>AAS Degree, CDM, Culinary Certification, or the equivalent In quantity foods experience. (In healthcare preferred.)<br><br>Food preparation and sanitation education/training.<br><br>Required Credentials, Licensure or Certification (i.e. RN, RRT):<br>Serve-Safe Food Sanitation Course | Experience & Knowledge:<br>Minimum of 5 years food preparation experience required. Hospital food preparation preferred<br><br>Special Skills & Equipment Knowledge:<br>*Strong customer service skills<br>*In depth knowledge of food preparation  & food safety<br>*Ability to read, understand & modify recipes<br>*Ability to work independently with computer used for ordering food<br>*Operate kitchen equipment and train others<br>*Supervision (charge person) |

Relationships/Contacts:

| Internal (Inside UHHS) Who | Purpose | External (Outside UHHS) Who | Purpose |
|---|---|---|---|
| All depatments | Service of food | Vendors/families/visitors | Ordering food Service of food |

UH-Thompson 000116

| Competencies: List the major and essential competencies required for this position. Include behaviors that should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position | Validation of Competency: As measured by the following methods and indicators. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighing X eval pts = Total |
|---|---|---|---|---|---|
| **1) Competency:** *Initiates and maintains positive relationships with patients/customers.* | **Validation methods for critical and expected behaviors:** | | 10% | *1 1/2* | |
| **Critical Behaviors (Minimum):** | • Supervisor's personal observation and evaluation of patient/customer interactions during the review period | | | | 0 = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment. |
| ✓ Exemplifies the hospital service standards | • Supervisor's annual review of anecdotal feedback received from patients, families, customers and peers. | | | | |
| ✓ Wears ID badge above the waist and facing out at all times while on hospital property | | | | | |
| ✓ Introduces self and explains role to others in person and over the phone | • Supervisor's annual review of patient satisfaction/customer service survey responses that mention the incumbent, if any. | | | | 1 = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory. |
| ✓ Smiles, makes eye contact and appears friendly, open and interested in people | | | | | |
| ✓ Offers assistance to whomever needs it | • Supervisor's annual review of incumbent's personnel file (Expected Performance = no evidence of verbal or written performance counseling related to patient/customer interactions) | | | | |
| ✓ Provides direction by personally escorting people when possible | | | | | |
| ✓ Respects others and is courteous | | | | | |
| ✓ Responds Quickly: Explains procedures and expected time frames and follows through within stated time frames | | | | | |
| ✓ Explains Delays: States reasons for any delay in a timely fashion and follows through on promises. | **Validation methods for exemplary behaviors:** | | | | 2 = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory. |
| ✓ Inspires patient's/customer's confidence by making positive comments about our system, hospital and other departments | • Review of meeting minutes for customer service improvement committees, to document incumbent's level of participation in the project | | | | |
| ✓ Shares patient's/customer's private or confidentially information only with those who have clearance to receive the information and avoids doing so in public areas | • Number of customer service improvement suggestions received from the incumbent during the review period | | | | |
| **Expected Behaviors (Completely Satisfactory):** | • Supervisor's personal observation and evaluation of coaching/feedback interactions initiated by the incumbent | | | | 3 = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact. |
| ✓ Knows who all their customers are | | | | | |
| ✓ Communicates at the patient/customer's level of education and experience | | | | | |
| ✓ Shows empathy for the patient/customer's situation and concerns | | | | | |
| ✓ Acts as an advocate for the patient/customer | | | | | |
| ✓ Maintains professional behavior consistent with role | | | | | |
| ✓ Maintains composure in difficult interpersonal situations | | | | | |
| ✓ Includes the patient/customer's perspective in decision making and problem solving | | | | | |
| **Exemplary Behaviors (Above and Beyond):** | | | | | |
| ✓ Leads and/or actively participates in customer service improvement initiatives | | | | | |
| ✓ Suggests new methods or approaches that lead to better patient/customer relations for the department or hospital | | | | | |
| ✓ Assists co-workers by providing feedback and suggestions to them on how to improve or build relations with patients/customers | | | | | |

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, job incumbents may be asked to perform other duties as required.

UH-Thompson 000117

UH-Thompson 000118

| Competencies: List the major and essential competencies required for this position. Include behaviors that should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency: As measured by the following methods and indicators. | Learning Needs (✓) | % of Weighing Must equal 100% | Evaluation (0-3) | % of weighing X eval pts = Total |
|---|---|---|---|---|---|
| **2) Competency:** *Initiates and maintains positive relationships with co-workers.*<br><br>**Critical Behaviors (Minimum):**<br>✓ Takes ownership of tasks and assignments<br>✓ Focuses on what can be done, not what can't be done<br>✓ Speaks positively of other employees, avoids negative gossip<br>**Expected Behaviors (Completely Satisfactory):**<br>✓ Helps without being asked<br>✓ Follows through<br>✓ Shares information and knowledge<br>✓ Gives feedback positively to ensure service excellence<br>✓ Listens to and builds on other's ideas<br>✓ Models excellence and encourages others to excel<br>**Exemplary Behaviors (Above and Beyond):**<br>✓ At their own initiative, takes responsibility for providing supervision to co-workers when the supervisor is not available, with evidence of positive results<br>✓ Successfully works with co-workers to resolve group issues such as interpersonal conflict and procedural issues | **Validation methods for critical, expected and exemplary behaviors:**<br>• Supervisor's personal observation and evaluation of co-worker interactions during the review period<br>• Supervisor's annual review of incumbent's personnel file (Expected Performance = no evidence of verbal or written performance counseling related to co-worker interactions)<br>• Results of peer review and/or anecdotal documentation related to the incumbent's co-worker interactions | | 10% | 2 | 0 = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.<br><br>1 = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory.<br><br>2 = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory.<br><br>3 = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact. |

3) **Competency:** *Takes responsibility for self-development and supports a learning environment.*

| | | 10% | |
|---|---|---|---|
| | | | |

**Critical Behaviors (Minimum):**
- ✓ Accepts feedback as an opportunity for growth
- ✓ Regularly participates in informal and formal education, staff meetings or staff development activities
- ✓ Applies knowledge gained from educational activities to their work
- ✓ Is receptive to new ideas and improvement efforts
- ✓ Completes departmental requirements for self-appraisal on a timely basis

**Expected Behaviors (Completely Satisfactory):**
- ✓ Is responsive to new ways of learning
- ✓ Supports and accommodates teaching activities, including mentoring other employees at their supervisor's request
- ✓ Supports and accommodates research activities
- ✓ Participates in a formal and informal peer review process

**Exemplary Behaviors (Above and Beyond):**
- ✓ Provides coaching and mentoring to new employees at their own initiative, with evidence that new employees have benefited from their assistance
- ✓ Actively participates in a professional organization that is related to their profession or work
- ✓ Achieves professional certification
- ✓ Attends college-level courses, with evidence of progress towards obtaining a college degree in healthcare or a related discipline
- ✓ Participates in, or leads, hospital-sponsored initiatives that bring education programs to the community

**Validation methods for critical and expected behaviors:**
- Supervisor's personal observation and evaluation of the incumbent's response to learning situations during the review period
- Documentation of attendance at required inservices
- Documentation of attendance at optional inservices
- Documentation supporting that the incumbent completed their self-appraisal on time (if applicable)
- Documentation supporting the incumbent's participation in peer review (if applicable)
- Supervisor's personal observation and evaluation of the results of mentoring assignments completed by the incumbent during the review period

**Validation methods for exemplary behaviors:**
- Review of documentation supporting the incumbent's participation in professional organizations, attainment of professional certification, or progress towards a college-level degree
- Anecdotal or formal documentation verifying the incumbent's participation in hospital-sponsored community education programs

**0** = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.

**1** = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory.

**2** = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory.

**3** = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact.

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, job incumbents may be asked to perform other duties as required.

UH-Thompson 000119

| Competencies: List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | Learning Needs (✓) | % of Weighting Annual 100% | Evaluation (0-3) | % of weighting X eval pts Total |
|---|---|---|---|---|---|
| **4) Competency:** *Displays commitment to the mission of the hospital and its values.* | | | 10% | 2 | |
| **Critical Behaviors (Minimum):**<br>✓ Knows and follows hospital policies related to safety<br>✓ Always responds to fire drills appropriately Consistently adheres to universal precautions for protection of the patient and the employee<br>✓ Arrives at work assignment on time as scheduled, ready to begin work.<br>✓ Wears ID badge at all times while on duty<br>✓ Can verbalize where policy and safety information is located in the department<br>✓ Uses hospital resources wisely in a cost effective manner<br>✓ Adheres to hospital and departmental policies for attendance<br>✓ Ensures confidentiality of all hospital business<br>✓ Demonstrates the organization's commitment to diversity<br>✓ Uses scheduled work time productively<br>✓ Knows and follows hospital policies related to ethical conduct and is in compliance with the hospital's code of conduct<br><br>**Expected Behaviors (Completely Satisfactory):**<br>✓ Gets involved in hospital activities, supports the involvement of others<br>✓ Participates in performance improvement and/or quality improvement initiatives<br>✓ Monitors performance indicators, measuring their personal performance against department/hospital standards<br>✓ Acknowledges the results of customer feedback and follows through with inpropriate improvements<br>✓ Speaks positively of the hospital to patients/customers, the public, and co-workers<br>✓ Keeps their work area and equipment clean and well cared for<br>✓ Supports and contributes to change initiatives<br>✓ Demonstrates flexibility in response to changing responsibilities and workloads<br><br>**Exemplary Behaviors (Above and Beyond):**<br>✓ Develops or leads process/performance improvement initiatives or projects<br>✓ Participates in hospital-sponsored programs that build recognition and support for the hospital in the community, such as fund-raising events or speaker's bureaus | **Validation methods for critical behaviors:**<br>• Supervisor's annual review of incumbent's personnel file (Expected Performance = no evidence of verbal or written performance counseling related to hospital policies or the Code of Conduct)<br>• Results of peer review and/or anecdotal documentation related to the incumbent's support for, and adherence to, hospital policies<br>• Supervisor's review of productivity reports/documentation<br>• Supervisor's review of documents relating to workplace safety/accident reports involving the incumbent<br><br>**Validation methods for expected behaviors:**<br>• Supervisor's personal observations and evaluation of incumbent's workplace behaviors during the review period<br>• Review of anecdotal or formal documentation showing the level of the incumbent's participation in performance improvement activities<br>• Review of anecdotal or formal documentation showing the level of the incumbent's participation in hospital activities outside of the department<br><br>**Validation methods for exemplary behaviors:**<br>• Review of anecdotal or formal documentation showing the extent of the incumbent's participation in improvement committees<br>• Anecdotal or formal documentation verifying the incumbent's participation in hospital-sponsored community programs | | 0 = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.<br><br>1 = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory.<br><br>2 = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory.<br><br>3 = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact. | |

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, job incumbents may be asked to perform other duties as required.

UH-Thompson 000120

| Competencies: List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Learning Needs (✓) | Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighting X eval pts Total |
|---|---|---|---|---|---|
| **5)   Competency:** *Demonstrates progressive leadership and effective management.* | | | 10% | | |

**Critical Behaviors:**
✓ Identifies strategic issues impacting the department and responds with appropriate actions in a timely manner
✓ Responds quickly and appropriately to patient/customer feedback
✓ Remains aware of changes in research and technology in areas of expertise
✓ Supports UHHS, hospital and management programs/initiatives
✓ Expresses support of UHHS, hospital and management initiatives when interacting with employees and patients/customers
✓ Holds employees accountable for complying with the Corporate Code of Conduct and reporting violations

**Expected Behaviors:**
✓ Develops and drives the "vision" for their department
✓ Develops creative improvements to current procedures and methods of operation while preserving quality and decreasing cost
✓ Integrates changes in research and technology into department operations
✓ Demonstrates decisiveness
✓ Demonstrates self-motivation
✓ Adapts behavior and approach in anticipation of or in response to changing circumstances
✓ Able to influence others while respecting differing opinions
✓ Negotiates to attain the best outcome

**Exemplary Behaviors:**
✓ Develops and/or leads a cross-departmental performance improvement initiative that benefits the hospital
✓ Develops and/or leads a performance improvement initiative that benefits other UHHS hospitals
✓ Contributes cost saving ideas that can be applied throughout the hospital or hospital system
✓ Anticipates opportunities available through new research or technology and capitalizes on them, resulting in a positive impact or competitive advantage for the hospital.

**Validation methods for critical behaviors:**
• Supervisor's personal observation and evaluation of incumbent's interactions with peers, higher levels of management, and employees
• Supervisor's annual review of anecdotal feedback received from patients, families, customers and hospital employees
• Supervisor's annual review of patient satisfaction/customer service survey responses that mention the incumbent's department
• Supervisor's annual review of incumbent's personnel file (Expected Performance = no evidence of verbal or written performance counseling related to supervisory or leadership abilities)

**Validation methods for expected behaviors:**
• Supervisor's personal observation and evaluation of incumbent's interactions with peers, higher levels of management, and employees
• Supervisor's evaluation of incumbent's success at integrating new technology or research into the work group
• Supervisor's review of work area improvements made by the incumbent, evaluating actual performance against expected cost, service and quality outcomes
• Supervisor's review of time deadlines met (or unmet) on projects or work assignments
• Supervisor's review of actual department performance results versus stated goals

**Validation methods for exemplary behaviors:**
• Review of meeting minutes for performance improvement committees, to document the incumbent's level of participation in the project
• Number of cost-saving suggestions received from the incumbent during the review period
• Evaluation of the impact of new research or technology initiated and applied by the incumbent to hospital operations

Evaluation key (0-3):
0 = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.

1 = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory.

2 = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory.

3 = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact.

UH-Thompson 000121

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, job incumbents may be asked to perform other duties as required.

| Competencies: List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighting X eval pts = Total |
|---|---|---|---|---|---|
| **6)  Competency:** *Develops staff and builds a strong team.*<br><br>**Critical Behaviors:**<br>✓ Sets performance expectations and communicates the expectations to their employees<br>✓ Offers employee performance feedback & follows up appropriately<br>✓ Documents employee counseling and corrective action discussions<br>✓ Enforces workplace policies equitably and consistently<br>✓ Encourages cooperative and collaborative behaviors within the work group<br>✓ Promptly informs employees when there is a change in policy, rules and/or regulations that affect them<br>✓ Communicates with employees to inform them of current initiatives and activities within the hospital and the hospital system<br>✓ Arranges for and monitors effectiveness of department orientation/training<br>✓ Shares rewards for achievements with staff<br>✓ Completes annual employee performance appraisals according to policy<br>✓ Conducts job interviews and makes hiring selections in a timely manner, forwarding documentation to Human Resources<br><br>**Expected Behaviors:**<br>✓ Delegates assignments to individuals which extend their capabilities and assist them in learning new skills<br>✓ Role-models performance feedback approaches<br>✓ Identifies staff learning needs and takes action to facilitate improvement<br>✓ Develops communication methods that meet staffing and organizational needs<br>✓ Discusses development opportunities with employees, including potential career paths<br>✓ Maintains an "open door" policy and encourages employees to share issues, suggestions, and concerns<br><br>**Exemplary Behaviors:**<br>✓ Mentors less experienced supervisors to help them learn team building skills<br>✓ Identifies cross-departmental team work issues that effect hospital productivity and initiates actions leading to improvement<br>✓ Anticipates how employee skill sets will be impacted by changes coming from new technology, research or business practices and develops employees so they have the skills they need | **Validation methods for critical behaviors:**<br>• Supervisor's personal observation and evaluation of incumbent's interactions with their employees<br>• Supervisor's annual review of anecdotal feedback received from employees and Human Resources staff<br>• Supervisor's annual review of incumbent's personnel file (Expected Performance = no evidence of verbal or written performance counseling related to supervisory or leadership abilities)<br>• Review of actual staff turnover results versus expected results<br>• Review of staff development and education records showing evidence of employee participation in orientation and training activities<br>• Review of actual time needed to fill vacant positions versus expected time frame<br>• Review of actual percentage of employee evaluations completed on time versus expected standard of 100%<br><br>**Validation methods for expected behaviors:**<br>• Supervisor's personal observation and evaluation of incumbent's interactions with employees<br>• Review of staff performance evaluations looking for evidence that learning needs have been identified and action plans developed for all employees<br><br>**Validation methods for exemplary behaviors:**<br>• Supervisor's personal observation and evaluation of coaching/feedback interactions initiated by the incumbent<br>• Review of meeting minutes for team work improvement committees, to document the incumbent's level of initiation and participation<br>• Review of staff performance evaluations looking for evidence that future learning needs have been identified and action plans developed to prepare employees for the impact of new research or technology |  | 5% |  ✓ | **0** = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment<br><br>**1** = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory.<br><br>**2** = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory.<br><br>**3** = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact. |

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, job incumbents may be asked to perform other duties as required.

UH-Thompson 000122

UH-Thompson 000123

| Competencies: List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | % of Weighting Must equal 100% | Learning Needs (✓) | Evaluation (0-3) | % of weighting X eval pts = Total |
|---|---|---|---|---|---|
| | | 10% | | ✓ | |
| **7) Competency:** *Preparation of food served in hospital* | | | | | |

**Critical Behaviors [Minimum]:**
- ✓ Visually inspects & tastes all food products — Observations of outcomes
- ✓ Maintain sufficient back up food for café — Spot checks
- ✓ Prepares quality food for all areas — Uses standardized recipes
- ✓ Food preparation is completed according to menu — Patient surveys
- ✓ Uses standardized recipes — Customer surveys
- ✓ Able to improvise and questions unclear orders — Observation by exception
- ✓ Demonstrates ability to complete all cook positions job tasks — Health inspections

Learning Needs: ✓

**Expected Behaviors (Completely Satisfactory):**
- ✓ Keeps kitchen area clean — Customer surveys
- ✓ Food service satisfaction scores reflect good to excellent — Observation by exception
- ✓ Assists in training new employees how to prepare food using recipes and production records — Spot checks
- ✓ Prepares food without recipes as needed for special functions — Peer review
- ✓ Taking personal responsibility for making improvements

Learning Needs: ✓

**Exemplary Behaviors (Above and Beyond):**
- ✓ Food service satisfaction scores are excellent — Observation of contribution to work group activities
- ✓ Communicates suggestions & assists department manger on ways to improve services for employees and patients — Customer surveys — Suggestions submitted by employee — Interviews with key customers — Commendations

Learning Needs: ✓

Evaluation (0-3):

**0** = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.

**1** = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory.

**2** = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory.

**3** = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact.

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, job incumbents may be asked to perform other duties as required.

UH-Thompson 000124

| competencies: List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency: As measured by the following indicators. See attached list for example indicators. Narrative examples. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighting X eval pts = Total |
|---|---|---|---|---|---|
| **Competency:** *Oversees patient tray assembly, Café & catering food service* | | | 10% | 2 | |
| **Critical Behaviors (Minimum):** Appropriately portions food for patient trays & cafeteria; Makes sure food is ready and that trayline starts on time; Ensures trays are assembled accurately & completely; Accurately places items on trays of selected menus when needed; Ensures trays are delivered to floors per delivery schedule; Adjust food production schedules when needed | ✓ Observation ✓ Spot checks ✓ Skills Check List ✓ Rounds ✓ Customer surveys ✓ Patient surveys ✓ In-service attendance ✓ Skills Check List | | | | 0 = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment.<br><br>1 = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory.<br><br>2 = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory.<br><br>3 = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex areas with greater impact. |
| **Expected Behaviors (Completely Satisfactory):** Ensures caterings leave kitchen on time & with complete supplies; Moves staff as needed to maintain service; Responsible for training and evaluating the work of Nutrition Service Associates | ✓ Observation ✓ Spot checks ✓ Peer review ✓ Interviews with key catering customers | | | | |
| **Exemplary Behaviors (Above and Beyond):** Demonstrate excellence in customer relations by visiting with dining room customers. | ✓ Interviews with key café customers ✓ Commendations ✓ Suggestions submitted by employee ✓ Observation of contribution to work group activities | | | | |

The job description documents the general nature and level of work, but is not intended to be a comprehensive list of all activities, duties and responsibilities required of job incumbents. Consequently, job incumbents may be asked to perform other duties as required.

| Competencies: List the major and essential competencies required for this position. Include behaviors which should be exhibited to illustrate how the competency will be measured. As required, the competencies listed below should include the age specific requirements of the position. | Validation of Competency: As measured by the following indicators. See attached list for example examples. Narrative examples. | Learning Needs (✓) | % of Weighting Must equal 100% | Evaluation (0-3) | % of weighting X eval pts = Total |
|---|---|---|---|---|---|
| **9) Competency:** *Completes supervisory operational duties* | | | 25% | ⟋ | 0 = Does not consistently exhibit behaviors in the Critical category. Can not be judged competent. An action plan for achieving quick improvement must be developed as a requirement of continued employment. |
| **Critical Behaviors [Minimum]:** | | | | | |
| ✓ Accurately inventories & orders raw food supplies | Observation | | | | 1 = Consistently demonstrates behaviors in the Critical category. May demonstrate behaviors in the Expected category inconsistently. This employee is meeting minimum standards, but not performing at a level that is satisfactory. |
| ✓ Orders Food & Supplies via computer ordering program | Spot checks | | | | |
| ✓ Maintains low inventories | Skills Check List | | | | |
| ✓ Maintains use of approved product and vendors | Rounds | | | | |
| ✓ Checks food deliveries against order invoice | In-service attendance | | | | |
| ✓ Stores refrigerator/frozen items within 15 minutes of delivery | Skills Check List | | | | |
| ✓ Follows Universal Precautions/Infection Control | Health Inspections | | | | 2 = Consistently demonstrates the behaviors in both the Critical and Expected categories. May demonstrate some behaviors in Exemplary category, inconsistently. Employee's performance in this competency area can be judged completely satisfactory. |
| ✓ Uses chemicals safely / Maintains safe work area | Observation by exception | | | | |
| ✓ Trains employees how to safely operate and clean equipment | | | | | |
| ✓ Food is stored properly (labeled & dated) | | | | | |
| ✓ Functions as Department Supervisor during normal operation hours | | | | | |
| ✓ Arranges for coverage of unscheduled absences | | | | | |
| ✓ Completes cash count & deposits for café | | | | | |
| **Expected Behaviors [Completely Satisfactory]:** | Par levels | | | | 3 = Consistently demonstrates the behaviors in the Critical, Expected, and Exemplary categories. An employee who achieves at this level is judged to be competent in the area under evaluation and may be capable of achieving competency in more complex, areas with greater impact. |
| ✓ Ensures stock is rotated; takes corrective action | Peer review | | | | |
| ✓ Communicates order discrepancies to vendor immediately | *Substitution Log* | | | | |
| ✓ Responsible for peer training | Skills Check List | | | | |
| ✓ Maintains documentation of product shortages, quality problems, employee report offs, production records, and temperature records for food and coolers/freezers | Temperature logs | | | | |
| ✓ Creates garnishes for all food items served and teaches others. | Visual review | | | | |
| ✓ Functions as Charge Person in absence of Director | | | | | |
| **Exemplary Behaviors [Above and Beyond]:** | Suggestions submitted by employee | | | | |
| ✓ Communicates suggestions & assists in ways to improve operations to the manager or director | Commendations | | | | |
| ✓ Creates specials for customers upon request | Observation of contribution to work group activities | | | | |
| ✓ Works in absence of staff to maintain services | | | | | |

UH-Thompson 000125

**Organizational Chart**:  Show how the position fits into the organization.  Include staff's titles (and their staff size, if applicable) and the other position titles which report to the same supervisor.



Next Management Level Title — Chief Operating Officer

Immediate Supervisor — Director Food & Nutrition Services

This Position — Food Prodcution Supervisor

Other Position Titles Reporting to the Same Supervisor

- Clinical Dietitian
- Secretary

Staff Position Titles

- Cooks — Exempt: / Nonexempt: x / Other:
- Nutrition Service Assistants — Exempt: / Nonexempt:x / Other:
- Porter — Exempt: / Nonexempt:x / Other:
- Exempt: / Nonexempt: / Other:
- Exempt: / Nonexempt: / Other:

Check Items Which Are Major Strong Points/Achievements, Asterisk Items Where Improvement Needs Exist

## Check Items Which Are Major Strong Points/Achievements, Asterisk Items Where Improvement Needs Exist

1. ✻ Personal Computer
2. ___ Transcription
3. ___ Word Processing
4. ___ CRT
5. ✓ Telephone Skills
6. ✓ Cooperation
7. ___ Technical Excellence
8. ___ Clinical Assessment Skills

9. ✻ Proofreading
10. ___ Office Protocols
11. ✓ Organization
12. ✓ Goal Setting
13. ✓ Customer Service
14. ✓ Patient Focus
15. ✓ Supervisory Skills
16. ___ Adherence to Policy/ Procedures

17. ✓ Problem Solving
18. ___ Budgetary Controls
19. ___ Attendance
20. ___ Staff Development
21. ✻ Writing Skills
22. ___ Timeliness
23. ___ Innovation
24. ___ Communication Skills

25. ___ Time Management
26. ___ Motivation
27. ___ Following Instructions
28. ___ Prioritization
29. ___ Flexibility/Teamwo
30. ___
31. ___

## Attendance and Minimum Qualifications Summary
(Report attendance and requirements for last 12 months)

This section must be completed for all performance appraisals.

Number of days absent _____
Number of tardies/early leaves _____
Number of occurrences absent _____
Is attendance satisfactory? _____ Yes _____ No
If attendance is not satisfactory, please comment in the reviewer comment section.

Completed annual TB testing _____ Yes _____ No
Adhered to the Code of Conduct _____ Yes _____ No
Maintained licensure/certification _____ Yes _____ No ___N/A
Annual Safety Education
Score___%or___Pass____Fail/Incomplete

Other Mandatory Training:
_____ _____ Yes _____ No
_____ Yes _____ No

## Initial Employment Review

For the initial employment review, a total rating score is not necessa
Supervisors have the option of commenting on the standards or usi
ratings, 0,1,2,3.  It is unlikely that a new employee is completing all
duties of the job as written.  Please evaluate on the applicable dutie
only.

Do you (supervisor) recommend this employee for regular full-time
or regular part-time employment? _____Yes_____ No

Number of days unscheduled absence _____
Number of tardies/early leaves _____
Number of occurrences absent _____
Is attendance satisfactory? _____Yes_____No
If attendance is not satisfactory, please comment in the reviewer comment section.

☐ CHECK IF ATTACHING A COPY OF THE EMPLOYEE'S GOALS AND/OR PERFORMANCE IMPROVEMENT PLAN

Reviewer Comments: _____

Employee Comments: _____

Employee Signature_____ Date_____

Reviewer Signature/Title_____ Date_____

Department Head Signature_____ Date_____

UH-Thompson 000127

List of Possible Validators

The following is a non-exhaustive list of sources for validation of competency.  A manager may look to this list in helping to evaluate an employee.  These examples may be used to validate the universal as well as job-specific competencies.

Direct Observation by Supervisor/Rater
- Direct observation of the worker's performance by the rater/supervisor
- Observed contributions to group activities (committee participation)
- Rounds
- Spot checks
- By exception (noting unusual incidents)

Communication with Peers and Customers
- Patient Survey Results
- Customer surveys
- Formal Peer Review tool
- Interviews with key customers
- Review of care plans/notes with peer/advisor

Performance Documentation
- Formal Testing
- Skills Check Lists
- Incident reports
- Anecdotal notes/records
- Commendations
- Corrective actions
- "You Make a Difference" certificates
- Organizational survey
- Meeting notes
- Suggestions submitted by the employee
- Department orientation checklist
- Budget performance
- Inservice attendance
- Attendance records
- Goal setting and attainment
- Project completion
- Objective measures of productivity
- Telephone logs
- Self evaluation
- Chart review
- Documentation of participation in care conference
- Membership in professional organizations (to document professional development)
- Privileging Checklists
- Computer system records/reports

**UniversityHospitals**
**HealthSystem**

Richmond Heights
Hospital

## Nutrition Services

February 7, 2005

Dear Lisa Thompson:

I would like to take this opportunity to recognize you for your outstanding contribution to Richmond Heights Hospital. On Thursday February 3rd and Friday February 4th the patient census increased to an unusually high level, patient meal demands increased, and service activity doubled. You immediately joined forces with the rest of the team and engaged yourself in the operation. You anticipated the needs of your co-workers and supported them with your assistance. I am impressed by your valiant efforts and your dedication. Your valuable contribution to Richmond Heights Hospital and your personal commitment to your co-workers is a representation of your dignity and honor as an individual. On behalf of Richmond Heights Hospital's patients, customers, and especially your co-workers, I thank you for everything you do.

Sincerely,

Jim Johnston, Nutrition Services Manager

cc. personal file



EXHIBIT

A-4

UH-Thompson 001763

27100 Chardon Road   Richmond Heights, Ohio  44143-9985   Phone 440-585-6500

# Statement of Counseling

August 11, 2005

To: Lisa D. Thompson, Nutrition Supervisor

From: Steven Savanick

Lisa, There are some aspects of your performance that you need to improve upon.

1. Communication with staff.- When you talk to certain employees, you use a demeaning tone. You cannot yell to staff, "I'm fed up".
2. Ordering- When ordering, you must take a written physical inventory to know hat products need to be ordered.
3. Scheduling - A. Need to cover the schedule completely. If there is a hole, communicate it to manager and staff prior to leaving.
   B. Must confirm employees P.T.O request when asked. Employees need to know if they have the time off so they can make reservations and plans.

I will work with you on the inventory/order if you need help. I would like you to set up a four week schedule. If there are holes, we will note them and place a sign up sheet so we can cover them.

If you need any assistance or help, I am here to help you. It is a top priority that this department functions as a team if we are to be successful.

Thank You,

Steven Savanick
Exec. Chef/Unit Manager



EXHIBIT
A-5