IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

- - - - -

| | |
|---|---|
| ALEATHER THOMPSON, | ) Case No. |
| plaintiff, | ) 1: 07-CV-0783 |
| vs. | ) |
| | ) Judge Nugent |
| UHHS RICHMOND HEIGHTS HOSPITAL, | ) |
| INC., et al., | ) Magistrate |
| defendants. | ) Judge McHargh |

- - - - -

Videotaped deposition of ALEATHER THOMPSON, the plaintiff herein, called by the defendants as if upon cross-examination, and taken before David J. Collier, RPR, Notary Public within and for the State of Ohio, pursuant to Notice of Deposition and pursuant to the further stipulations of counsel herein contained, on Wednesday, the 23rd day of April, 2008 at 10:04 a.m., at the offices of Vorys, Sater, Seymour & Pease, 2100 One Cleveland Center, City of Cleveland, County of Cuyahoga and the State of Ohio.



EXHIBIT
I
ALL-STATE LEGAL®

# Tackla
## & Associates
Court Reporting & Videotaping

1020 AmTrust Bank Center
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 • Fax 216-241-3935

85

```
 1    job.
 2    Q    Okay.  So -- so this was -- and we'll talk
 3    about what was said to you at the meeting, but
 4    this was actually handed to you this day in
 5    question when you came in and met with Kris,
 6    Steve --
 7    A    Yes.
 8    Q    Okay.
 9    A    Yes, it was.
10    Q    Okay.  What -- how long was the meeting
11    between you, Mary, Marti, Kris and Steve?
12    A    Very short.
13    Q    Okay.  When you say "very short," was it a
14    matter of minutes or over -- over ten minutes?
15    A    If it lasted ten minutes.
16    Q    Okay.  So it was short.  Did you talk at
17    all?
18    A    Yes.
19    Q    Okay.  What do you recall from that -- this
20    conversation?  What took place during this
21    meeting?
22    A    I was told that I would not be employed
23    there anymore as of November 4th, which was the
24    day I went in there.
25    Q    Okay.
```

1   A    They talked about the severance pay.

2   Q    Okay.

3   A    They wanted me to sign something and I

4   refused and that's when I got up and just left.

5   Q    Okay.

6        MS. ROSENTHAL:    I'm sorry.  I

7   didn't hear that.  They wanted you to what?

8        THE WITNESS:    Sign something.

9        MS. ROSENTHAL:    Okay.

10  A    And I refused to sign it.

11  Q    Okay.  Do you know what they asked you to

12  sign?

13  A    I don't even remember.

14  Q    Okay.  Is that all you recall from the

15  meeting as we sit here today?

16  A    Basically I told them I didn't think they

17  were right and I refused to sign anything and I

18  left.

19  Q    Okay.  Just so I'm clear, have you spoken

20  with Mary Hendricks since leaving, since that

21  meeting?

22  A    No.

23  Q    Have you spoken with Marti Newman since

24  that meeting?

25  A    Yes.

```
 1   in the Department of Nutritional Services was
 2   eliminated, if you look at that first sentence,
 3   do you see that?
 4   A    Right, and that's -- you know what, that's
 5   what the conversation -- because I told them
 6   that I was more than qualified for any position
 7   and I felt they should have offered me at least
 8   a chance to apply for that position, and I even
 9   know as of Sodexo, because they were even
10   willing to let one of the dieticians apply for a
11   job at their company for the -- to keep their
12   job, so I felt they should have at least offered
13   me, because they didn't have no one really for
14   that position at that time.
15   Q    Okay.
16   A    So at least I felt they should have offered
17   it.
18   Q    To do that?  Okay.
19   A    You know.
20   Q    And let me just talk a little bit about it.
21        You don't dispute that the title, that
22   the position of supervisor in the Department of
23   Nutrition Services, that position was eliminated
24   on November 1, 2005?
25   A    Okay.  Will I dispute that?
```

TACKLA & ASSOCIATES

```
 1    A      Right.

 2    Q      Okay.

 3    A      Well, no, he supervised me but his title

 4    was director and mine was supervisor.

 5    Q      Okay.  Who --

 6    A      He was over me.

 7    Q      Okay.  When Sodexo came on board, what was

 8    your position with U.H.?

 9    A      Supervisor.

10    Q      Of Nutritional Services?

11    A      Yes.

12    Q      Okay.  How many individuals did you

13    supervise at that time?

14    A      I'd say about 30.

15    Q      What types of positions?

16    A      Diet clerks, tray line aides, cooks, salad,

17    cafeteria, kiosh.

18    Q      Okay.  And how long had you held that

19    supervisor -- a supervisory role in the Richmond

20    Heights kitchen area, how many years?

21    A      I'm not sure, but I want to say maybe

22    three.

23    Q      Okay.  And when Sodexo came on board, did

24    they make changes from the way Aramark had run

25    the kitchen?
```

1   this time period, the June to November, 2005?

2   A    I don't remember her name.

3   Q    Okay.  Now, you had talked about Sodexo had

4   eliminated some other position and gave that

5   person an opportunity to find a job.

6   A    Yeah.

7   Q    What was that, the dietician?

8   A    No.

9   Q    What was that?

10  A    Um --

11  Q    And this is Sodexo, not Aramark?

12  A    We were closing the kiosh.

13  Q    And this is Sodexo --

14  A    Yeah.

15  Q    -- not Aramark?

16       Okay.  Closing the kiosh or kiosk?

17  A    Kiosk.  Whatever.

18  Q    Okay.  And were there hourly employees in

19  the kiosk?

20  A    Yes.

21  Q    How many?

22  A    One, and then like part-times to fill in.

23  Q    Okay.  And what was his or her name?

24  A    Sandy Stull.

25  Q    Sandy Straw?

```
1   A      Stull, S-T-U-L-L.

2   Q      S-T-U-L-L?

3   A      Yes.

4   Q      Okay.  And Sandy reported to you --

5   A      Yes.

6   Q      -- at this time?

7          Was Sandy white?

8   A      Yes.

9   Q      And what happened, the kiosk position --

10  the kiosk was eliminated --

11  A      Right.

12  Q      -- by Sodexo.

13  A      Right.

14  Q      What did it do?  What was this?

15  A      It's like a little coffee shop off to the

16  side.

17  Q      Okay.

18  A      I mean, they sell like muffins and --

19  Q      Okay.

20  A      It was like in the back of the hospital for

21  quick pick-up of a coffee.

22  Q      Okay.  How long had Sandy Stull been in

23  that position?

24  A      I don't remember.  I want to say two years,

25  but I don't remember.
```

TACKLA & ASSOCIATES

```
1    Q    Okay.  And when was the kiosk eliminated by
2    Sodexo?
3    A    When they came in, I'm not going to -- I
4    don't remember how many months before, they
5    started working on closing it down.  I don't
6    remember.
7    Q    Okay.  So it's -- if they came in in June,
8    it was sometime thereafter --
9    A    Right.
10   Q    -- if they came in in June.
11          All right.  What happened to Sandy
12   after her position -- after the kiosk was
13   eliminated, what happened to her?
14   A    She got a position in the kitchen -- in the
15   cafeteria, not the kitchen.
16   Q    Okay.  And was there an open position?  Had
17   somebody left or what --
18   A    No.
19   Q    How did that work?  No?
20   A    No.
21   Q    Did she still report to you?
22   A    Yes.
23   Q    Okay.  Now, when Sodexo came on board, did
24   they -- did they talk with you or -- were you
25   part of the discussions about Sodexo's plans to
```

TACKLA & ASSOCIATES

1   A    Right.

2   Q    Any other changes that you were part of the

3   discussions on or heard about?

4   A    We had in front cooking, like in the

5   cafeteria we would cook to order, sometimes

6   demonstrate cook to order --

7   Q    Okay.

8   A    -- type --

9   Q    So there --

10  A    -- things.

11  Q    If I came in and said I wanted a certain

12  type -- I had some options that they would cook

13  right there for me?

14  A    Yeah, it would be -- either it would be

15  Steve, Bart or me, and we would cook right in

16  front of the -- right in the cafeteria in front

17  of people.

18  Q    To do it.  Okay.

19  A    Right.

20  Q    Okay.  On the -- on the meals to order, did

21  you hear about this just in those general

22  discussions with all the U.H. employees in the

23  kitchen?

24  A    No, we talked about it -- Steve and I

25  talked about it too.

TACKLA & ASSOCIATES

```
 1   job.  I mean, you can agree --

 2   A    Well, no, you asked me if I knew about --

 3   Q    Okay.  So aside from your general knowledge

 4   of cooking, you don't have any idea about what

 5   the job requirements for the -- for this

 6   position were?

 7   A    And I just answered, okay, you mean

 8   Sodexo's or just in knowledge?

 9   Q    Okay.  I mean Sodexo's.

10   A    Okay.  No.

11   Q    You had -- okay.  And you don't know as we

12   sit here today whether you're qualified or not

13   for the position?

14   A    I know I'm qualified.

15   Q    How do you know that?

16   A    Because I'm confident in myself and I've

17   went through the school, culinary arts school,

18   training, and I've also kept up my education,

19   plus I've pretty much ran the kitchen by myself

20   from catering to show cooking for, like I said,

21   three years.

22   Q    Okay.  But you've never reviewed the job

23   requirements for the position, the executive

24   chef position?

25   A    For Sodexo, no.
```

TACKLA & ASSOCIATES

120

1    Q    Okay.  Now, Steve Savanick, did you have

2    any problems with Steve?

3    A    Oh, sorry.  Yes.

4    Q    Okay.  And what were those?

5    A    Um --

6    Q    And we're talking June, 2005 to --

7    A    Basically, I --

8    Q    Let me just put it -- June, 2005 until you

9    go on the leave of absence, October, 2005.  What

10   issues did you have with Steve?

11   A    Number one, I know he didn't care too much

12   for me being in the position I was in.

13   Q    And how did you know that?

14   A    Just the way he treated me.  He acted

15   like -- basically he really didn't want to

16   communicate to me.  It was basically if he had

17   to.  I mean, he even would go to other employees

18   and ask things that he should have came to me to

19   ask.  We would have -- when we hired people -- I

20   have went two occasions and told him that

21   certain people just was not going to work out,

22   trying to do it within the 90 days, but he would

23   not do anything about it.

24   Q    You say he didn't accept your

25   recommendations as to terminating employees?

121

1    A     Right.

2    Q     Okay.  Anything else?

3    A     And I was the one working with the

4    employees to report to him how they were doing

5    and how they weren't doing.

6    Q     Okay.  Anything else?

7    A     Okay?  When I went to discipline people, he

8    basically let me discipline the blacks as far as

9    sitting down and almost encouraged me to write

10   them up, whereas for the whites, when I had a

11   problem with them, he took care of it, and I

12   don't even know if he took care of it.  He said

13   he would.

14   Q     Okay.  Anything else?

15   A     It's like everything I did, he tried to

16   find something wrong with it.

17   Q     Okay.  Anything else?

18   A     Even when people would come down right in

19   front of his face and compliment me, he just --

20   I mean, it just -- he just refused to give me

21   any kind of encouragement, credit, anything,

22   you know.

23   Q     Okay.  Anything else?

24   A     That's enough.

25   Q     Okay.

1    A    That's all I can think of right now.

2    Q    Okay.  So just -- just so I'm clear, we've

3    gone through all the problems, I want to talk to

4    you about it.

5            He never made any inappropriate

6    comments directly to you, right?

7    A    No.

8    Q    Okay.  And so on the -- and let's talk

9    about the discipline.  The discipline, from my

10    understanding as the supervisor, you would tell

11    Steve, I have a problem with -- let's first of

12    all talk about the hiring.  90 day probationary

13    period --

14    A    Right.

15    Q    -- you would come to Steve, say that this

16    person is not working out?

17    A    Right.  And there was one person that

18    just -- I mean, this girl just was not qualified

19    to do the job and was calling off, was leaving

20    way before her shift time, and I told Steve

21    about it and his excuse was, well, she's having

22    a hard time with her boyfriend so she has to

23    leave, which personally is not an excuse in my

24    book because that's leaving my night person by

25    theirself to finish up.

123

```
1    Q    So you disagreed with Steve's decision?
2    A    Oh, had it been a black person, they would
3    have been gone, and -- okay.  I take that back.
4    I take that back.  This person was white, and I
5    have a problem with that, because I know
6    everybody needs a job, but if the person is not
7    doing their job, come on.
8    Q    Let me -- let me --
9    A    You know.
10   Q    How many people -- from June, 2005 to
11   October, how many people -- is this the only
12   hire you've made in that time frame?
13   A    Oh, no.
14   Q    How many, two, three?
15   A    Actual hires, I'd say maybe about three.
16   Actual interviews, quite a few.
17   Q    Okay.  And so you -- was there any other
18   problems in the hiring that -- where you
19   disagreed with Steve aside from this one white
20   employee?
21   A    That we ended up with more whites in the
22   kitchen than we did -- than we have ever had
23   before, aside from when I first started working
24   at the hospital, then it generally became half
25   and half, then it was more blacks, and when they
```

TACKLA & ASSOCIATES

1   came in it just became more whites, and a lot of

2   them were not qualified.

3   Q     Okay.  You hired three people from June

4   until October, and you're saying that that

5   drastically changed the framework of your

6   40 employees you supervise, the proportions?

7   A     I am saying we hired -- in actually truth,

8   yeah, hired Patty, Kathy, Meg.  Actually, we

9   hired like five.

10  Q     So you say you hired five employees --

11  A     Yeah.

12  Q     -- from June until October?

13  A     Patty -- yes.

14  Q     And you disagreed with one of that --

15  keeping one of them?

16  A     It's only one of them didn't -- was not

17  qualified.

18  Q     Okay.  The other four you admit were

19  qualified?

20  A     Yeah.

21  Q     And do you have a problem because they were

22  white?

23  A     No, I have a problem because of he let them

24  stay up on the floors and do stocking, whereas

25  if a black went up on the floor he wanted to

127

1    to Steve and say this person was late?

2    A    I would write it up.

3    Q    You would write it up?

4    A    Yeah.

5    Q    Okay.  Now, from June, 2005 to October,

6    2005, how many write-ups would you have done

7    during that time frame?

8    A    I don't remember.

9    Q    I mean, did you write people up daily, did

10   you write them up on a weekly basis?  I mean,

11   how long -- how many times?  I mean, you were

12   the supervisor for many years.

13   A    I don't --

14   Q    How often did you write them up?

15   A    -- remember.  A lot, but I don't remember.

16   Q    Okay.  So you're saying that -- I mean,

17   would you disci -- I mean, how many people would

18   you have discharged during that time frame, from

19   June until October, 2005?

20   A    I think we only let three, three or four --

21   I don't remember.

22   Q    Okay.  Well, whoever you let go, you came

23   to Steve and said these people should be

24   discharged, right?

25   A    Or he would make a -- yeah, between both of

1    Q    -- would you issue discipline once a week,

2    once a month?  I mean, how often would you have

3    to discipline your employees?

4              MS. ROSENTHAL:    She just --

5    A    Whenever someone did something wrong.

6    Q    Okay.  Well, how often on a --

7    A    I don't know.

8    Q    You have no idea --

9              MS. ROSENTHAL:    Objection.

10   Q    -- as you supervised for three years?

11   A    I have no idea.

12   Q    No idea.  Okay.

13             MR. TACKLA:       Two minutes of

14   tape.

15   Q    Okay.  But you say --

16             MR. TACKLA:       Two minutes of

17   tape.

18   Q    Okay.  But you say -- and we'll take --

19   we'll go to lunch at that point, but you say on

20   the discipline, that during that time, we don't

21   know how often, but you say that there was white

22   employees that Steve would take care of --

23   A    Right.

24   Q    -- and the black employees you did?

25   A    Right.

131

1              MR. TACKLA:          Off the record.

2                    - - - - -

3              (Luncheon recess had.)

4                    - - - - -

5    BY MR. CAMPBELL:

6    Q    Ms. Thompson, we're back from our lunch

7    break.  Do you have any answers that you need to

8    change after this break?

9    A    Not change, but just add to.

10   Q    What are those?

11   A    The other things that I didn't agree with

12   that Steve did.

13   Q    Okay.  And that's what I want to talk

14   about, the things.  What else did Steve do that

15   you didn't agree with?

16   A    The black employees had to work most of the

17   dirty jobs, let's say.

18   Q    Okay.  Anything else?

19   A    I'll probably think of something else.  We

20   can keep going.

21   Q    Okay.  So just so we're understanding with

22   Steve --

23   A    Evaluations, that's what it was.

24   Q    Okay.  On Steve Savanick --

25              MS. ROSENTHAL:    Wait, she was

```
 1    finishing her answer.
 2    Q    Okay.  What evaluation?  What's that?  What
 3    do you mean?
 4    A    Employees.  I evaluated the black ones, he
 5    evaluated the white ones.
 6    Q    You're saying Steve Savanick actually gave
 7    performance evaluations during your
 8    employment --
 9    A    Um-hum.
10    Q    -- with Steve?
11    A    Yes.
12    Q    Okay.  Well, presumably those performance
13    evaluations would be in the personnel files?
14    A    Yeah.
15    Q    Okay.  So we would know which performance
16    evaluations were done during the time that you
17    and Steve were working together, right?
18    A    Right.
19    Q    And you don't have any reason to disagree
20    from the personnel files, if there's not an
21    evaluation there, you would agree that no
22    evaluation was conducted, right?
23    A    No.
24    Q    No?
25    A    No.
```

133

1    Q      Why not?

2    A      Because I know we did evaluations.

3    Q      You know you did.

4    A      Yes.

5    Q      Okay.  Well, we looked through your

6    personnel file and I didn't see any evaluations

7    that were signed by Steve Savanick.

8    A      He didn't sign mine, because he got mad

9    because he had to change it, so he didn't sign

10   it.  He showed me he changed it, which was fine,

11   and that was it.  He didn't -- he just -- he

12   didn't even know go over it, he just, "I changed

13   it" and that was it.

14   Q      So you're -- you say there's a performance

15   evaluation that wasn't included in your

16   personnel file that was done by Steve but not

17   signed?

18   A      I don't know if it was in my personnel

19   file, but it was one done by Steve, yes.

20   Q      Okay.  Well, can we agree that Steve

21   evaluated your performance as poor?

22   A      The first time.

23   Q      So you're saying Steve evaluated you more

24   than once between June, 2005 and --

25   A      Steve --

134

```
 1   Q      -- November?
 2   A      -- gave me -- I said Steve gave me an
 3   evaluation that was a 1.2.
 4   Q      Okay.
 5   A      I got upset and I disagreed with him.
 6   Q      Okay.
 7   A      The very day he gave it to me, someone came
 8   down and was bragging on a party I had just
 9   finished.  Then when I went back maybe -- it had
10   to have been a couple hours, I'm not going to
11   say right away, he informed me he changed it,
12   which he did.
13   Q      To what?
14   A      It ended up to a 2.5, I think it was, or
15   2.58, something like that.
16   Q      Okay.  So his -- now, what employees -- and
17   I just want to -- you're making these broad
18   statements, I just want to know -- to try to get
19   a little bit more information than just
20   conclusions.  Let's talk about the hiring.  You
21   said there was five employees hired between June
22   two thousand --
23   A      I said I think.
24   Q      Let me answer the question --
25   A      I'm sorry.
```

137

```
1    Q      Some of them.

2    A      Right.

3    Q      Okay.  You're saying Steve when he comes

4    on board never worked with people and said

5    I'll do these evaluations?

6    A      He didn't come on board saying that, he

7    just did it.

8    Q      Okay.  So he did it -- he did the

9    performance evaluations for your employees?

10   A      Exactly.

11   Q      Did you review and approve or no?

12   A      Some of them.

13   Q      Okay.  So again, we'll look through the

14   personnel files and see if evaluations were

15   done --

16   A      That's fine.

17   Q      -- during this time period.  Right?

18   A      Um-hum.

19   Q      And if there's no performance evaluations

20   in those personnel files for this time period,

21   from June, '05 until November, '05, you don't

22   have any reason to disagree with those company

23   records, right?

24   A      I know I did evaluations.

25   Q      Okay.  Can we name -- well, can we identify
```

139

1    personnel files and see if you actually did

2    evaluations during this time frame.

3    A    That's fine.

4    Q    Well, if there's no evaluations --

5    A    That's fine.

6    Q    -- in there you would agree that --

7    A    No, I'm not --

8         MS. ROSENTHAL:    Objection.

9    A    -- because I know I did agree -- I did

10   evaluations, so no, I won't agree.

11   Q    All right.

12        MS. ROSENTHAL:    And I'm going to

13   object for the reason that we haven't even --

14   there's evaluations missing even from Lisa's

15   personnel file, or at least according to the

16   employer.

17   Q    On the issue of Mr. Savanick, the way he --

18   well, let's take a step back.  You said he had

19   black employees do dirty jobs.  I thought you

20   were the supervisor who assigned tasks?

21   A    When I assigned tasks, I would assign them

22   to all, and then certain ones would complain or

23   they would just go do something else and I

24   reported it to him.  As a matter of fact, some

25   of the employees came to me and asked why

1   certain people didn't have to help, and I went

2   to him and asked him, and his response was,

3   well, they'll do in the office, where Sherita

4   came out in the kitchen and helped clean but

5   Judy never had to lift a finger.

6   Q     Okay.  So we've identified Judy and who

7   else?

8   A     Sherita.

9   Q     Okay.  Who else?  Are those the only two

10  examples of this?

11  A     I mean, there's examples.

12  Q     Well, name other employees.

13  A     Patty used to go up on the floors and stay

14  forever, that way she didn't have to do anything

15  down in the kitchen, but she would say, "Well, I

16  was cleaning the refrigerators."  It does not

17  take that long to clean the refrigerators.

18  Q     Okay.  So --

19  A     I reported it to him and nothing was done.

20  Q     Okay.  And who else?  Patty, who else?

21  A     Richard.

22  Q     Richard who?

23  A     What's his name?

24  Q     Eggelton?

25  A     Yes.

151

1  you knew that Steve didn't think you were

2  performing well, Savanick?

3  A    Up until the two months that Steve and Mary

4  left me on my own to run the place until they

5  could come in.  They asked me if I would be okay

6  for two months.  He didn't have a problem, he

7  would come in and check, everything was on

8  target, it was no problems.  Kris Bennett

9  couldn't tell him a thing that went wrong.  When

10  he literally had to come in and work

11  side-by-side with me, a person could come down

12  and say that I did a great job and he would find

13  something to disagree about.

14  Q    Okay.  I'm not asking you whether you agree

15  with his conclusion, I'm simply asking you --

16  A    I'm giving you examples.

17  Q    Okay.  I'm asking you a very simple

18  question.

19         You agree as we sit here today that

20  Steve Savanick didn't think you were performing

21  well, right?

22  A    No, I agree that Steve Savanick was picking

23  with me personally --

24  Q    Okay.  Well, when --

25  A    -- because of certain reasons.

153

1    you and wanted to get rid of you but couldn't

2    think of a reason, I'm going to come to you and

3    say, this is not right, this is not right.

4    I mean, he sat there and literally let me do

5    that whole inventory, put it on the computer and

6    everything, no thank you's or nothing, and

7    I mean it was good, and he would find something

8    wrong with it.

9    Q    Okay.  Let me -- it's a real simple

10   question.  You say he would find something wrong

11   with it, so he is -- he is raising -- whether

12   you agreed with him or not, he's raising

13   performance issues with you, right?

14   A    I don't think they were performance issues,

15   so I'm going to say no.

16   Q    Well, whether you thought they were

17   accurate or not --

18   A    I answered your question.

19         MS. ROSENTHAL:    I'm going to object

20   to arguing with her.  Move on, please.

21         MR. CAMPBELL:    Thank you.

22   Q    Whether you agreed with him or not, he

23   came --

24   A    No.

25   Q    -- to you -- if you could --

164

1   Q   Okay.  And they didn't make the changes

2   immediately, they were -- they were -- they were

3   going to do them as they evaluated, right?

4   A   They were just ongoing.

5   Q   Ongoing.  Okay.

6         And so at some point you come to Kris

7   Bennett, you tell him this issue, and Kris says,

8   I think the kitchen is operating appropriately?

9   A   No, he says, I think Steve, not knowing

10   what was going on, was doing a good job.  He

11   didn't -- he didn't even try to investigate

12   whether it was going on, what was going on.

13   Q   Okay.

14   A   And I am not the only employee that went to

15   Kris about this.

16   Q   Okay.  Let's -- let's focus on you first,

17   then I'll ask you about the others.

18         When you went to Steve -- to Kris,

19   I'm sorry, I'm assuming -- we've -- we talked at

20   length about everything that Steve Savanick

21   allegedly did to you, right?

22   A   Um-hum.

23   Q   Is that right?

24   A   Yes.  Um-hum.

25   Q   And you certainly didn't tell Kris anything

167

```
 1   BY MR. CAMPBELL:
 2   Q    Okay.  Ms. Thompson, before our break I was
 3   asking you about your conversation with
 4   Kris Bennett.  At some time -- it occurred
 5   sometime between June, 2005 and presumably
 6   October 22nd, 2005, and I wanted to just go
 7   through that conversation with you.
 8             You went to Kris at that point, and
 9   what do you recall from your discussion on that
10   occasion with Kris Bennett?
11   A    I don't remember a lot of any of it.  I
12   don't remember any of it, to be honest.
13   Q    You don't remember anything that you told
14   him?
15   A    Just that I went down.  No.
16   Q    Just --
17   A    Just that I went down and talked to him
18   about certain things.
19   Q    Okay.  What in general did you talk to him
20   about?
21   A    Concerns about racism being done.
22   Q    By who?
23   A    By Steve.
24   Q    By Steve Savanick?
25   A    Yes.
```

1  did speak to him about, because we did start

2  hiring.

3  Q    Okay.  So you know that Kris at least spoke

4  with Steve about, you know, the schedule and

5  whether more people needed to be hired?

6  A    Right.

7  Q    Okay.  Now -- so the schedule you talked to

8  Kris about, he took action on this occasion.

9  Anything that -- I mean, what did you -- you say

10  that you complained about racism by Steve

11  Savanick.  What did you say to him?  I mean,

12  what -- you had to give something more than just

13  simply "I think he doesn't like me because I'm

14  black."  Wasn't there reasons?

15  A    No, it -- actually, it was just the way I

16  just saw the other employees being treated.

17  Q    Okay.

18  A    So, you know, I -- and I don't remember

19  exactly what the conversation was, but someone

20  else wanted to go down and I told them let me

21  handle it and I went down.

22  Q    Okay.  So it wasn't racism as to you, it

23  was as to your staff?

24  A    It was actually as to all of us, but I'd

25  rather go down and take the bulk of the trouble

TACKLA & ASSOCIATES

```
 1   if it was some.
 2   Q    Okay.  So you -- you talked to some of your
 3   subordinates.  Who were they?  About this issue
 4   that they said, hey, we have a problem with
 5   Steve.
 6   A    Gosh.  It was a lot.  Theresa.
 7   Q    Theresa Bogan?
 8   A    Yeah.
 9   Q    Who else?
10   A    I think her name was Shante.  I can't
11   remember.
12   Q    Shante?
13   A    Yeah.
14   Q    You don't know her last name?
15   A    No.  April.  Jackie.
16   Q    April, do you know her last name?
17   A    I don't remember it.
18   Q    Okay.  Jackie Jones?
19   A    Yeah.
20   Q    Okay.  Anybody else?
21   A    Theresa.
22   Q    Okay.  So I have Theresa, Shante, April,
23   Jackie Jones.
24   A    I don't remember her name.
25   Q    There's one more?
```

172

1   I mean, what --

2   A    About how they would be treated.

3   Q    Meaning what?

4   A    I don't know.  I don't remember.  Just how

5   they were being treated.

6   Q    Okay.  So you don't -- you don't have any

7   specifics then?

8   A    I'm thinking -- well, yeah, cleaning, the

9   cleaning, the way it was put out.  I don't

10  remember.

11  Q    Okay.  So these are -- I mean, the way the

12  cleaning was being assigned, I mean, they were

13  assignment issues, whether white employees were

14  being assigned the same things as they were?

15  A    They were asking why didn't they come in --

16  why didn't they have to do the jobs that they

17  were doing.

18  Q    Okay.  So people came to you on occasion,

19  these people, and then you go to Kris Bennett

20  and say, one, you think there should be more

21  people hired, right?

22  A    Yeah, but this wasn't all at one time.

23  Q    Okay.  So you went to Kris after Steve came

24  on board on a couple of occasions?

25  A    Right.

TACKLA & ASSOCIATES

173

```
 1   Q    Okay.

 2   A    Right.

 3   Q    Okay.  So let's talk about those occasions.

 4           What do you -- so at least one time

 5   you went to him about scheduling and he did

 6   something about that.

 7   A    Um-hum.

 8   Q    Right?

 9   A    Yes.

10   Q    Okay.  You went to Steve -- what else do

11   you recall going to Kris about?  I mean, is it

12   just these other employees to say hey, on

13   another occasion you went to him and said hey?

14   A    Yeah, and actually I didn't go to Kris

15   first about the racism, I went to Marti.

16   Q    Okay.  And when we say "racism," about

17   these employees coming to you about the

18   assignments?

19   A    Not just assignments.  I'm just giving you

20   an example.

21   Q    Okay.

22   A    Because I don't remember everything.

23   Q    Well, what else do you remember?

24   A    I don't remember.

25   Q    Okay.  So as we sit -- but nobody was
```

TACKLA & ASSOCIATES

185

1    at all for the job postings during the time you
2    worked with Sodexo?
3    A    No.
4    Q    Okay.
5    A    I just never felt a need that I had to.
6    Q    Meaning that you -- you didn't like
7    everything Steve was doing, but you didn't think
8    you were going to be discharged?
9    A    Exactly.
10   Q    Okay.  And if they wouldn't have eliminated
11   your position, would you still be employed at
12   U.H. today?
13   A    Definitely.
14   Q    Okay.  So although you did have problems
15   with Sodexo, you generally enjoyed your job?
16   A    Yes.
17   Q    Let me just show you a couple policies.
18                     - - - - -
19               (Defendant's Exhibit E
20            marked for identification.)
21                     - - - - -
22   Q    I'm handing you what's been marked as
23   Exhibit E.  Is that your signature?
24   A    Um-hum.  Yes.
25   Q    Okay.  And you would have read this and

TACKLA & ASSOCIATES

228

```
1    A      I don't remember.  I just know it was a
2    rush, it was a hurry, because we had missed the
3    time span, so we were rushing to do them.  I
4    don't remember the date.
5    Q      And you're claiming that Steve told you,
6    you do all of the African American employees and
7    I'll do Linda, Judy, Sandy, Patty, Kathy and
8    Amanda's?
9    A      You know what, it didn't even -- it wasn't
10   supposed to happen like that.  It's just he
11   would come to me -- he said, well, I did this
12   one and I did that one, and actually I had
13   written out Amanda's and I want to say Judy's, I
14   had written out two of them, but I didn't
15   discuss them with them, he did.
16   Q      Okay.
17   A      After -- you know, he just went through and
18   read what I had written and everything.
19   Q      Do you know why he discussed Amanda and
20   Judy's with them?
21   A      I don't know.
22   Q      So you did complete evaluations for some
23   white employees?
24   A      That's what I was saying, but he initially
25   gave them the evaluations; you know what I'm
```

229

1    saying?

2    Q    Let me --

3    A    In a room.

4    Q    Let me -- let me try to --

5    A    Okay.

6    Q    -- clear -- I think we can get through this

7    quickly.

8    A    Okay.

9    Q    You completed the evaluation form.

10   A    Right.

11   Q    You gave it to Steve.  Steve went over the

12   evaluation form with Judy and Amanda; is that

13   right?

14   A    Right.

15   Q    Okay.  And you're saying the process was

16   different for African American employees, that

17   you created the form, you prepared the form,

18   then you covered the form with them?

19   A    Right.  Right.  Yeah.

20   Q    And Amanda specifically he took from you

21   and said he would -- he would do hers?

22   A    Actually, he just left it on his desk,

23   because he would read over them and give them

24   back to me, but I never got theirs back.

25   Q    Okay.  So you were just --

```
1    A      Because they were wondering why --
2    Q      -- assuming that Steve covered the evals,
3    evaluations with Judy and Amanda?
4    A      Yeah, he had to, because you wouldn't get a
5    raise --
6    Q      Okay.
7    A      -- unless someone went over it with you.
8    Q      And you're assuming he covered them with
9    Linda, Sandy, Patty and Kathy?
10   A      Yeah, because you do not get a raise unless
11   someone goes over it with you.
12   Q      Amanda is African American, isn't she?
13   A      She's mixed, and actually she's not even
14   mixed, she's Jalapeno or whatever you want to
15   call it.
16   Q      She's African American and Asian American,
17   isn't she?
18   A      Something.  She's -- she's mixed, she's not
19   Afro-American.
20   Q      She is African American but she's just
21   also --
22   A      She's not --
23   Q      -- Asian American?
24   A      And she doesn't consider -- she doesn't
25   consider herself and she's not fully African
```

```
 1   A      Um-hum.  Yes.
 2   Q      Your personal opinion.  Yes?
 3   A      Yes.  I said yes.
 4   Q      Now, you spoke at length regarding the
 5   complaints you made to Kris Bennett, you said
 6   you complained to him.  Did you specifically
 7   complain to him that you thought that Steve was
 8   treating you unfairly in your job because of
 9   your race?
10   A      Yes, I did.  I don't remember what his
11   response was.  I don't remember what his
12   response was, but yes, I did.
13   Q      And have you told us everything today that
14   form the basis for your reasoning that Steve's
15   treatment of you was because of your race?  Let
16   me rephrase that.
17   A      Okay.  Thank you.
18   Q      Have you told us everything today regarding
19   why you think Steve treated you in a different
20   manner based on your race?
21   A      All that I can remember right now, yes.
22   Q      Well, now is our only time to ask you
23   questions on this issue.
24   A      All that I remember now, yes.  And I'm sure
25   if you were sitting here under pressure, when
```

278

```
 1              C E R T I F I C A T E

 2

 3   The State of Ohio,     )

 4   County of Cuyahoga.  )  SS:

 5

 6        I, David J. Collier, Registered

 7   Professional Reporter, Notary Public within and

 8   for the State of Ohio, duly commissioned and

 9   qualified, do hereby certify that the within

10   named witness, ALEATHER THOMPSON, was by me

11   first duly sworn to testify the truth, the whole

12   truth and nothing but the truth in the cause

13   aforesaid; that the testimony then given by the

14   above-referenced witness was by me reduced to

15   stenotypy in the presence of said witness;

16   afterwards transcribed, and that the foregoing

17   is a true and correct transcription of the

18   testimony so given by the above-referenced

19   witness.

20

21        I do further certify that this deposition

22   was taken at the time and place as in the

23   foregoing caption specified, and was completed

24   without adjournment.

25
```

279

```
 1        I do further certify that I am not a

 2   relative, counsel or attorney for either party,

 3   or otherwise interested in the outcome of this

 4   action.

 5

 6

 7           IN WITNESS WHEREOF, I have hereunto

 8   set my hand and affixed my seal of office at

 9   Cleveland, Ohio, this 6th day of May, 2008.

10        _David J. Collier_

11   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

12   David J. Collier, RPR,

13   Notary Public/State of Ohio.

14   Commission expiration:  April 26, 2011.

15

16

17

18

19

20

21

22

23

24

25
```

TACKLA & ASSOCIATES

I HAVE READ THE ENTIRE TRANSCRIPT OF MY DEPOSITION TAKEN ON THE _____ DAY OF _____ ,20___ : OR THE SAME HAS BEEN READ TO ME.  I REQUEST THAT THE FOLLOWING CHANGES BE ENTERED UPON THE RECORD FOR THE REASONS INDICATED.

PAGE        LINE                CORRECTION OR CHANGE & REASON THEREFORE

| PAGE | LINE | CORRECTION OR CHANGE & REASON THEREFORE |
|---|---|---|
| 5 | 6 | 4675 Skiff Rd — Address in Willoughby Willoughby Ohio 44094 |
| 9 | 14 | I was evicted because had no money coming in — Reason Why |
| 13 | 18 | There a month  Started march 28 |
| 13 | 20 | Teri Larabee —  Supervisor name |
| 15 | 7 | Hourly  —  not Salary |
| 15 | 13 | Later got a rise 7.73 per hour  clarified 6.85 per hour —  Hourly |
| 16 | 3 | We lifted anywhere from 10-80 lbs — explain why I was effected |
| 18 | 5 | I wanted to see if I would be able to handle the Job before going fulltime or except the supervisors position — clarification |
| 19 | 9 | I to consider that I had a son Still in school and Supervisor position you were on call 24/7 I would — clarification have to fill in on call off go the any house to pass meds fair to and take client to appts. That would not be my son |
| 24 | 12 | I did not have a printer but — clarification If I had know I would need them I would have found a way to keep Them |
| 25 | 6 | newsong — one word |
| 26 | 15 | Breckwood assited living  Spelling was wrong |
| 31 | 14 | Looking for anything other then cooking Supervising cooking at a hospital or restaurants Worded wrong |
| 32 | 3 | I said supervising a hospital or restaurant — Clarification matter of say |

I do hereby certify that the foregoing changes are true to the best of my knowledge.

Date 06/2/08          Witness Signature _____
                                         Aleather Thompson

Sworn to and subscribed before me on the 2ⁿᵈ day of _____ ,2008.

SANDRA JO ROSENTHAL, Attorney
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date
Section 147.03 R.C.

_____
Notary Public in and for the
State of Ohio.
My Commission expires _____.

NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date
Section 147

I HAVE READ THE ENTIRE TRANSCRIPT OF MY DEPOSITION TAKEN ON THE _____ DAY OF _____ ,20___ : OR THE SAME HAS BEEN READ TO ME. I REQUEST THAT THE FOLLOWING CHANGES BE ENTERED UPON THE RECORD FOR THE REASONS INDICATED.

| PAGE | LINE | CORRECTION OR CHANGE & REASON THEREFORE |
|---|---|---|
| 57 | 12 | That why I had to go to Georgia - miss worked |
| 60 | 4 | Received unemployment benefits - Removed other |
| 63 | 4 | In hospital oct-nov of 2005 for depression for several weeks |
| 68 | 1 | montague - spell wrong |
| 73 | 15 | I was still in my apartment may of 05 - correction |
| 73 | 24 | Highland woods Apts - correction |
| 81 | 12 | no suppose to come back Nov not oct - correction |
| 85 | 23 | Effect Nov 1 - correction |
| 92 | 25 | I did not ask her about it but we did talk about it - clarification |
| 93 | 4 | We talked about a lot of things about the kitchen everything I remember I don't remember don't remember |
| 100 | 1 | Steve did supervise me the director he was the director part of a day That was his job remember yes |
| 101 | 16 | yes sodexo told us they were downtown |
| 101 | 18 | I did know - remembered |
| 102 | 3 | sodexo told us - clarified |
| 103 | 14 | yes Aramark talked about closing it so when sodex came in they felt the same way because it was not making money so they close it |
| 105 | 3 | I can not say when because I was in the process of closing it before I got sick it was still open when I left But the schedule was being talked about when I was there - clarification |
| 105 | 22 | she would have clarification |

I do hereby certify that the foregoing changes are true to the best of my knowledge.

Date 06/2/08    Witness Signature _____

Aleather Thompson

Sworn to and subscribed before me on the 2nd day of _____ ,200_ .

SANDRA J. ROSENTHAL, Attorney
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date
Section 147.03 R.C.

Notary Public in and for the
State of Ohio.
My Commission expires _____ .

SANDRA J. ROSENTHAL, Attorney
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date
Section 147.03 R.C.

I HAVE READ THE ENTIRE TRANSCRIPT OF MY DEPOSITION TAKEN ON
THE _____ DAY OF _____, 20___ : OR THE SAME HAS BEEN
READ TO ME.  I REQUEST THAT THE FOLLOWING CHANGES BE ENTERED UPON
THE RECORD FOR THE REASONS INDICATED.

| PAGE | LINE | CORRECTION OR CHANGE & REASON THEREFORE |
|---|---|---|
| 114 | 3 | Jeck Hart did not have any qualifications 'You all said he was getting his degree   correction |
| ~~117~~ | | |
| 117 | 8 | no and that is very upsetting because you would think any boss would try to help an employee keep or get a job know my background. but he wanted someone he could look at and not have to hate them or at least try to hide his feeling' look tells a thousand words. –el |
| 119 | 19 | Pretty much ran the kitchen herself Cartering to ~~Stop~~ Show cooking for three years or more.   – correction |
| 119 | 25 | no  never review 'Job requirements – correction |
| 120 | 21 | a certain person wasnot working out – correction |
| 123 | 15 | I don't remember   correction |
| 124 | 7 | Patty and Kathy were already there correction |
| 124 | 10 | I don't remember how many  clarified |
| 123 | 21–25 | I have to retrack because I was |
| 124 | 1 –2 | Just getting tried I was talking before thinking. I don't even know what I was saying or why.'  correction |
| 125 | 23 | Steve ask me to find out why 'it was taking April so long to fill |

I do hereby certify that the foregoing changes are true to the
best of my knowledge.

Date 06/2/08   Witness Signature _____
Aleather Thompson

Sworn to and subscribed before me on the 2ᵈ day of
_____, 200Y.

Notary Public in and for the
State of Ohio.
My Commission expires_____.

SANDRA JO ROSENTHAL, Attorney
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date.
Section 147.03 R.C.

I HAVE READ THE ENTIRE TRANSCRIPT OF MY DEPOSITION TAKEN ON
THE _____ DAY OF _____, 20____: OR THE SAME HAS BEEN
READ TO ME. I REQUEST THAT THE FOLLOWING CHANGES BE ENTERED UPON
THE RECORD FOR THE REASONS INDICATED.

| PAGE | LINE | CORRECTION OR CHANGE & REASON THEREFORE |
|------|------|------------------------------------------|
| 125 | 3 | the floors who is black she changed but when Patty would go on the floors he act like he did not realize it so it was brought to his attention I talked to Patty and it still did not change and Steve did nothing about it. elaborate |
| 125 | 23 | kim was a new employee who was not working out she was late, she was to slow for the needs of the kitchen, she had to leave early leave one employee to work by theirselves at night so everything was not getting done and when I talk to Steve about it his answer was she is having trouble with her boyfriend like that was a good excuse to keep her. She needed her job, I needed my Job. elaborate more |

I do hereby certify that the foregoing changes are true to the
best of my knowledge.

Date 06 / 2 / 08         Witness Signature _____

                                              ALeather Thompson

Sworn to and subscribed before me on the 2ᵗʰ day of
_____, 2008.

NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date.
Section 147.03 R.C.

_____
Notary Public in and for the
State of Ohio.
My Commission expires_____.

I HAVE READ THE ENTIRE TRANSCRIPT OF MY DEPOSITION TAKEN ON THE _____ DAY OF _____, 20___ : OR THE SAME HAS BEEN READ TO ME. I REQUEST THAT THE FOLLOWING CHANGES BE ENTERED UPON THE RECORD FOR THE REASONS INDICATED.

PAGE          LINE                    CORRECTION OR CHANGE & REASON THEREFORE

131      18     he would order on my order
                and then tell Mary I was over ordering
                and I know this because when I
                went to Mary about this matter
                She Steve Said I was the one
                that over order on that order,
                Like I said he was setting me
                up. Elaborated

134      7      Same day - reworded
                Steve gave me an evaluation that was
                a 1.2. I got upset and disagreed
                with him. Some one down and was harping
                on a party I had done, then he changed
                it. It ended up to be a 2.80. Correction correction

135     Patty and Kathy were Not new employees

136      4      No  correction

139-140  21-5   When I assigned them to task certain    task to them all
                one would complain and just go and do something
                else. I reported it to Steve. Certain

I do hereby certify that the foregoing changes are true to the best of my knowledge.

Date 06/2/08     Witness Signature _____

                                    Aleather Thompson

Sworn to and subscribed before me on the 2nd day of
_____, 200 8.

SANDRA JO ROSENTHAL, Attorney
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date.
Section 147.03 R. C.

Notary Public in and for the
State of Ohio.
My Commission expires _____.

I HAVE READ THE ENTIRE TRANSCRIPT OF MY DEPOSITION TAKEN ON THE _____ DAY OF _____, 20___ : OR THE SAME HAS BEEN READ TO ME. I REQUEST THAT THE FOLLOWING CHANGES BE ENTERED UPON THE RECORD FOR THE REASONS INDICATED.

PAGE        LINE              CORRECTION OR CHANGE & REASON THEREFORE

employees came to me and asked why certain ones meaning people did not have to help I asked Steve he said well they'll do in the office, meaning cleaning. Yet Sherita, who is black came out to help get ready for inspections in the kitchen but Judy never had to do a thing        clarify

162    1-4    I was hurt because Kris said The same thing when I went down about the issuse before Winstead of when Tim was my manager investigating or asking Marti to investigate

171    The black felt the the whites were getting most of the work and the white were get out of it by doing things Steve would assign and took their time. I went to Kris Bennette after Steve came on board on a couple of occasions.

182    11    I Do not remember who Promoted me.

I do hereby certify that the foregoing changes are true to the best of my knowledge.

Date 06/2/08      Witness Signature _____

Aleather Thompson

Sworn to and subscribed before me on the 2 day of _____, 20 8.

SANDRA ..............................
NOTARY PUBLIC · STATE OF OHIO
My commission has no expiration date.
Section 147.03 R.C.

Notary Public in and for the State of Ohio.
My Commission expires_____.

I HAVE READ THE ENTIRE TRANSCRIPT OF MY DEPOSITION TAKEN ON THE _____ DAY OF _____, 20___ : OR THE SAME HAS BEEN READ TO ME.  I REQUEST THAT THE FOLLOWING CHANGES BE ENTERED UPON THE RECORD FOR THE REASONS INDICATED.

| PAGE | LINE | CORRECTION OR CHANGE & REASON THEREFORE |
|------|------|------------------------------------------|
| 208 | 9 | Take out I sorry |
| 208 | 12-16 | meds    misspelling |
| 231 | 4 | I don't remember how many were hired. |
| 233 | 9-25 | Kim was her name Patty and Katha were new hires. But kim was |
| | 22 | |
| 235 | | Very good inspections |
| 240 | 18 | if we did get cited It was for something that could be fixed the next Same day. the only time they had to come back was when Steve came on board and knew we did not have enough people to really keep up with the cleaning |

I do hereby certify that the foregoing changes are true to the best of my knowledge.

Date 06/2/08      Witness Signature _____

Aleather Thompson

Sworn to and subscribed before me on the 2 ᵗʰ day of _____, 200_.

_____
Notary Public in and for the
State of Ohio.
My Commission expires _____.

SANDRA JO ROSENTHAL, Attorney
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date.
Section 147.03 R.C.